UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **TERRAFORM LABS PTE. LTD.**, <br><br> Movant, <br><br> - vs. - <br><br> **CITADEL SECURITIES, LLC**, <br><br> Respondent. | Misc. Case No.: _____ <br><br> [Re: Civil Action No. 23-cv-1346, Action pending in the United States District Court for the Southern District of New York, Hon. Jed S. Rakoff] |

**DECLARATION OF RACHEL J. RODRIGUEZ IN SUPPORT OF MOVANT TERRAFORM LABS PTE. LTD.'S MOTION TO COMPEL COMPLIANCE WITH ITS NON-PARTY SUBPOENA DUCES TECUM OR, ALTERNATIVELY, TO TRANSFER TO THE SOUTHERN DISTRICT OF NEW YORK**

I, Rachel J. Rodriguez, declare under penalty of perjury under 28 U.S.C. § 1746 that the following is true and correct:

1. I am a counsel with the law firm Elliott Kwok Levine & Jaroslaw LLP ("EKLJ"), having offices at 565 Fifth Avenue, 7th Floor, New York, NY 10017. EKLJ is counsel for Movant Terraform Labs Pte. Ltd. ("Movant" or "Terraform").

2. I submit this Declaration in support of Terraform's motion to compel compliance with its non-party subpoena issued to Citadel Securities, LLC ("Citadel Securities") in the case captioned *Securities and Exchange Commission v. Terraform Labs, PTE LTD, and Do Hyeong*, Case No. 1:23-cv-01346, pending in the United States District Court for the Southern District of New York (hereinafter, the "Underlying Action").

3. Attached hereto as **Exhibit A** is a true and correct copy of the Amended

Complaint (ECF No. 25), filed on April 3, 2023 in the Underlying Action.

4. Attached hereto as **Exhibit B** is a true and correct copy of the Answer to SEC's Amended Complaint, filed on August 14, 2023 in the Underlying Action.

5. Attached hereto as **Exhibit C** is a true and correct copy of an article entitled "Galaxy Digital Research: Examining UST's Collapse," dated May 13, 2022.

6. Attached hereto as **Exhibit D** is a copy of a text message conversation on the social media platform Discord, which I have been informed was provided to Movant by Remi Tetot, Head of Research of Global Macro Investor, during the May 2022 destabilization of the TerraUSD (also known as UST) stablecoin (the "May 2022 Depeg").

7. Attached hereto as **Exhibit E** is a true and correct copy of the Civil Case Management Plan (ECF No. 44) entered on June 28, 2023, by the Honorable Jed S. Rakoff in the Underlying Action.

8. On August 1, 2023, Movant sought to serve, via email, document subpoenas to Citadel Securities as well as a related entity, and Citadel Enterprise Americas, LLC ("Citadel Enterprise," and together with Citadel Securities, the "Citadel Entities"), with a return date of August 14, 2023 (the "Citadel Subpoenas").

9. Attached hereto as **Exhibit F** is a true and correct copy of the subpoena issued by Movant to Citadel Securities, dated August 1, 2023.

10. Attached hereto as **Exhibit G** is a true and correct copy of the subpoena issued by Movant to Citadel Enterprise, dated August 1, 2023.

11. On August 2, 2023, in-house counsel for the Citadel Entities accepted service of the Citadel Subpoenas, reserving all other objections and responses.

12. Attached hereto as **Exhibit H** is a true and correct copy of an August 10, 2023

through September 27, 2023 email chain between counsel for Movant and counsel for the Citadel Entities.

13. Attached hereto as **Exhibit I** is a true and correct of the copy of the responses and objections to Movant's subpoena, served by Citadel Securities on August 25, 2023.

14. Attached hereto as **Exhibit J** is a true and correct copy of the copy of the responses and objections to Movant's subpoena, served by Citadel Enterprise on August 25, 2023.

15. Attached hereto as **Exhibit K** is a true and correct copy of an October 9, 2023 email chain between counsel for Movant and counsel for the Citadel Entities.

16. The Citadel Entities have produced just a single document, from Citadel Securities, in response to the Citadel Subpoenas.

17. That one document appears to show the following:



Dated: October 9, 2023

Respectfully submitted,

By: _Rachel Rodriguez_
Rachel J. Rodriguez
565 Fifth Avenue, 7th Floor
New York, NY 10017
(212) 321-0510
rrodriguez@ekljlaw.com

*Attorneys for Movant Terraform Labs Pte. Ltd.*

3