# EXHIBIT D

 **GCR** Today at 4:48 AM
i have lunch with ken griffin about twice a month

 12   2

 **A!!** Today at 4:48 AM
Griffin has an estimated net worth of either US$25.6 billion[1] or US$29.4 billion,[4] making him the richest person in Illinois and the 47th richest person in the United States.[1]

Unfathomably based

 **zoomer** Today at 4:49 AM
ser

**crypt1d** Today at 4:49 AM
ser

 **rick787** Today at 4:49 AM
Wow

 **A!!** Today at 4:49 AM
d-did i say something bad

 **GCR** Today at 4:50 AM
he was telling me over a nice bacon rib they were going to soros the f*** out of luna ust

 1   15   2