# EXHIBIT H

**Rachel Rodriguez**

| | |
|---|---|
| **From:** | Mac LeBuhn <mac.lebuhn@bartlitbeck.com> |
| **Sent:** | Wednesday, September 27, 2023 10:04 PM |
| **To:** | Matt Levine; Matthew Brewer |
| **Cc:** | Rachel Rodriguez; Laura Longobardi |
| **Subject:** | Re: SEC v. Terraform Labs – subpoena |

**CAUTION:** WARNING -- EXTERNAL EMAIL

Matt, we are in receipt of your email and will respond tomorrow.

Mac

--

**BartlitBeck** LLP

Mac LeBuhn | p: 312.494.4469 | c: 847.804.2246 | Mac.LeBuhn@bartlitbeck.com | Courthouse Place, 54 West Hubbard Street, Chicago, IL 60654

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

---

**From:** Matt Levine <mlevine@ekljlaw.com>
**Date:** Wednesday, September 27, 2023 at 10:19 AM
**To:** Matthew Brewer <matthew.brewer@bartlitbeck.com>, Mac LeBuhn <mac.lebuhn@bartlitbeck.com>
**Cc:** Rachel Rodriguez <rrodriguez@ekljlaw.com>, Laura Longobardi <llongobardi@ekljlaw.com>
**Subject:** FW: SEC v. Terraform Labs – subpoena

**Caution: External Message**

Matt and Mac, thank you for the call yesterday, in which we conducted our second meet and confer concerning our client's Subpoena. As we have not heard back from you, in response to our request that you put your clients' counterproposal to us in an email, I have taken the liberty of summarizing it below, along with our client's response:

**Citadel Securities**: Regarding the August 1, 2023 Subpoena to Citadel Securities LLC (and without any waiver as indicated above) we propose that Citadel Securities produce the following documents:

1. All documents reflecting any interaction of any type with any of the Target Wallets (as defined in the Subpoena) during the time period April 1, 2018 through the Present.
    a. ***In your counterproposal, you have represented to us that neither Citadel Securities, nor Citadel Enterprise Americas, had any interactions with any of the Target Wallets during the period April 1, 2018 to the present***.

1

2. All transaction records for any trading in any of the Terra-Native Tokens during the period May 1 through May 20, 2022.
    a. *In your counterproposal, you have stated that Citadel will not produce responsive documents because, in your view, there is not sufficient confidentiality protection offered under the Protective Order in this matter. In particular, you have focused on Paragraph 9 of such Confidentiality Order. When we asked if there was anything else that could be done to address this stated concern, you indicated there was not.*

    b. *In your counterproposal, you have stated that Citadel is willing is allow us to view (but not screenshot) on a Zoom screen share,* ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3. All transaction records for any trading in any of the Terra Financial Instruments during the time period March 1, 2022 through May 31, 2022.
    a. *In your counterproposal, you have stated that Citadel will not produce responsive documents because, in your view, there is not sufficient confidentiality protection offered under the Protective Order in this matter. In particular, you have focused on Paragraph 9 of the Confidentiality Order. When we asked if there was anything else that could be done to address this stated concern, you indicated there was not.*

    b. *In your counterproposal, you have stated that Citadel is willing to allow us to view (but not screenshot) on a Zoom screen share,* ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

4. All documents describing any trading strategy in any of the Terra-Native Tokens or the Terra Financial Instruments during the time period March 1, 2022 through May 31, 2022.
    a. *In your counterproposal, you have stated that Citadel refuses to produce such documents, to the extent they exist (and you have not denied that they exist), as you have argued that the request is overbroad, unduly burdensome, and seeks sensitive information,* ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Citadel Enterprise Americas**:  Regarding the August 1, 2023 Subpoena to Citadel Enterprise Americas LLC (and without any waiver as indicated above) we propose that Citadel Enterprise Americas produce the following documents:

1. All documents reflecting any interaction of any type with any of the Target Wallets (as defined in the Subpoena) during the time period April 1, 2018 through the Present.
    a. *In your counterproposal, you have represented to us that neither Citadel Securities, nor Citadel Enterprise Americas, had any interactions with any of the Target Wallets during the period April 1, 2018 to the present*.

