## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **TERRAFORM LABS PTE. LTD.**, <br><br> Movant, <br><br> - vs. - <br><br> **CITADEL SECURITIES, LLC**, <br><br> Respondent. | Misc. Case No.: 23-MC-23855 <br><br> [Re: Civil Action No. 23-cv-1346, Action pending in the United States District Court for the Southern District of New York, Hon. Jed S. Rakoff] |

### NOTICE OF FILING

Movant Terraform Labs Pte. Ltd. gives notice of filing the attached Civil Cover Sheet.

Dated: October 10, 2023

                                                  Respectfully submitted,

                                                  **HEISE SUAREZ MELVILLE, P.A.**
                                                  2990 Ponce De Leon Boulevard
                                                  Suite 300
                                                  Coral Gables, Florida 33134
                                                  Telephone (305) 800-4476

                                                  By: /s/ Luis E. Suarez
                                                      Luis E. Suarez
                                                      Florida Bar No. 390021
                                                      lsuarez@hsmpa.com

                                                  **ELLIOTT KWOK LEVINE & JAROSLAW LLP**

                                                By: /s/ *Matthew L. Levine*
                                                  Matthew L. Levine (*pro hac vice* in process)
                                                  Rachel J. Rodriguez (*pro hac vice* in process)
                                                  565 Fifth Avenue, 7th Floor
                                                New York, NY 10017
                                                (212) 321-0510

mlevine@ekljlaw.com

*Attorneys for Movant Terraform Labs Pte. Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that, on October 10, 2023, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. Copies of the foregoing document will be served on all parties via transmission of Notice of Electronic Filing generated by CM/ECF.

/s/ Luis E. Suarez
Luis E. Suarez
Florida Bar No. 390021