**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **TERRAFORM LABS PTE. LTD.**, | Misc. Case No.: 1:23-mc-23855 |
| Movant, | |
| - vs. - | [Re: Civil Action No. 23-cv-1346, Action pending in the United States District Court for the Southern District of New York, Hon. Jed S. Rakoff] |
| **CITADEL SECURITIES, LLC** | |
| Respondent. | |

**MOVANT TERRAFORM LABS PTE. LTD.'S MOTION FOR LEAVE**
**TO FILE PORTIONS OF ITS MOTION TO COMPEL UNDER SEAL**

Pursuant to Local Rule 5.4 of the Southern District of Florida and the Protective Order ([ECF No. 34](#)) in the case captioned *Securities and Exchange Commission v. Terraform Labs, PTE LTD, and Do Hyeong*, Case No. 1:23-cv-01346, pending in the United States District Court for the Southern District of New York (hereinafter, the "Underlying Action"), Movant Terraform Labs Pte. Ltd. ("Movant" or "Terraform") moves for leave to redact certain information in the memorandum of law, and exhibits thereto, in support of Terraform's motion to compel compliance with its non-party subpoena issued to Citadel Securities, LLC ("Citadel Securities) and the Declaration of Rachel J. Rodriguez filed therewith.

The information sought to be redacted has been designated confidential by Citadel Securities, pursuant to the Protective Order in the Underlying Action. Terraform takes no position on the duration of the sealing of any of this information.

## **LOCAL RULE 7.1 CERTIFICATE OF CONFERRAL**

Pursuant to Local Rule 7.1(a)(3)(A), Terraform has made reasonable efforts to confer with Citadel Securities regarding the relief sought in this motion, but has not received a response. Terraform notes that in prior meet-and-confer discussions, Citadel Securities has emphasized the importance of preserving the confidentiality of the information sought to be redacted.

Dated: October 10, 2023

                                          Respectfully submitted,

                                        **HEISE SUAREZ MELVILLE, P.A.**
                                        2990 Ponce De Leon Boulevard
                                        Suite 300
                                        Coral Gables, Florida 33134
                                        Telephone (305) 800-4476

                                        By: /s/ Luis E. Suarez
                                            Luis E. Suarez
                                            Florida Bar No. 390021
                                            lsuarez@hsmpa.com

                                        **ELLIOTT KWOK LEVINE & JAROSLAW LLP**

                                        By: /s/ *Matthew L. Levine*
                                            Matthew L. Levine (*pro hac vice* in process)
                                            Rachel J. Rodriguez (*pro hac vice* in process)
                                            565 Fifth Avenue, 7th Floor
                                            New York, NY 10017
                                            (212) 321-0510
                                            mlevine@ekljlaw.com

                                        *Attorneys for Movant Terraform Labs Pte. Ltd.*