UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**TERRAFORM LABS PTE. LTD.**,

Movant,

- vs. -

**CITADEL SECURITIES, LLC**,

Respondent.

Misc. Case No.: 23-MC-23855

[Re: Civil Action No. 23-cv-1346,
Action pending in the United States District
Court for the Southern District of New York,
Hon. Jed S. Rakoff]

## CERTIFICATION OF RACHEL J. RODRIGUEZ

Rachel J. Rodriguez, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the New Jersey and New York bars, and the District of New Jersey, the Southern District of New York, and the Eastern District of New York; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

/s/ *Rachel J. Rodriguez*
Rachel J. Rodriguez
ELLIOTT KWOK LEVINE & JAROSLAW LLP,
565 Fifth Avenue, 7th Floor,
New York, New York 10017
Tel: (212) 321-0510