**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **TERRAFORM LABS PTE. LTD.**, <br><br> Movant, <br><br> - vs. - <br><br> **CITADEL SECURITIES, LLC**, <br><br> Respondent. | Misc. Case No.: 23-MC-23855 <br><br> [Re: Civil Action No. 23-cv-1346, Action pending in the United States District Court for the Southern District of New York, Hon. Jed S. Rakoff] |

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Matthew L. Levine, Esq. of the law firm of ELLIOTT KWOK LEVINE & JAROSLAW LLP, 565 Fifth Avenue, 7th Floor, New York, New York 10017, Tel: (212) 321-0510, for purposes of appearance as co-counsel on behalf of Terraform Labs Pte. Ltd. in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Matthew L. Levine, Esq. to receive electronic filings in this case, and in support thereof states as follows:

1. Matthew L. Levine, Esq. is not admitted to practice in the Southern District of Florida and is a member in good standing of the New York Bar and the Southern District of New York, and the Eastern District of New York.

2. Movant, Luis E. Suarez, Esq. of the law firm of HEISE SUAREZ MELVILLE, PA, 2990 Ponce de Leon Blvd., Suite 300, Coral Gables, FL 33134, Tel: 305-800-4476, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Matthew L. Levine, Esq., has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Matthew L. Levine, Esq., by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Matthew L. Levine, Esq., at email address: mlevine@ekljlaw.com

WHEREFORE, Luis E. Suarez, Esq. moves this Court to enter an Order Matthew L. Levine, to appear before this Court on behalf of Terraform Labs Pte. Ltd. for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Matthew L. Levine, Esq.

Dated: October 12, 2023

*(Signature located on the next page)*

Respectfully submitted,

By: /s/ Luis E. Suarez
    Luis E. Suarez
    Florida Bar No. 390021
    lsuarez@hsmpa.com
    **HEISE SUAREZ MELVILLE, P.A.**
    2990 Ponce De Leon Boulevard
    Suite 300
    Coral Gables, Florida 33134
    Telephone (305) 800-4476

*Counsel for Terraform Labs Pte. Ltd.*

### CERTIFICATE OF SERVICE

Pursuant to S.D. Fla. L.R. 5.2, I hereby certify that a true and correct copy of the foregoing, were served by e-mail on October 12, 2023, on all counsel or parties of record on the Service List below.

By: /s/ Luis E. Suarez
    Luis E. Suarez
    Florida Bar No. 390021

### SERVICE LIST

| | |
|---|---|
| **Mac LeBuhn** | **Matthew Brewer** |
| Mac.LeBuhn@bartlitbeck.com | matthew.brewer@bartlitbeck.com |
| BartlitBeck LLP | BartlitBeck LLP |
| Courthouse Place | Courthouse Place |
| 54 West Hubbard Street | 54 West Hubbard Street |
| Chicago, IL 60654 | Chicago, IL 60654 |
| 312-494-4469 | 312-494-4469 |
| *Attorney for Respondent* | *Attorney for Respondent* |
| *Citadel Securities, LLC* | *Citadel Securities, LLC* |