# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **TERRAFORM LABS PTE. LTD.**, | Misc. Case No.: 23-MC-23855 |
| Movant, | |
| - vs. - | [Re: Civil Action No. 23-cv-1346, Action pending in the United States District Court for the Southern District of New York, Hon. Jed S. Rakoff] |
| **CITADEL SECURITIES, LLC**, | |
| Respondent. | |

## CERTIFICATION OF MATTHEW L. LEVINE

Matthew L. Levine, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the New York Bar and the Southern District of New York, and the Eastern District of New York; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

   /s/ Matthew L. Levine
Matthew L. Levine
ELLIOTT KWOK LEVINE & JAROSLAW LLP,
565 Fifth Avenue, 7th Floor,
New York, New York 10017
Tel: (212) 321-0510