**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 23-MC-23855**

| | |
|---|---|
| **TERRAFORM LABS PTE. LTD.**, <br><br> Movant, <br><br> - vs. - <br><br> **CITADEL SECURITIES, LLC**, <br><br> Respondent. | [Re: Civil Action No. 23-cv-1346, Action pending in the United States District Court for the Southern District of New York, Hon. Jed S. Rakoff] |

**MOVANT TERRAFORM LABS PTE LTD.'S SUPPLEMENTAL**
**CERTIFICATION OF SERVICE ON RESPONDENT CITADEL SECURITY, LLC**

Pursuant to this Court's October 11, 2023 Paperless Order Requiring Supplementation [ECF No. 9], Movant Terraform Labs Pte. Ltd. files its Supplemental Certification of Service on the Non-Party Subpoena Recipient, Citadel Securities, LLC.

On October 10, 2023, counsel for the undersigned served via e-mail the filed copies of the Motion to Compel [ECF No. 1], the Declaration of Rachel J. Rodriguez and exhibits thereto [ECF No. 1-1], and the Motion to Seal [ECF No. 5], on counsel for Citadel Securities.

Counsel for Citadel Securities accepted service of the same on October 10, 2023. *See* e-mail correspondence dated October 10–11, 2023, attached as Exhibit "A."

Dated: October 12, 2023.

*(Signature located on the next page)*

1

Respectfully submitted,

**HEISE SUAREZ MELVILLE, P.A.**
2990 Ponce De Leon Boulevard
Suite 300
Coral Gables, Florida 33134
Telephone (305) 800-4476

By: /s/ Luis E. Suarez
    Luis E. Suarez
    Florida Bar No. 390021
    lsuarez@hsmpa.com

**ELLIOTT KWOK LEVINE & JAROSLAW LLP**

By: /s/ *Matthew L. Levine*
    Matthew L. Levine (*pro hac vice* in process)
    Rachel J. Rodriguez (*pro hac vice* in process)
    565 Fifth Avenue, 7th Floor
    New York, NY 10017
    (212) 321-0510
    mlevine@ekljlaw.com

*Attorneys for Movant Terraform Labs Pte. Ltd.*

## CERTIFICATE OF SERVICE

Pursuant to S.D. Fla. L.R. 5.2, I hereby certify that a true and correct copy of the foregoing, including the Motion to Compel [ECF No. 1], the Declaration of Rachel J. Rodriguez and exhibits thereto [ECF No. 1-1], and the Motion to Seal [ECF No. 5], were served by e-mail on October 10–12, 2023, on all counsel or parties of record on the Service List attached.

By: */s/ Luis E. Suarez*
Luis E. Suarez

## SERVICE LIST

| | |
|---|---|
| **Mac LeBuhn** | **Matthew Brewer** |
| Mac.LeBuhn@bartlitbeck.com | matthew.brewer@bartlitbeck.com |
| BartlitBeck LLP | BartlitBeck LLP |
| Courthouse Place | Courthouse Place |
| 54 West Hubbard Street | 54 West Hubbard Street |
| Chicago, IL 60654 | Chicago, IL 60654 |
| 312-494-4469 | 312-494-4469 |
| *Attorney for Respondent* | *Attorney for Respondent* |
| *Citadel Securities, LLC* | *Citadel Securities, LLC* |