| | |
|---|---|
| **From:** | Rachel Rodriguez |
| **To:** | Mac LeBuhn; Matthew Brewer |
| **Cc:** | Matt Levine; Luis Suarez; Jordan Richardson; Carla Benedi |
| **Subject:** | RE: Terraform"s Motion to Compel Citadel Securities |
| **Date:** | Wednesday, October 11, 2023 9:21:34 AM |
| **Attachments:** | Motion to Seal (Filed).pdf |

Further to the below, please also find the motion to seal that was filed last night.

E K L & J  |  ELLIOTT KWOK LEVINE & JAROSLAW LLP

**Rachel J. Rodriguez**

rrodriguez@ekjlaw.com  |  Direct: +1 (646) 777-4515

565 Fifth Avenue, 7th Floor, New York, NY 10017

Tel: +1 (212) 321-0510  |  www.ekjlaw.com

**From:** Rachel Rodriguez
**Sent:** Tuesday, October 10, 2023 3:33 PM
**To:** Mac LeBuhn <mac.lebuhn@bartlitbeck.com>; Matthew Brewer <matthew.brewer@bartlitbeck.com>
**Cc:** Matt Levine <mlevine@ekjlaw.com>; Luis Suarez <lsuarez@hsmpa.com>; Jordan Richardson <jrichardson@hsmpa.com>; cbenedi@hsmpa.com
**Subject:** RE: Terraform's Motion to Compel Citadel Securities

Thank you.  Attached please find a zip that also includes the referenced exhibits.

E K L & J  |  ELLIOTT KWOK LEVINE & JAROSLAW LLP

**Rachel J. Rodriguez**

rrodriguez@ekjlaw.com  |  Direct: +1 (646) 777-4515

565 Fifth Avenue, 7th Floor, New York, NY 10017

Tel: +1 (212) 321-0510  |  www.ekjlaw.com

**From:** Mac LeBuhn <mac.lebuhn@bartlitbeck.com>
**Sent:** Tuesday, October 10, 2023 3:29 PM
**To:** Rachel Rodriguez <rrodriguez@ekjlaw.com>; Matthew Brewer <matthew.brewer@bartlitbeck.com>
**Cc:** Matt Levine <mlevine@ekjlaw.com>; Luis Suarez <lsuarez@hsmpa.com>; Jordan Richardson <jrichardson@hsmpa.com>; cbenedi@hsmpa.com
**Subject:** Re: Terraform's Motion to Compel Citadel Securities

**CAUTION:** WARNING -- EXTERNAL EMAIL

Yes, we can accept service via email. I'd note that DE 1-1 as attached does not include all of the referenced exhibits.

Mac

--

# BartlitBeck LLP

Mac LeBuhn | p: 312.494.4469 | c: 847.804.2246 | Mac.LeBuhn@bartlitbeck.com | Courthouse Place, 54 West Hubbard Street, Chicago, IL 60654

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

---

**From:** Rachel Rodriguez <rrodriguez@ekljlaw.com>
**Date:** Tuesday, October 10, 2023 at 11:35 AM
**To:** Mac LeBuhn <mac.lebuhn@bartlitbeck.com>, Matthew Brewer <matthew.brewer@bartlitbeck.com>
**Cc:** Matt Levine <mlevine@ekljlaw.com>, Luis Suarez <lsuarez@hsmpa.com>, Jordan Richardson <jrichardson@hsmpa.com>, cbenedi@hsmpa.com <cbenedi@hsmpa.com>
**Subject:** Terraform's Motion to Compel Citadel Securities

**Caution: External Message**

Mac and Matt,

Please let us know if you will accept email service of Terraform's motion to compel Citadel Securities.

Best,
Rachel

| EKL&J | ELLIOTT KWOK LEVINE & JAROSLAW LLP

**Rachel J. Rodriguez**
rrodriguez@ekjlaw.com  |  Direct: +1 (646) 777-4515
565 Fifth Avenue, 7th Floor, New York, NY 10017
Tel: +1 (212) 321-0510  |  www.ekljlaw.com