UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**TERRAFORM LABS PTE. LTD.**,

      Movant,

Case No. 1:23-MC-23855-KMM

- vs. -

**CITADEL SECURITIES, LLC**,

      Respondent.

_____/

## NOTICE OF APPEARANCE

Kendal Rinko, Esq. of the law firm of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., hereby files this Notice of Appearance in the above-styled action as counsel for Respondent, CITADEL SECURITIES, LLC, and requests that copies of all motions, notices, orders, correspondence, and other papers be served on counsel for Respondent at the address below.

    Primary:  krinko@stearnsweaver.com

    Secondary:  tsalmon@stearnsweaver.com

Dated:  October 18, 2023

                                                Respectfully submitted,

                                                By: _/s/ Kendal A. Rinko_
                                                      KENDAL A. RINKO, ESQ.
                                                      Florida Bar No.: 1003916
                                                      E-mail: krinko@stearnsweaver.com
                                                      STEARNS WEAVER MILLER WEISSLER
                                                      ALHADEFF & SITTERSON, P.A.
                                                      Museum Tower, Suite 2200
                                                      150 West Flagler Street
                                                      Miami, Florida 33130
                                                      Telephone: (305) 789-3439

                                                      _Attorneys for Respondent_
                                                      _CITADEL SECURITIES, LLC_

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of October, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System. I further certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

By: */s/ Kendal A. Rinko*
    KENDAL A. RINKO, ESQ.

## SERVICE LIST

**HEISE SUAREZ MELVILLE, P.A.**
2990 Ponce De Leon Boulevard Suite 300
Coral Gables, Florida 33134
Luis E. Suarez - lsuarez@hsmpa.com
*Attorneys for Movant Terraform Labs Pte. Ltd*

**ELLIOTT KWOK LEVINE & JAROSLAW LLP**
565 Fifth Avenue, 7th Floor
New York, NY 10017
Matthew L. Levine - mlevine@ekljlaw.com
Rachel J. Rodriguez - rrodriguez@ekljlaw.com
*Attorneys for Movant Terraform Labs Pte. Ltd*

2

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
Museum Tower ▪ 150 West Flagler Street, Suite 2200 ▪ Miami, FL 33130 ▪ (305) 789-3200
#12124595