**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 23-MC-23855**

| | |
|---|---|
| **TERRAFORM LABS PTE. LTD.**, | |
| Movant, | [Re: Civil Action No. 23-cv-1346, Action pending in the United States District Court for the Southern District of New York, Hon. Jed S. Rakoff] |
| - vs. - | |
| **CITADEL SECURITIES, LLC**, | |
| Respondent. | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Movant Terraform Labs Pte. Ltd. ("**Terraform**") submits the following corporate disclosure statement:

Terraform has no parent corporation and no publicly traded corporation currently owns 10% or more of its stock.

Dated: October 18, 2023

*(Signature located on the next page)*

1

Respectfully submitted,

**HEISE SUAREZ MELVILLE, P.A.**
2990 Ponce De Leon Boulevard
Suite 300
Coral Gables, Florida 33134
Telephone (305) 800-4476

By: /s/ Luis E. Suarez
    Luis E. Suarez
    Florida Bar No. 390021
    lsuarez@hsmpa.com


**ELLIOTT KWOK LEVINE & JAROSLAW LLP**

By: Matthew L. Levine
    Matthew L. Levine (*Admitted Pro Hac Vice*)
    Rachel J. Rodriguez (*Admitted Pro Hac Vice*)
    565 Fifth Avenue, 7th Floor
    New York, NY 10017
    (212) 321-0510
    mlevine@ekljlaw.com

*Attorneys for Movant Terraform Labs Pte. Ltd.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 18, 2023 I electronically filed the foregoing with the Clerk of the Court using CM/ECF. Copies of the foregoing document will be served on all parties via transmission of Notice of Electronic Filing generated by CM/ECF.

By: */s/ Luis E. Suarez*
    Luis E. Suarez
    Florida Bar No. 390021