Exhibit A

Proposed Order

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-MC-23855-KMM

**TERRAFORM LABS PTE. LTD.**,

    Movant,

v.

**CITADEL SECURITIES, LLC**,

    Respondent.

_____/

### ORDER REGARDING RESPONDENT'S, CITADEL SECURITIES, LLC, UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOVANT'S MOTION TO COMPEL COMPLIANCE WITH ITS NON-PARTY SUBPOENA DUCES TECUM OR, ALTERNATIVELY, TO TRANSFER TO THE SOUTHERN DISTRICT OF NEW YORK

THIS CAUSE came before the Court upon Respondent's, Citadel Securities, LLC, Unopposed Motion For Extension of Time To Respond to Movant's Motion to Compel Compliance with Its Non-Party Subpoena Duces Tecum or, Alternatively, to Transfer to the Southern District of New York (the "Unopposed Motion"). The Court, noting that it is an Unopposed Motion and being otherwise fully advised, hereby ORDERS and ADJUDGES as follows:

1.     The Unopposed Motion is **GRANTED**; and

2.     Respondent, Citadel Securities, LLC, shall have through and including October 30, 2023, to respond to Movant's Motion to Compel.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this _____ day of _____, 2023.

                                                                                      _____
                                                                                      LAUREN F. LOUIS
                                                                                      UNITED STATES DISTRICT COURT MAGISTRATE JUDGE

Copies furnished to: *Counsel of Record*