UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| TERRAFORM LABS PTE. LTD., <br><br> Movant, <br><br> -vs.- <br><br> CITADEL SECURITIES LLC, <br><br> Respondent. | Misc. Case No.: 23-MC-23855 <br><br> [Re: Civil Action No. 23-cv-1346, Action pending in the United States District Court for the Southern District of New York, Hon. Jed S. Rakoff] |

## DECLARATION OF MAC LEBUHN

I, Mac LeBuhn, hereby state the following:

1. I am an associate with Bartlit Beck LLP and am counsel to Citadel Securities LLC. I submit this Declaration as a witness in support of Citadel Securities' response to Terraform's motion to compel. I declare under penalty of perjury that the following is true and correct:

3. On September 28, 2023, Citadel Securities produced a document regarding Terraform's request for "transaction records for any trading in any of the Terra Financial Instruments during the time period March 1, 2022 through May 31, 2022." Citadel Securities marked it CONFIDENTIAL, consistent with the Protective Order in the underlying litigation.

4. The transaction record reveals that Citadel Securities made two test transactions.

5. On March 3, 2022, Citadel Securities made a transaction in which the purchase price was $92.925 and the sale price was $92.94, yielding a transaction value of $0.015. Citadel Securities held its position for approximately three seconds.

6. On March 17, 2022, Citadel Securities made a transaction in which the purchase price was $85.437 and the sale price was $85.544, yielding a transaction value of $0.107. Citadel Securities held its position for approximately 14 minutes.

Dated: October 25, 2023                                              Respectfully,


                                                                    By: *Mac LeBuhn*

                                                                    Mac LeBuhn

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
Museum Tower ▪ 150 West Flagler Street, Suite 2200 ▪ Miami, FL 33130 ▪ (305) 789-3200

#12156957 v1