UNITED STATES DISTRICT COUHRT
SOUTHERN DISTRICT OF FLORIDA

TERRAFORM LABS PTE. LTD.,

    Movant,

-vs.-

CITADEL SECURITIES LLC,

    Respondent.

Case No.: 23-MC-23855

[Re: Civil Action No. 23-cv-1346,
Action pending in the United States District
Court for the Southern District of New York,
Hon. Jed S. Rakoff]

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of MacGregor LeBuhn of the law firm of BARTLIT BECK LLP, 54 West Hubbard Street, Suite 300, Chicago, IL 60654, (312) 494-4400, for purposes of appearance as co-counsel on behalf of Citadel Securities LLC in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit MacGregor LeBuhn to receive electronic filings in this case, and in support thereof states as follows:

    1.    MacGregor LeBuhn is not admitted to practice in the Southern District of Florida and is a member in good standing of the Illinois State Bar.

    2.    Movant, Eugene Stearns of the law firm of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., 150 Flagler St., Ste. 2200, Miami, FL 33130, (305) 789-3200, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of

Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, MacGregor LeBuhn has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. MacGregor LeBuhn, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to MacGregor LeBuhn at email address: mac.lebuhn@bartlitbeck.com.

WHEREFORE, Eugene Stearns moves this Court to enter an Order for MacGregor LeBuhn to appear before this Court on behalf of Citadel Securities LLC for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to MacGregor LeBuhn

Date: November 2, 2023          Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Eugene Stearns
　　　　　　　　　　　　　　　　　　Eugene Stearns
　　　　　　　　　　　　　　　　　　Florida Bar No: 149335
　　　　　　　　　　　　　　　　　　Email: estearns@stearnsweaver.com
　　　　　　　　　　　　　　　　　　Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
　　　　　　　　　　　　　　　　　　150 West Flagler St., Suite 2200, Miami, FL 33130
　　　　　　　　　　　　　　　　　　Telephone: (305) 789-3200

　　　　　　　　　　　　　　　　　　*Attorney for Respondent Citadel Securities LLC*

## CERTIFICATE OF SERVICE

Pursuant to S.D. Fla. L.R. 5.2, I hereby certify that a true and correct copy of the foregoing was served by e-mail on November 2, 2023 on all counsel or parties of record on the Service List below.

By: */s/* Eugene Stearns
Eugene Stearns. Esq.
Florida Bar No. 149335

## SERVICE LIST

Luis E. Suarez
Heise Suarez Melville, P.A.
2990 Ponce De Leon Boulevard, Suite 300
Coral Gables, Florida  33134
lsuarez@hsmpa.com

Matthew L. Levine
Rachel J. Rodriguez
Elliott Kwok Levine & Jaroslaw LLP
565 Fifth Avenue, 7th Floor
New York, NY  10017
mlevine@ekljlaw.com
rrodriguez@ekljlaw.com

*Attorneys for Movant Terraform Labs Pte. Ltd.*

*Via: CM/ECF*