UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| TERRAFORM LABS PTE. LTD., <br><br> Movant, <br><br> -vs.- <br><br> CITADEL SECURITIES LLC, <br><br> Respondent. | Misc. Case No.: 23-MC-23855 <br><br> [Re: Civil Action No. 23-cv-1346, Action pending in the United States District Court for the Southern District of New York, Hon. Jed S. Rakoff] |

## CERTIFICATION OF MACGREGOR LEBUHN

MacGregor LeBuhn, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Illinois Bar; and (3) I have not filed more than three *pro hac vice* motions in different cases in this District within the last 365 days.

                                               */s/* MacGregor LeBuhn
                                               MacGregor LeBuhn
                                               BARTLIT BECK LLP
                                               54 West Hubbard Street, Suite 300
                                               Chicago, IL 60654
                                               Tel; (312) 494-4469