UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| TERRAFORM LABS PTE. LTD., <br><br> Movant, <br><br> -vs.- <br><br> CITADEL SECURITIES LLC, <br><br> Respondent. | Misc. Case No.: 23-MC-23855 <br><br> [Re: Civil Action No. 23-cv-1346, Action pending in the United States District Court for the Southern District of New York, Hon. Jed S. Rakoff] |

**ORDER GRANTING MOTION TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for MacGregor LeBuhn, Esquire Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby:

ORDERED AND ADJUDGED that:

The Motion is GRANTED. MacGregor LeBuhn, Esquire may appear and participate in this action on behalf of Citadel Securities LLC. The Clerk shall provide electronic notification of all electronic filings to MacGregor LeBuhn at mac.lebuhn@bartlitbeck.com.

DONE AND ORDERED in Chambers at _____, Florida, this \_\_\_\_ day of _____.

_____
United States District Judge

Copies furnished to: All Counsel of Record