UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-MC-23855

**TERRAFORM LABS PTE. LTD.**,

    Movant,

- vs. -

**CITADEL SECURITIES, LLC**,

    Respondent.

[Re: Civil Action No. 23-cv-1346,
Action pending in the United States District
Court for the Southern District of New York,
Hon. Jed S. Rakoff]

## TERRAFORM LABS PTE. LTD.'S MOTION TO EXCEED PAGE LENGTH

In accordance with Southern District of Florida Local Rule 26.1(g)(3), Movant Terraform Labs Pte. Ltd. ("**Terraform**") seeks permission from the Court to file a reply[1] in excess of five pages to Respondent, Citadel Securities, LLC's ("**Citadel**") Response to Movant Terraform Labs' Motion to Compel Compliance with its Non-Party Subpoena [ECF No. 22.]. As grounds for its Motion, Terraform states the following:

1. On October 10, 2023, Terraform filed its Motion to Compel Compliance with its Non-Party Subpoena Duces Tecum ("**Motion to Compel**") [ECF No. 1].

2. Given that the Motion to Compel was a case-initiating motion, Terraform, in good faith, complied with the page limitations of Local Rule 7.1(c)(2), which specifies that "neither a motion and its incorporated memorandum of law nor the opposing memorandum of law shall exceed twenty (20) pages." *Id.* Terraform's case-initiating Motion to Compel met this requirement at 18 pages in length.

3. On October 25, 2023, Citadel filed its Response in Opposition to the Motion to

---

[1] In compliance with Section 3I(1) of the SDFL Administrative Procedures, Terraform attaches its Reply to the instant motion as Exhibit "A",

Compel ("**Response**") [ECF No. 22].[2]

4. Although Terraform, in good faith, had complied with the page limitation requirements of Local Rule 7.1(c)(2), in an abundance of caution, Terraform seeks to abide by Local Rule 26.1(g)(3), which specifies that "[u]nless an assigned judge's discovery procedures provide otherwise . . . the reply memorandum is limited to five (5) pages." *Id.*

5. Pursuant to this Rule, Terraform respectfully requests that this Court grant it a 2-page extension on its forthcoming Reply to adequately address the extensive legal and factual issues raised by Citadel's Response.

6. Citadel's Response—totaling 213 pages, including exhibits—asserts several arguments in opposition to Terraform's Motion to Compel, which require thorough briefing. Among other items, in the Response, Citadel moves for sanctions and an award of attorneys' fees and costs, which itself requires a separate analysis from the original issues raised in the Motion to Compel.[3]

7. Confining Terraform's Reply to the 5-page limit would require Terraform to omit important arguments necessary to carry its burden with the Motion to Compel and interfere with the Reply's clarity and completeness.

8. This motion is brought in good faith and the granting of this motion will not prejudice any parties.

9. A proposed order granting the requested relief is attached hereto as **Exhibit "B."**

---

[2] Terraform acted in good faith by agreeing to Citadel's request for extension of time to respond to the Motion to Compel, which this Court granted on October 23, 2023 [ECF Nos. 20, 21].

[3] *See* S.D. Fla. L. R. 7.3(a)–(b) (requiring, among other things, a party to complete a "good faith effort to resolve the motion" and to serve the draft motion prior to seeking attorneys' fees).

## CONCLUSION

This Court should grant Terraform's motion to exceed page length for its forthcoming Reply. A proposed Order is attached herein.

**WHEREFORE** Terraform respectfully requests that this Court (i) grant its Motion to exceed page length and (ii) grant any other further relief that this Court deems just and proper.

## LOCAL RULE 7.1 CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(a)(3), Counsel for Terraform conferred via e-mail with Citadel's counsel on October 30 and 31, 2023 in a good faith effort to resolve by agreement the issues raised in this Motion. Citadel's counsel opposes the relief requested in this Motion.

Dated: November 3, 2023

Respectfully submitted,

**HEISE SUAREZ MELVILLE, P.A.**
2990 Ponce De Leon Boulevard
Suite 300
Coral Gables, Florida 33134
Telephone (305) 800-4476

By: /s/ Luis E. Suarez
Luis E. Suarez
Florida Bar No. 390021
lsuarez@hsmpa.com
R. Jordan Richardson
Florida Bar No. 1044694
jrichardson@hsmpa.com

**ELLIOTT KWOK LEVINE & JAROSLAW LLP**
565 Fifth Avenue, 7th Floor
New York, NY 10017
(212) 321-0510

By: Matthew L. Levine
Matthew L. Levine (*Admitted Pro Hac Vice*)
mlevine@ekljlaw.com
Rachel J. Rodriguez (*Admitted Pro Hac Vice*)
rrodriguez@ekljlaw.com
*Attorneys for Movant Terraform Labs Pte. Ltd.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 3, 2023 I electronically filed the foregoing with the Clerk of the Court using CM/ECF.  Copies of the foregoing document will be served on all parties via transmission of Notice of Electronic Filing generated by CM/ECF.

                                    By: */s/ Luis E. Suarez*
                                        Luis E. Suarez
                                        Florida Bar No. 390021