**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **TERRAFORM LABS PTE. LTD.**, | |
| Movant, | Misc. Case No.: 23-MC-23855 |
| - vs. - | |
| **CITADEL SECURITIES, LLC**, | [Re: Civil Action No. 23-cv-1346, Action pending in the United States District Court for the Southern District of New York, Hon. Jed S. Rakoff] |
| Respondent. | |

**ORDER GRANTING TERRAFORM'S MOTION TO EXCEED PAGE LENGTH**

**THIS CAUSE** comes before the Court upon Terraform Labs Pte. Ltd.'s ("**Terraform**") Motion to Exceed Page Length. The Court has reviewed the Motion and is otherwise fully advised. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1. Terraform's Motion to Exceed Page Length is **GRANTED**.

2. Terraform shall file its Reply, not to exceed seven (7) pages in length.

**DONE AND ORDERED** in Chambers at _____, Florida, this ____ day of _____.

_____
United States District Judge

Copies furnished to: All Counsel of Record