UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-MC-23855

| | |
|---|---|
| **TERRAFORM LABS PTE. LTD.**,<br><br>Movant,<br><br>- vs. -<br><br>**CITADEL SECURITIES, LLC**,<br><br>Respondent. | [Re: Civil Action No. 23-cv-1346,<br>Action pending in the United States District<br>Court for the Southern District of New York,<br>Hon. Jed S. Rakoff] |

**MOVANT TERRAFORM LABS PTE. LTD.'S *UNOPPOSED*
MOTION FOR LEAVE TO FILE PORTIONS OF ITS REPLY UNDER SEAL**

Pursuant to Local Rule 5.4 of the Southern District of Florida and the Protective Order (ECF No. 34) in the case captioned *Securities and Exchange Commission v. Terraform Labs, PTE LTD, and Do Hyeong*, Case No. 1:23-cv-01346, pending in the United States District Court for the Southern District of New York (hereinafter, the "Underlying Action"), Movant Terraform Labs Pte. Ltd. ("Movant" or "Terraform") moves for leave to file under seal "Exhibit L" to its forthcoming Reply in support of Terraform's motion to compel [ECF No. 1].

Terraform's Exhibit "L" is a copy of the document produced to Terraform by Respondent Citadel Securities, LLC on September 28, 2023, and referenced in the Declaration of Mac LeBuhn [ECF No. 23 at ¶ 3]. The information contained in Exhibit "L" has been designated confidential by Citadel Securities, LLC, pursuant to the Protective Order in the Underlying Action. Terraform takes no position on the duration of the sealing of any of this information.

## LOCAL RULE 7.1 CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(a)(3)(A), Counsel for Terraform conferred via e-mail with Citadel's counsel on November 3, 2023 in a good faith effort to resolve by agreement the issues raised in this Motion. Counsel for Citadel represented that it does not object to the relief requested in this Motion.

Respectfully submitted,

**HEISE SUAREZ MELVILLE, P.A.**
2990 Ponce De Leon Boulevard
Suite 300
Coral Gables, Florida 33134
Telephone (305) 800-4476

By: /s/ Luis E. Suarez
Luis E. Suarez
Florida Bar No. 390021
lsuarez@hsmpa.com
R. Jordan Richardson
Florida Bar No. 1044694
jrichardson@hsmpa.com

**ELLIOTT KWOK LEVINE & JAROSLAW LLP**
565 Fifth Avenue, 7th Floor
New York, NY 10017
(212) 321-0510

By: Matthew L. Levine
Matthew L. Levine (*Admitted Pro Hac Vice*)
mlevine@ekljlaw.com
Rachel J. Rodriguez (*Admitted Pro Hac Vice*)
rrodriguez@ekljlaw.com
*Attorneys for Movant Terraform Labs Pte. Ltd.*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on November 3, 2023 I electronically filed the foregoing with the Clerk of the Court using CM/ECF. Copies of the foregoing document will be served on all parties via transmission of Notice of Electronic Filing generated by CM/ECF.

      By: */s/ Luis E. Suarez*
          Luis E. Suarez
          Florida Bar No. 390021