UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-MC-23855

| | |
|---|---|
| TERRAFORM LABS PTE. LTD.,<br><br>   Movant,<br><br>   - vs. -<br><br>CITADEL SECURITIES, LLC<br><br>   Respondent. | [Re: Civil Action No. 23-cv-1346,<br>Action pending in the United States District<br>Court for the Southern District of New York,<br>Hon. Jed S. Rakoff] |

**SUPPLEMENTAL DECLARATION OF RACHEL J. RODRIGUEZ IN SUPPORT OF MOVANT TERRAFORM LABS PTE. LTD.'S MOTION TO COMPEL COMPLIANCE WITH ITS NON-PARTY SUBPOENA DUCES TECUM OR, ALTERNATIVELY, TO TRANSFER TO THE SOUTHERN DISTRICT OF NEW YORK**

I, Rachel J. Rodriguez, declare under penalty of perjury under 28 U.S.C. § 1746 that the following is true and correct:

1. I am a counsel with the law firm Elliott Kwok Levine & Jaroslaw LLP ("EKLJ"), having offices at 565 Fifth Avenue, 7th Floor, New York, NY 10017. EKLJ is counsel for Movant Terraform Labs Pte. Ltd. ("Movant" or "Terraform"), and I have been admitted *Pro Hac Vice* in this matter.

2. I submit this Declaration in further support of Terraform's motion to compel compliance with its non-party subpoena issued to Citadel Securities, LLC ("Citadel Securities") in the case captioned *Securities and Exchange Commission v. Terraform Labs, PTE LTD, and Do Hyeong*, Case No. 1:23-cv-01346, pending in the United States District Court for the Southern District of New York (hereinafter, the "Underlying Action").

3. Attached hereto as **Exhibit L** is a true and correct copy of the document produced to Movant by Citadel Securities on September 28, 2023.

4. Attached hereto as **Exhibit M** is a true and correct copy of the Memorandum of Law in support of the motion of the SEC to Exclude the Testimony and Opinions of Dr. Christine A. Parlour, Dkt. No. 92 in the Underlying Action.

5. Attached hereto as **Exhibit N** is a true and correct copy of the Memorandum of Law in support of the motion of Movant to Exclude the Opinions of Prof. Bruce Mizrach, Dkt. No. 74 in the Underlying Action.

Dated: November 2, 2023

Respectfully submitted,

By: /s/ Rachel J. Rodriguez
Rachel J. Rodriguez
565 Fifth Avenue, 7th Floor
New York, NY 10017
(212) 321-0510
rrodriguez@ekljlaw.com
Admitted *Pro Hac Vice*
*Attorneys for Movant Terraform Labs Pte. Ltd.*