**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

TERRAFORM LABS PTE. LTD.,

    Movant,

        Misc. Case No.: 23-MC-23855

-vs.-

        [Re: Civil Action No. 23-cv-1346,
CITADEL SECURITIES, LLC,        Action pending in the United States District
        Court for the Southern District of New York,
    Respondent.        Hon. Jed S. Rakoff]

**NOTICE OF REVISED RESPONSE**
**TO THE PENDING DISCOVERY DEMAND**

At the hearing on the motion to compel held on November 9, 2023, Terraform Labs Pte. Ltd. ("Terraform") discussed its request for discovery in substantially narrower terms than the face of the request provides and, as a result, eliminated the burden objections of Citadel Securities, LLC ("Citadel Securities"). Although Citadel Securities maintains its objections regarding the relevance of the requested discovery, the narrowed scope addressed its burden concerns. With this narrowed scope, a response to the subpoena is not burdensome and the burden objection will be withdrawn.

To assess the burden of this narrowed request, Citadel Securities conducted a search, which is described in a declaration by Daniel Grimm, who is Associate General Counsel at Citadel Securities. Grimm Decl. ¶¶ 3-4. Citadel Securities provided these results to Terraform on November 11, 2023, and it provides the result to the Court to provide greater detail on the burden associated with the narrowed scope that the parties discussed.

As described in the Grimm Declaration, Citadel Securities searched the emails and chat messages of the Citadel Securities employee who conducted the two test transactions as well as the supervisor of that employee. *Id.* ¶ 5. Citadel Securities searched for documents in the period

between February 3, 2022 and May 15, 2022. *Id.* ¶ 6. Citadel Securities used the following search terms: terra OR luna. *Id.* ¶ 7. These searches hit on 321 documents. *Id.* ¶ 8. None of the documents were responsive to the narrowed request. *Id.* ¶¶ 4, 8. As Mr. Grimm's declaration states: "none of the documents described (i) any trading strategy in which Citadel Securities acted in coordination with other trading firms to trade in Terra or Luna or to otherwise bring about the May 2022 depeg nor (ii) any documents that linked the two test transactions actually executed to any further Citadel Securities trading activity or strategy, including anything involving either the May 2022 depeg or shorting of Terra or Luna in May 2022 or at any other time." *Id.* ¶ 8.

In the course of its review, Citadel Securities identified additional information regarding the lack of Citadel Securities' involvement in the May 2022 depeg. Ex. 1. In a May 11, 2022 chat involving the supervisor of the employee who executed the test trades, the supervisor was asked whether Citadel Securities was trading during the "bitcoin/luna/ust saga," and he answered "No." *Id.* (annotated to indicate participants). *See also* Grimm Decl. ¶ 10.

Terraform disagrees with the scope of discovery that Citadel Securities described in this pleading, and it objects to this pleading. Ex. 2.

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
Museum Tower ▪ 150 West Flagler Street, Suite 2200 ▪ Miami, FL 33130 ▪ (305) 789-3200

Dated:  November 13, 2023

Respectfully submitted,

*/s/ Eugene Stearns*
EUGENE STEARNS
Florida Bar No.: 149335
E-mail:  estearns@stearnsweaver.com
KENDAL A. RINKO, Esq.
Florida Bar No.: 1003916
E-Mail: krinko@stearnsweaver.com
STEARNS WEAVER MILLER WEISSLER ALHADEFF
& SITTERSON, P.A.
150 West Flagler St., Ste. 2200
Miami, FL 33130
Telephone:  (305) 789-3200
Facsimile:  (305) 789-3395

*Attorneys for Respondent Citadel Securities LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2023, a true and correct copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record who are registered participants in the Court's electronic notice and filing system.

*/s/ Eugene Stearns*
Eugene Stearns, Esq.

3

## SERVICE LIST

**HEISE SUAREZ MELVILLE, P.A.**
2990 Ponce De Leon Boulevard Suite 300
Coral Gables, Florida 33134
Luis E. Suarez  - lsuarez@hsmpa.com
*Attorneys for Movant Terraform Labs Pte. Ltd*

**ELLIOTT KWOK LEVINE & JAROSLAW LLP**
565 Fifth Avenue, 7th Floor
New York, NY 10017
Matthew L. Levine - mlevine@ekljlaw.com
Rachel J. Rodriguez - rrodriguez@ekljlaw.com
*Attorneys for Movant Terraform Labs Pte. Ltd*


*Via: CM/ECF*

4