**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

TERRAFORM LABS PTE. LTD.,

    Movant,

-vs.-

    Misc. Case No.: 23-MC-23855

CITADEL SECURITIES, LLC,

    Respondent.

[Re: Civil Action No. 23-cv-1346,
Action pending in the United States District
Court for the Southern District of New York,
Hon. Jed S. Rakoff]

**DECLARATION OF DANIEL GRIMM**

I, Daniel Grimm, hereby state the following:

1.    I am an Associate General Counsel with Citadel Securities LLC ("Citadel Securities"). I submit this Declaration as a witness in support of Citadel Securities' response to the motion to compel filed by Terraform Labs Pte. Ltd. ("Terraform"). I declare under penalty of perjury that the following is true and correct:

2.    On August 1, 2023, I received a subpoena from Terraform, which included the request that was ultimately presented to the Court during the hearing on November 9, 2023: "[a]ll documents describing any trading strategy in any of the Terra-Native Tokens or the Terra Financial Instruments during the time period March 1, 2022 through May 31, 2022."

3.    I understand that, at the hearing of November 9, 2023,  the parties discussed a narrowed scope for this request: all documents describing any trading strategy in which Citadel Securities acted in coordination with other trading firms to trade in Terra or Luna or to otherwise bring about the May 2022 depeg. I further

Stearns Weaver Miller Weissler Alhadeff & Sitterson. p.a.
Museum Tower ▪ 150 West Flagler Street, Suite 2200 ▪ Miami, FL 33130 ▪ (305) 789-3200

understand that Terraform identified the individuals associated with the test transactions as potential custodians. I assisted with the search for and review of any documents potentially responsive to this narrowed scope.

4. No such documents were identified during the search and no such documents are believed to exist. The parameters of our search are provided below.

5. I assisted in the search and review of the emails and chat messages of the Citadel Securities employee who executed the two test transactions that have been described to the Court. His title is Systematic Trader. I also assisted in the search and review of the emails and chat messages of the Citadel Securities employee who oversaw the trading activities of the Systematic Trader. His title at the time was Strategy Head, Digital Assets.

6. The relevant period for the document search was between February 3, 2022 and May 15, 2022.

7. The search used the following search terms: terra OR luna.

8. These searches hit on 321 documents in total. As anticipated, none of the documents described (i) any trading strategy in which Citadel Securities acted in coordination with other trading firms to trade in Terra or Luna or to otherwise bring about the May 2022 depeg nor (ii) any documents that linked the two test transactions actually executed to any further Citadel Securities trading activity or strategy, including anything involving either the May 2022 depeg or shorting of Terra or Luna in May 2022 or at any other time. Further, none of the documents indicated that either custodian had acted at the direction of other Citadel

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
Museum Tower ▪ 150 West Flagler Street, Suite 2200 ▪ Miami, FL 33130 ▪ (305) 789-3200

Securities employees who were acting in coordination with other trading firms to trade in Terra or Luna or to otherwise bring about the May 2022 depeg.

9.  Based on my review, Citadel Securities would not face any burden if it were required to produce the subset of documents that would be responsive to the narrowed request, as no such documents exist.

10.  In the course of my search, I reviewed a chat involving the Strategy Head, Digital Assets employee. Ex. 1, CitSec-TL-00000002. In a May 11, 2022 message, he was asked if Citadel Securities was trading during the "bitcoin/luna/ust saga"— otherwise known as the depeg—and he answered "No". *Id.*

11.  These findings are consistent with the factual review I performed at the onset of this matter, based on my initial review of documents and discussions with others.

Dated: November 11, 2023                                 Respectfully,


                                                         By:  _s/ Daniel Grimm_ _

                                                         Daniel Grimm

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON. P.A.
Museum Tower ▪ 150 West Flagler Street, Suite 2200 ▪ Miami, FL 33130 ▪ (305) 789-3200
#12149834 v1