

### Slack: Conversation between '█████████████████'

█████████████████ and '███████████████████'

██████████████████████ , 35 Minutes

**Date:**  Wed, 11 May 2022 08:54:42 UTC
**Participants:**

**AI Predictions (3):** English, Sentiment = 0.518, Sentiment = Neutral

## MESSAGE CONTENT

(2022-05-11 08:19:19 AM UTC) ████████

Are you watching the bitcoin/luna/ust saga?

(2022-05-11 08:24:03 AM UTC) ████████

Yes

(2022-05-11 08:25:13 AM UTC) ████████

are we trading it?

(2022-05-11 08:25:19 AM UTC) ████████

so much vol

(2022-05-11 08:54:42 AM UTC) ████████

No

Processed by Global Relay Slack Converter | 2022-05-11 10:40:46 UTC

CitSec-TL-00000002