**Subject:** Re: Terraform Labs Pte. Ltd. v. Citadel Securities, LLC – proposed stipulation
**Date:** Sunday, November 12, 2023 at 4:01:55 PM Central Standard Time
**From:** Matt Levine
**To:** Mac LeBuhn, Rachel Rodriguez
**CC:** Matthew Brewer, Eugene Stearns, Kendal Rinko, Luis Suarez, Jordan Richardson
**Attachments:** Outlook-mevnc12t.png

<mark>Caution: External Message</mark>
Mac,

We strongly disagree with your characterizations below and in the proposed filings. You do not properly describe what we have requested, and we stand on our motion as filed with the Court, and on the record made during oral argument on November 9. Your proposed pleadings are a wholly improper attempt to supplement the record, to which we object. We remain willing to discuss a proper resolution of this matter that fully encompasses our discovery request. Please include this response in any filing you make with the Court.

Thank you -- Matt



**Matthew L. Levine**
mlevine@ekljlaw.com | Direct: +1 (646) 777-4513

565 Fifth Avenue, 7th Floor, New York, NY 10017
Tel: +1 (212) 321-0510 | www.ekljlaw.com

---

**From:** Mac LeBuhn <mac.lebuhn@bartlitbeck.com>
**Sent:** Saturday, November 11, 2023 3:37 PM
**To:** Matt Levine <mlevine@ekljlaw.com>; Rachel Rodriguez <rrodriguez@ekljlaw.com>; Laura Longobardi <llongobardi@ekljlaw.com>
**Cc:** Matthew Brewer <matthew.brewer@bartlitbeck.com>; Eugene Stearns <EStearns@stearnsweaver.com>; Kendal Rinko <krinko@stearnsweaver.com>
**Subject:** Terraform Labs Pte. Ltd. v. Citadel Securities, LLC – proposed stipulation

CAUTION: WARNING -- EXTERNAL EMAIL

Matt:

Great meeting you in person on Thursday, and I hope you made it home alright.

The hearing helped to clarify the scope of discovery that Terraform is seeking. As I understood it, Terraform is interested in trading strategies in which Citadel Securities acted in coordination with other trading firms to trade in Terra or Luna or to otherwise bring about the May 2022 depeg. Based on that scope, I think the parties can reach an agreement without further Court involvement.

To that end, we have reviewed the communications of (1) the individual who placed the test trades and (2) his supervisor. As described in the declaration, no documents exist that disclose any such strategy. And, in our search, we identified a May 11, 2022 communication from the supervisor where he specifically states in an internal communication that Citadel Securities was not trading in relation to the "bitcoin/luna/ust saga."

I've attached that document and a draft declaration. Once you have had a chance to review, could you please let me know if Terraform would be amenable to filing a stipulation that the parties have resolved this among themselves?

If Terraform does not want to stipulate, we plan to file a supplement with the Court with these materials so we can clarify the burden associated with searching for the subset of documents discussed at the hearing.

Happy to talk at your convenience this weekend. We'd like to get something on file first thing Monday.

Thanks,
Mac

--

## BartlitBeck LLP

Mac LeBuhn | p: 312.494.4469 | c: 847.804.2246 | Mac.LeBuhn@bartlitbeck.com | Courthouse Place, 54 West Hubbard Street, Chicago, IL 60654

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.