**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| TERRAFORM LABS PTE. LTD., | |
| Movant, | |
| | Misc. Case No.: 23-MC-23855 |
| -vs.- | |
| | [Re: Civil Action No. 23-cv-1346, |
| CITADEL SECURITIES, LLC, | Action pending in the United States District |
| | Court for the Southern District of New York, |
| Respondent. | Hon. Jed S. Rakoff] |

<u>**MOTION FOR IN CAMERA REVIEW**</u>

1.      Citadel Securities, LLC ("Citadel Securities") requests that the Court address a dispute between Citadel Securities and Terraform Labs Pte. Ltd. ("Terraform") regarding application of the Protective Order entered in the underlying Terraform litigation. Ex. 1, *Sec. & Exch. Comm'n v. Terrafrom Labs, PTE Ltd.*, 1:23-cv-01346-JSR, Dkt. 34 ("Protective Order").

2.      Citadel Securities has produced seven documents in response to the Court's order directing production of "all documents describing any trading strategy in any of the Terra-Native Tokens or the Terra Financial Instruments during the time period March 1, 2022 through May 31, 2022."  Dkt. 37 at 13.  Under the Protective Order, Citadel Securities has applied redactions to information (i) believed by Citadel Securities to be outside of the scope of the Court's Order and (ii) highly confidential and business sensitive information.

3.      While these seven documents do not "describe[e] any trading strategy"—and are therefore arguably not responsive to the request—Citadel Securities has produced the documents in an effort to demonstrate to Terraform that there are no documents that exist regarding a trading strategy for the test transactions at issue.  Indeed, the documents produced make clear that there was in fact no strategy employed for the two manual test transactions.  The documents,

however, contain a substantial amount of sensitive and proprietary information that is entirely irrelevant to the claims at issue in the matter.   Citadel Securities therefore applied redactions, which Terraform now disputes.

4.       Terraform's counsel has demanded that all of the redactions other than for privilege be removed.  Doing so would reveal sensitive, proprietary, and confidential information, but it would not provide Terraform anything relating to the scope of documents required under the Court's Order. To address this very situation, the Protective Order allows Citadel Securities to designate its information as confidential and further permits "further limits on disclosure" in certain circumstances. Ex. 1 at ¶ 8.  Accordingly, Citadel Securities asks that the Court review these documents *in camera* so that Terraform and its counsel can be assured that there is nothing inappropriately withheld.

5.       Citadel Securities redacted information that describes Citadel Securities' business decision-making processes, personnel, and trading systems, which could inform and aid a competitor or counterparty of Citadel Securities. Citadel Securities also redacted pages of proprietary code used in the test trades. Ex. 2, Redaction Log (to be filed under seal). The redacted information identifies how Citadel Securities formulates business plans, coordinates its operations, and codes its internal trading architecture.  Citadel Securities has invested significant resources in its processes, trading code, and systems, and this information would be extremely valuable to other market participants who would use the information to develop approaches to compete with or trade against Citadel Securities.

6.       To provide assurance to Terraform's counsel that the redactions were appropriate and did not withhold any relevant or responsive information, Citadel Securities offered to present the fully unredacted documents to Terraform's counsel over Zoom so they could visually

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
Museum Tower ▪ 150 West Flagler Street, Suite 2200 ▪ Miami, FL 33130 ▪ (305) 789-3200

confirm that the redacted information was consistent with Citadel Securities' representations. Terraform would not agree to this proposal.

7.      Citadel Securities therefore asks that the Court conduct an *in camera* review of the following documents: CitSec-TL-0000003; CitSec-TL-0000010; CitSec-TL-0000110; CitSec-TL-0000125; CitSec-TL-0000126, to confirm that Citadel Securities' application of the Protective Order is appropriate.

## LOCAL RULE 7.1 CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(a)(3)(A), Respondent has conferred with Movant Terraform Labs PTE. LTD., regarding the discovery issues addressed in this motion, in a good faith effort to resolve the issues raised in the motion and has been unable to do so. Pursuant to Local Rule 7.1(a)(3)(B), Respondent has also made reasonable efforts to confer with Movant regarding its intent to file this motion and request an *in camera* review of the documents addressed by calling Movant's counsel on December 14, 2023 to the direct line of Attorney Matthew Levine at 12:09pm and to the general office line of Movant's counsel at 12:11pm, leaving voicemails on both lines. Respondent's counsel followed up with an email to Movant's counsel, with all counsel of record cc'd, at 12:15pm, requesting a phone call. Respondent has not yet received a return phone call and, therefore, has been unable to confer with Movant's counsel regarding the filing of this motion. In light of the deadline placed on Respondent by Movant's counsel to produce the documents at issue by close of business today and the absence of a return call from Movant at this time, Respondent must move forward with the filing of this motion and respectfully requests a prompt hearing on the motion, in light of its time-sensitive nature.

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON. P.A.
Museum Tower ▪ 150 West Flagler Street, Suite 2200 ▪ Miami, FL 33130 ▪ (305) 789-3200

Dated:  December 14, 2023                    Respectfully submitted,


                                            /s/ Eugene Stearns
                                            EUGENE STEARNS
                                            Florida Bar No.: 149335
                                            E-mail:  estearns@stearnsweaver.com
                                            KENDAL A. RINKO, Esq.
                                            Florida Bar No.: 1003916
                                            E-Mail: krinko@stearnsweaver.com
                                            STEARNS WEAVER MILLER WEISSLER ALHADEFF
                                            & SITTERSON, P.A.
                                            150 West Flagler St., Ste. 2200
                                            Miami, FL 33130
                                            Telephone:  (305) 789-3200
                                            Facsimile:  (305) 789-3395

                                            Attorneys for Respondent Citadel Securities LLC




                            **CERTIFICATE OF SERVICE**

        I hereby certify that on December 14, 2023, a true and correct copy of the foregoing

document was filed with the Clerk of the Court using the CM/ECF system, which will

automatically send e-mail notification of such filing to the attorneys of record who are registered

participants in the Court's electronic notice and filing system.

                                            /s/ Eugene Stearns
                                            Eugene Stearns, Esq.


4

## SERVICE LIST

**HEISE SUAREZ MELVILLE, P.A.**
2990 Ponce De Leon Boulevard Suite 300
Coral Gables, Florida 33134
Luis E. Suarez  - lsuarez@hsmpa.com
*Attorneys for Movant Terraform Labs Pte. Ltd*

**ELLIOTT KWOK LEVINE & JAROSLAW LLP**
565 Fifth Avenue, 7th Floor
New York, NY 10017
Matthew L. Levine - mlevine@ekljlaw.com
Rachel J. Rodriguez - rrodriguez@ekljlaw.com
*Attorneys for Movant Terraform Labs Pte. Ltd*

*Via: CM/ECF*

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
Museum Tower ▪ 150 West Flagler Street, Suite 2200 ▪ Miami, FL 33130 ▪ (305) 789-3200

#12297441 v2