**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

TERRAFORM LABS PTE. LTD.,

     Movant,

-vs.-

CITADEL SECURITIES, LLC,

     Respondent.

_____/

Misc. Case No.: 23-MC-23855

[Re: Civil Action No. 23-cv-1346,
Action pending in the United States District
Court for the Southern District of New York,
Hon. Jed S. Rakoff]

### RESPONDENT CITADEL SECURITIES, LLC'S MOTION FOR LEAVE TO FILE PORTIONS OF ITS MOTION FOR IN CAMERA REVIEW UNDER SEAL

Pursuant to Local Rule 5.4 of the Southern District of Florida and the Protective Order (ECF No. 34) in the case captioned S*ecurities and Exchange Commission v. Terraform Labs, PTE LTD, and Do Hyeon*g, Case No. 1:23-cv-01346, pending in the United States District Court for the Southern District of New York (hereinafter, the "Underlying Action"), Respondent Citadel Securities, LLC ("Respondent") moves for leave to redact certain information in Exhibit 2, Privilege Log, of Respondent's Motion for In Camera Review. The information sought to be redacted has been designated confidential by Respondent, pursuant to the Protective Order in the Underlying Action. Respondent requests that these items remain under seal until and unless an order of this Court determines otherwise.

### LOCAL RULE 7.1 CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(a)(3)(B), Respondent has made reasonable efforts to confer with Movant regarding its intent to file this motion and request the relief sought by calling Movant's counsel on December 14, 2023 to the direct line of Attorney Matthew Levine at 12:09pm and to the general office line of Movant's counsel at 12:11pm, leaving voicemails on both lines.

Respondent's counsel followed up with an email to Movant's counsel, with all counsel of record cc'd, at 12:15pm, requesting a phone call. Respondent has not yet received a return phone call and, therefore, has been unable to confer with Movant's counsel regarding the filing of this motion. In light of the deadline placed on Respondent by Movant's counsel to produce discovery documents related to the Privilege Log at issue and the Privilege Log itself, by close of business today, and the absence of a return call from Movant at this time, Respondent must move forward with the filing of this motion and respectfully requests a prompt hearing on the motion, in light of its time-sensitive nature.

Dated:  December 14, 2023

Respectfully submitted,


*/s/ Eugene Stearns*
EUGENE STEARNS
Florida Bar No.: 149335
E-mail: estearns@stearnsweaver.com
KENDAL A. RINKO, Esq.
Florida Bar No.: 1003916
E-Mail: krinko@stearnsweaver.com
STEARNS WEAVER MILLER WEISSLER ALHADEFF
& SITTERSON, P.A.
150 West Flagler St., Ste. 2200
Miami, FL 33130
Telephone:  (305) 789-3200
Facsimile:  (305) 789-3395

*Attorneys for Respondent Citadel Securities LLP*

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2023, a true and correct copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record who are registered participants in the Court's electronic notice and filing system.

*/s/ Eugene Stearns*
Eugene Stearns, Esq.

## SERVICE LIST

**HEISE SUAREZ MELVILLE, P.A.**
2990 Ponce De Leon Boulevard Suite 300
Coral Gables, Florida 33134
Luis E. Suarez - lsuarez@hsmpa.com
*Attorneys for Movant Terraform Labs Pte. Ltd*

**ELLIOTT KWOK LEVINE & JAROSLAW LLP**
565 Fifth Avenue, 7th Floor
New York, NY 10017
Matthew L. Levine - mlevine@ekljlaw.com
Rachel J. Rodriguez - rrodriguez@ekljlaw.com
*Attorneys for Movant Terraform Labs Pte. Ltd*

*Via: CM/ECF*

#12297626 v2