UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-MC-23855

TERRAFORM LABS PTE. LTD.,

Movant,

- vs. -

CITADEL SECURITIES, LLC

Respondent.

[Re: Civil Action No. 23-cv-1346,
Action pending in the United States District
Court for the Southern District of New York,
Hon. Jed S. Rakoff]

### MOVANT TERRAFORM LABS PTE. LTD.'S MOTION FOR LEAVE TO FILE PORTIONS OF ITS MOTION TO COMPEL UNDER SEAL

Pursuant to Local Rule 5.4 of the Southern District of Florida and the Protective Order (ECF No. 34) in the case captioned *Securities and Exchange Commission v. Terraform Labs, PTE LTD, and Do Hyeong*, Case No. 1:23-cv-01346, pending in the United States District Court for the Southern District of New York (hereinafter, the "Underlying Action"), Movant Terraform Labs Pte. Ltd. ("Movant" or "Terraform") moves for leave to file under seal Exhibit B to the Levine Declaration, the Revised Redacted Production, in support of Terraform's opposition to the motion for *in camera* review filed by Citadel Securities, LLC ("Citadel"). The information sought to be filed under seal has been designated "Confidential" by Citadel, pursuant to the Protective Order in the Underlying Action. Terraform takes no position on the duration of the sealing of any of this information.

### LOCAL RULE 7.1 CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(a)(3)(B), counsel for Terraform has made reasonable efforts to confer with Citadel regarding its intent to file this motion and request the relief sought by e-mailing

counsel for Citadel on December 22, 2023 at 2:47 p.m., with all counsel of record copied, and by calling Citadel's counsel to the direct line of Attorney Kendall Rinko at 6:35 p.m., leaving a voicemail and requesting a return phone call. Counsel for Terraform has not yet received a return phone call and, therefore, has been unable to confer with Citadel's counsel regarding the filing of this motion.

Dated:  December 22, 2023.

<div style="margin-left: 40%;">

Respectfully submitted,

**HEISE SUAREZ MELVILLE, P.A.**
2990 Ponce De Leon Boulevard
Suite 300
Coral Gables, Florida 33134
Telephone (305) 800-4476

By: /s/ Luis E. Suarez
 Luis E. Suarez
 Florida Bar No. 390021
 lsuarez@hsmpa.com
 R. Jordan Richardson
 Florida Bar No. 1044694
 jrichardson@hsmpa.com

**ELLIOTT KWOK LEVINE & JAROSLAW LLP**
565 Fifth Avenue, 7th Floor
 New York, NY 10017
 (212) 321-0510

By: Matthew L. Levine
Matthew L. Levine (*Admitted Pro Hac Vice*)
mlevine@ekljlaw.com
Rachel J. Rodriguez (*Admitted Pro Hac Vice)*
rrodriguez@ekljlaw.com

*Attorneys for Movant Terraform Labs Pte. Ltd.*

</div>

2