2. All documents describing any trading strategy in any of the Terra-Native Tokens or the Terra Financial Instruments during the time period March 1, 2022 through May 31, 2022.
    a. *In your counterproposal, you have stated that Citadel refuses to produce such documents, to the extent they exist (and you have not denied that they exist), as you have argued that the request is overbroad, unduly burdensome, and seeks sensitive information,* ███████████████████████████████████████

**Our client's response**:  We have conveyed your counterproposal to our client, and our client rejects it.

Accordingly, we would be grateful if you could let us know by the end of today whether your client will produce to us <u>any</u> documents at all in response to our Subpoena.  Thank you –

Matt

**EKL&J | ELLIOTT KWOK LEVINE & JAROSLAW LLP**

Matthew L. Levine
mlevine@ekljlaw.com | Direct: +1 (646) 777-4513

565 Fifth Avenue, 7th Floor, New York, NY 10017
Tel: +1 (212) 321-0510 | www.ekljlaw.com

**From:** Mac LeBuhn <mac.lebuhn@bartlitbeck.com>
**Sent:** Friday, September 22, 2023 10:06 AM
**To:** Matt Levine <mlevine@ekljlaw.com>; Laura Longobardi <llongobardi@ekljlaw.com>
**Cc:** Matthew Brewer <matthew.brewer@bartlitbeck.com>
**Subject:** Re: SEC v. Terraform Labs – subpoena

**CAUTION:** WARNING -- EXTERNAL EMAIL

My apologies, that was a typo. Tuesday at 1pm works great.

--

**BartlitBeck** LLP

Mac LeBuhn | p: 312.494.4469 | c: 847.804.2246 | Mac.LeBuhn@bartlitbeck.com | Courthouse Place, 54 West Hubbard Street, Chicago, IL 60654

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

**From:** Matt Levine <mlevine@ekljlaw.com>
**Date:** Friday, September 22, 2023 at 10:02 AM
**To:** Mac LeBuhn <mac.lebuhn@bartlitbeck.com>, Laura Longobardi <llongobardi@ekljlaw.com>
**Cc:** Matthew Brewer <matthew.brewer@bartlitbeck.com>
**Subject:** Re: SEC v. Terraform Labs – subpoena

**Caution: External Message**

Hi Mac -- I"m out Monday for the Jewish holiday.  We had offered times on Tuesday below, would any of those work for you?



Matthew L. Levine
mlevine@ekljlaw.com | Direct: +1 (646) 777-4513

565 Fifth Avenue, 7th Floor, New York, NY 10017
Tel: +1 (212) 321-0510 | www.ekljlaw.com

**From:** Mac LeBuhn <mac.lebuhn@bartlitbeck.com>
**Sent:** Friday, September 22, 2023 10:00 AM
**To:** Matt Levine <mlevine@ekljlaw.com>; Laura Longobardi <llongobardi@ekljlaw.com>
**Cc:** Matthew Brewer <matthew.brewer@bartlitbeck.com>
**Subject:** Re: SEC v. Terraform Labs – subpoena

4

**CAUTION:** WARNING -- EXTERNAL EMAIL

Matt, we are confirmed for Monday at 1pm CT. Can you please circulate an invite?

Thanks,
Mac

--

BartlitBeck LLP

Mac LeBuhn | p: 312.494.4469 | c: 847.804.2246 | Mac.LeBuhn@bartlitbeck.com  | Courthouse Place, 54 West Hubbard Street, Chicago, IL 60654

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

---

**From:** Matt Levine <mlevine@ekljlaw.com>
**Date:** Wednesday, September 20, 2023 at 9:58 AM
**To:** Mac LeBuhn <mac.lebuhn@bartlitbeck.com>, Laura Longobardi <llongobardi@ekljlaw.com>
**Cc:** Matthew Brewer <matthew.brewer@bartlitbeck.com>
**Subject:** Re: SEC v. Terraform Labs – subpoena

**Caution: External Message**

Hi Mac, would you be available:

Friday            930-1030 am CT

Tuesday        930 - 1030 am CT
                       1 - 3 pm CT

Thanks --



Matthew L. Levine
mlevine@ekljlaw.com  |  Direct: +1 (646) 777-4513

565 Fifth Avenue, 7th Floor, New York, NY 10017
Tel: +1 (212) 321-0510  |  www.ekljlaw.com

---

**From:** Mac LeBuhn <mac.lebuhn@bartlitbeck.com>
**Sent:** Tuesday, September 19, 2023 6:24 PM
**To:** Matt Levine <mlevine@ekljlaw.com>; Laura Longobardi <llongobardi@ekljlaw.com>
**Cc:** Matthew Brewer <matthew.brewer@bartlitbeck.com>
**Subject:** Re: SEC v. Terraform Labs – subpoena

5

**CAUTION:** WARNING -- EXTERNAL EMAIL

Matt, we are available to meet-and-confer on your proposal later this week.

Can you please send over a few windows that work for your team and we'll pin down a time that would work on our end?

Thanks,
Mac

--

# BartlitBeck LLP

Mac LeBuhn | p: 312.494.4469 | c: 847.804.2246 | Mac.LeBuhn@bartlitbeck.com | Courthouse Place, 54 West Hubbard Street, Chicago, IL 60654

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

**From:** Matt Levine <mlevine@ekljlaw.com>
**Date:** Thursday, September 14, 2023 at 9:09 AM
**To:** Mac LeBuhn <mac.lebuhn@bartlitbeck.com>, Laura Longobardi <llongobardi@ekljlaw.com>
**Cc:** Matthew Brewer <matthew.brewer@bartlitbeck.com>
**Subject:** Re: SEC v. Terraform Labs – subpoena

**Caution: External Message**
Good morning Matthew and Mac, just following up to see your clients' position on our proposal. As I indicated, our request is time sensitive and we would be grateful if you would be able to give us an update. Thank you -- Matt



**From:** Matt Levine <mlevine@ekljlaw.com>
**Sent:** Monday, September 11, 2023 5:20 PM
**To:** Mac LeBuhn <mac.lebuhn@bartlitbeck.com>; Laura Longobardi <llongobardi@ekljlaw.com>
**Cc:** Matthew Brewer <matthew.brewer@bartlitbeck.com>
**Subject:** Re: SEC v. Terraform Labs – subpoena

Matthew/Mac -- Thank you for the call today.  As we discussed the purpose of the call was to meet and confer in an effort to facilitate a partial resolution of Citadel Securities' and Citadel Enterprise America's objections to our subpoena to each entity, as set forth in your August 25, 2023 correspondence for each, respectively.   Our proposals would be without any waiver of or prejudice to our rights to seek enforcement of either or both of the subpoenas at a later date, should we deem it necessary.  Nor would a production by your clients in response to our proposals waive any objection, response or remedy on the part of Citadel Securities or Citadel Enterprise Americas in connection with an effort by our client to enforce either or both of the subpoenas.  With that background:

Regarding the August 1, 2023 Subpoena to <u>Citadel Securities LLC</u> (and without any waiver as indicated above) we propose that Citadel Securities produce the following documents:

1.  All documents reflecting any interaction of any type with any of the Target Wallets (as defined in the Subpoena) during the time period April 1, 2018 through the Present.

2.  All transaction records for any trading in any of the Terra-Native Tokens during the period May 1 through May 20, 2022.

3.  All transaction records for any trading in any of the Terra Financial Instruments during the time period March 1, 2022 through May 31, 2022.

4.   All documents describing any trading strategy in any of the Terra-Native Tokens or the Terra Financial Instruments during the time period March 1, 2022 through May 31, 2022.

Regarding the August 1, 2023 Subpoena to <u>Citadel Enterprise Americas LLC</u> (and without any waiver as indicated above) we propose that Citadel Enterprise Americas produce the following documents:

1.  All documents reflecting any interaction of any type with any of the Target Wallets (as defined in the Subpoena) during the time period April 1, 2018 through the Present.

2.  All documents describing any trading strategy in any of the Terra-Native Tokens or the Terra Financial Instruments during the time period March 1, 2022 through May 31, 2022.


As I noted in our discussion, our effort to resolve our differences is very time sensitive, in light of the Civil Case Management Plan ordered by Judge Rakoff.


Thank you -- Matt



**Matthew L. Levine**
mlevine@ekljlaw.com  |  Direct: +1 (646) 777-4513

565 Fifth Avenue, 7th Floor, New York, NY 10017
Tel: +1 (212) 321-0510  |  www.ekljlaw.com

**From:** Mac LeBuhn <mac.lebuhn@bartlitbeck.com>
**Sent:** Thursday, September 7, 2023 2:06 PM
**To:** Matt Levine <mlevine@ekljlaw.com>; Laura Longobardi <llongobardi@ekljlaw.com>
**Cc:** Matthew Brewer <matthew.brewer@bartlitbeck.com>
**Subject:** Re: SEC v. Terraform Labs – subpoena

**CAUTION:** WARNING -- EXTERNAL EMAIL

Matt, we are available to meet on Monday at 3pm CT. Please circulate a dial-in.

Thanks,
Mac

--
**BartlitBeck** LLP

Mac LeBuhn | p: 312.494.4469 | c: 847.804.2246 | Mac.LeBuhn@bartlitbeck.com | Courthouse Place, 54 West Hubbard Street, Chicago, IL 60654

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

**From:** Matt Levine <mlevine@ekljlaw.com>
**Date:** Thursday, September 7, 2023 at 12:39 PM
**To:** Mac LeBuhn <mac.lebuhn@bartlitbeck.com>, Laura Longobardi <llongobardi@ekljlaw.com>
**Cc:** Matthew Brewer <matthew.brewer@bartlitbeck.com>
**Subject:** Re: SEC v. Terraform Labs – subpoena

**Caution: External Message**
Mac -would you have time to meet and confer about Citadels objections either tomorrow 2-4 pm CT or Monday 3-5 pm CT?  Thank you-

Get Outlook for iOS

**From:** Mac LeBuhn <mac.lebuhn@bartlitbeck.com>
**Sent:** Friday, August 25, 2023 6:00 PM
**To:** Matt Levine <mlevine@ekljlaw.com>; Laura Longobardi <llongobardi@ekljlaw.com>
**Cc:** Matthew Brewer <matthew.brewer@bartlitbeck.com>
**Subject:** Re: SEC v. Terraform Labs – subpoena

| CAUTION: WARNING -- EXTERNAL EMAIL |
|---|

Counsel, please see the attached.
Thanks,
Mac

--

**BartlitBeck** LLP

Mac LeBuhn | p: 312.494.4469 | c: 847.804.2246 | Mac.LeBuhn@bartlitbeck.com  | Courthouse Place, 54 West Hubbard Street, Chicago, IL 60654

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

**From:** Mac LeBuhn <mac.lebuhn@bartlitbeck.com>
**Date:** Wednesday, August 16, 2023 at 9:17 AM
**To:** Matt Levine <mlevine@ekljlaw.com>, Laura Longobardi <llongobardi@ekljlaw.com>
**Cc:** Matthew Brewer <matthew.brewer@bartlitbeck.com>
**Subject:** Re: SEC v. Terraform Labs – subpoena

Counsel, we agree to the extension and will plan to serve our responses and objections on Friday, Aug. 25.

Thanks,
Mac

--

**BartlitBeck** LLP

Mac LeBuhn | p: 312.494.4469 | c: 847.804.2246 | Mac.LeBuhn@bartlitbeck.com  | Courthouse Place, 54 West Hubbard Street, Chicago, IL 60654

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

**From:** Matt Levine <mlevine@ekljlaw.com>
**Date:** Tuesday, August 15, 2023 at 9:35 PM
**To:** Mac LeBuhn <mac.lebuhn@bartlitbeck.com>, Laura Longobardi <llongobardi@ekljlaw.com>
**Cc:** Matthew Brewer <matthew.brewer@bartlitbeck.com>
**Subject:** Re: SEC v. Terraform Labs – subpoena

**Caution: External Message**
Matt and Mac -- following up on your request from our call today, we have consulted with our client and our client has agreed to extend the time for the Citadel entities to serve their responses and objections to the subpoenas until Friday August 25, 2023.   Please confirm this is acceptable.  Thank you -- Matt

**EKL&J** | ELLIOTT KWOK LEVINE & JAROSLAW LLP

**Matthew L. Levine**
mlevine@ekljlaw.com | Direct: +1 (646) 777-4513

565 Fifth Avenue, 7th Floor, New York, NY 10017
Tel: +1 (212) 321-0510 | www.ekljlaw.com

**From:** Mac LeBuhn <mac.lebuhn@bartlitbeck.com>
**Sent:** Friday, August 11, 2023 11:56 AM
**To:** Laura Longobardi <llongobardi@ekljlaw.com>; Matt Levine <mlevine@ekljlaw.com>
**Cc:** Matthew Brewer <matthew.brewer@bartlitbeck.com>
**Subject:** Re: SEC v. Terraform Labs – subpoena

**CAUTION:** WARNING -- EXTERNAL EMAIL

Laura, apologies – we got our wires crossed. I was asking about 11:30 CT. Can we reschedule for 12:30ET/11:30CT?

--

**BartlitBeck** LLP

Mac LeBuhn | p: 312.494.4469 | c: 847.804.2246 | Mac.LeBuhn@bartlitbeck.com | Courthouse Place, 54 West Hubbard Street, Chicago, IL 60654

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

**From:** Laura Longobardi <llongobardi@ekljlaw.com>
**Date:** Friday, August 11, 2023 at 10:55 AM
**To:** Mac LeBuhn <mac.lebuhn@bartlitbeck.com>, Matt Levine <mlevine@ekljlaw.com>
**Cc:** Matthew Brewer <matthew.brewer@bartlitbeck.com>
**Subject:** SEC v. Terraform Labs – subpoena

**Caution: External Message**
Laura Longobardi is inviting you to a scheduled Zoom meeting.

Topic: SEC v. Terraform Labs – subpoena
Time: Aug 15, 2023 11:30 AM Eastern Time (US and Canada)

Join Zoom Meeting
https://us02web.zoom.us/j/85317686213?pwd=TnNFTUhrRnl0OVhma3BKUkJNcGF1UT09

Meeting ID: 853 1768 6213
Passcode: 966536

---

One tap mobile
+16469313860,,85317686213#,,,,*966536# US

+16468769923,,85317686213#,,,,*966536# US (New York)

---

Dial by your location
• +1 646 931 3860 US
• +1 646 876 9923 US (New York)
• +1 312 626 6799 US (Chicago)
• +1 301 715 8592 US (Washington DC)
• +1 305 224 1968 US
• +1 309 205 3325 US
• +1 564 217 2000 US
• +1 669 444 9171 US
• +1 669 900 6833 US (San Jose)
• +1 689 278 1000 US
• +1 719 359 4580 US
• +1 253 205 0468 US
• +1 253 215 8782 US (Tacoma)
• +1 346 248 7799 US (Houston)
• +1 360 209 5623 US
• +1 386 347 5053 US
• +1 408 638 0968 US (San Jose)
• +1 507 473 4847 US

Meeting ID: 853 1768 6213
Passcode: 966536

Find your local number: https://us02web.zoom.us/u/kHZgCCvs

_____
**From:** Mac LeBuhn <mac.lebuhn@bartlitbeck.com>
**Sent:** Friday, August 11, 2023 11:45 AM
**To:** Matt Levine <mlevine@ekljlaw.com>; Laura Longobardi <llongobardi@ekljlaw.com>
**Cc:** Matthew Brewer <matthew.brewer@bartlitbeck.com>
**Subject:** Re: SEC v. Terraform Labs – subpoena

**CAUTION:** WARNING -- EXTERNAL EMAIL

Thanks, Matt. Are you available at all between 11:30am and 1pm on Tuesday? If so, please circulate an invite for a time in that window and we can talk then.

Best,
Mac

--

BartlitBeck LLP

Mac LeBuhn | p: 312.494.4469 | c: 847.804.2246 | Mac.LeBuhn@bartlitbeck.com  | Courthouse Place, 54 West Hubbard Street, Chicago, IL 60654

11

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

**From:** Matt Levine <mlevine@ekljlaw.com>
**Date:** Thursday, August 10, 2023 at 2:33 PM
**To:** Mac LeBuhn <mac.lebuhn@bartlitbeck.com>, Laura Longobardi <llongobardi@ekljlaw.com>
**Cc:** Matthew Brewer <matthew.brewer@bartlitbeck.com>
**Subject:** RE: SEC v. Terraform Labs – subpoena

**Caution: External Message**
Hi Mac – thank you for your email. We are unavailable Monday but open right now on Tuesday 1030 am to 530pm. Please let us know if that works for you. Thank you - Matt



**From:** Mac LeBuhn <mac.lebuhn@bartlitbeck.com>
**Sent:** Thursday, August 10, 2023 8:30 AM
**To:** Matt Levine <mlevine@ekljlaw.com>; Laura Longobardi <llongobardi@ekljlaw.com>
**Cc:** Matthew Brewer <matthew.brewer@bartlitbeck.com>
**Subject:** SEC v. Terraform Labs – subpoena

**CAUTION:** WARNING -- EXTERNAL EMAIL

Counsel:

We represent Citadel Securities and Citadel Enterprise Americas LLC in relation to the subpoenas received from Terraform Labs.

I'm writing to schedule a call so we can learn more about the underlying litigation and the materials that you're seeking. Please let us know a few windows that would work for you on Monday, Aug. 14.

Thanks,
Mac

--
**BartlitBeck** LLP

Mac LeBuhn | p: 312.494.4469 | c: 847.804.2246 | Mac.LeBuhn@bartlitbeck.com | Courthouse Place, 54 West Hubbard Street, Chicago, IL 60654

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.