| | Position Currency | Executing CParty | Trans Type | Quantity | Symbol | Fin Type | Cost | TKey |
|---|---|---|---|---|---|---|---|---|
| 03/03/2022 02:35:40.177 | USDT | ███████ | Buy Transaction | 1 | LUNAUSDT/BINANCE/PERP-XXAA | PERPETUAL_FUTURE | 92.925 | 19337358442.1 |
| 03/03/2022 02:35:43.474 | USDT | ███████ | Sell Transaction | -1 | LUNAUSDT/BINANCE/PERP-XXAA | PERPETUAL_FUTURE | 92.94 | 19337358443.1 |
| 03/17/2022 20:47:00.450 | USDT | ███████ | Buy Transaction | 1 | LUNAUSDT/BINANCE/PERP-XXAA | PERPETUAL_FUTURE | 85.437 | 19473475953.1 |
| 03/17/2022 21:01:20.990 | USDT | ███████ | Sell Transaction | -1 | LUNAUSDT/BINANCE/PERP-XXAA | PERPETUAL_FUTURE | 85.544 | 19473693698.1 |

## Slack: Conversation between ' ████████████ "
████████████████ and ' ██████████████████ "
████████████████████████ , 35 Minutes

| | |
|---|---|
| **Date:** | Wed, 11 May 2022 08:54:42 UTC |
| **Participants:** | ████████████████████████ |
| | ████████████████████████ |

**AI Predictions (3):** English, Sentiment = 0.518, Sentiment = Neutral

## MESSAGE CONTENT

(2022-05-11 08:19:19 AM UTC) ████████████

Are you watching the bitcoin/luna/ust saga?

(2022-05-11 08:24:03 AM UTC) ████████████

Yes

(2022-05-11 08:25:13 AM UTC) ████████████

are we trading it?

(2022-05-11 08:25:19 AM UTC) ████████████

so much vol

(2022-05-11 08:54:42 AM UTC) ████████████

No

Processed by Global Relay Slack Converter | 2022-05-11 10:40:46 UTC

CitSec-TL-00000002

**[MBC-1527] Digital Assets launch: Perpetuals manual trading through prime broker + Desk and Business line setup** Created: 13/Dec/21 Updated: 27/Jun/22 Resolved: 18/Jan/22

| | |
|---|---|
| **Status:** | Closed |
| **Project:** | Material Business Change |
| **Component/s:** | None |
| **Affects Version/s:** | None |
| **Fix Version/s:** | None |
| **Security Level:** | Restricted |

| | | | |
|---|---|---|---|
| **Type:** | Request | | |
| **Reporter:** | ▮ | **Assignee:** | ▮ |
| **Resolution:** | Done | **Votes:** | 0 |
| **Labels:** | None | | |
| **Σ Remaining Estimate:** | Not Specified | **Remaining Estimate:** | Not Specified |
| **Σ Time Spent:** | Not Specified | **Time Spent:** | Not Specified |
| **Σ Original Estimate:** | Not Specified | **Original Estimate:** | Not Specified |

**Attachments:** 🖼 Day 0 - ▮ Upload.jpg

**Sub-Tasks:**



| Key | Summary | Type | Status | Assignee |
|---|---|---|---|---|

**Change Type(s):** Clearing Broker/ Prime Broker, Org Structure - Business Line Key, Org Structure - Desk, Product, Trading Destination - Executing Broker

**Objective:**

**Scope of this MBC:**

**Note:**

- Management Committee Roll-up = " Digital Assets"
- Business = "Digital Assets"

**Deadline: 14th of January**

**Definition of Key Terms:** Product scope is valid for Day 0 only, not Day 1 (launch systematic trading). The exact product list for systematic trading will be submitted as part of the Systematic Trading Launch MBC ("Day 1").
For Day 0, our product scope will be limited to:

- Stable-coin: USDT (for posting collateral), BNB (for fee payment)
- Limited list of ▮ perpetual futures (for trading purposes)

CitSec-TL-00000003

| | |
|---|---|
| | ○ ████████<br>○ ████████<br>○ ████████<br>○ ████████<br>○ ████████<br>○ ████████<br>○ ████████<br>○ LUNA/USDT<br>○ ████████<br>○ ████████<br>○ ████████<br>○ ████████<br>○ ████████ |
| **Context/ History:** | The Asia-Pacific business has been exploring the launch of Digital Assets trading<br><br>• ████████████████████████████<br>• ████████████████████████<br>████████████████████████████████<br>████████<br><br>*There will be a separate MBC before systematic trading will be launched. * |
| **Workflow:** | **+Overall ambition+**<br><br>• Perform "manual trades" to test the exchange interface, ████████ and the pipes between the different architectural components<br><br>**Front-office interface**<br><br>• ████████████████████████████████<br>████████████████████<br>• ██████████████████████<br>• ████████<br><br>**Front-office technology**<br><br>• For the test trades, we will use ████████ trading ███ The functionalities of ██ will be limited to:<br>    ○ Order Management System<br>    ○ Basic MAC<br>    ○ Position view<br>• There will be several functions not available<br>    ○ ████████████████████████████<br>    ○ ████████████████████<br>    ○ There will be NO active quoter/strategy<br>    ○ There will be no integration with ████<br>• ████████████████████<br><br>**Front-office operating model**<br><br>Trades will happen within a specific trading session window (e.g. 7AM - 8PM SGT). Trade volume will be small (max 50 orders a day).<br><br>• ████████████████████████████<br>• ████████████████████████<br>• ████████████████████████████<br>• COIN will receive acknowledgement and execution (if applicable)<br>• ████████████████ |

CitSec-TL-00000004

**Enterprise/back-office post-trade processing**

During the Day 0 "Manual Trade" phase, any trades will be manually processed ████████████████ .

- The front-office will send a text file with executed trades every 15 minutes during live trading sessions (not if no trading session is only) to APAC Operations ( ████████ )
- Operations will reconcile trades manually ████████████████████████
- The text file can be shared with other functions, such as ████████████████████████ . These functions will proceed with their process using the text file
- ████████████████████████████████████████████
- ████████████

In parallel, we are working to automate the interface between the ██████████ and the ██████████ through an API layer.

*Other Compliance Policies*

- ████████████████████████
- ████████████████████████████████████████
- ████████████████████████████
- ████████████████████████████████
- ████████████████████

**Funding and margin management**

████████████████████████████████████████████

- ████████████ ████████ ██ ████████████████████
- ████████████████████████████████████████████
- Only minimal capital will be posted on the exchanges.
- ████████████████████████████████

| Benefits: | Overall testing of;<br>- ████████████████ platform in a live environment (order placing, processing, confirmation)<br>- ████████████████████████ |
|---|---|
| Risk Assessment: | - ████████████████████████████<br>- ████████████████████████████<br>- Positions will be flattened by the end of the trading session. There will be no overnight risk. **<br><br>**Technology risk:**<br>████████████████████████████████████████<br>- ████████████████████<br>- ████████████████<br><br>**Overall L&C Risks and mitigation factors**<br>████████████████<br>- ████████████████████████<br>- ████████████████████████<br>████████████<br><br>- ████████████████████████<br>- ████████████████ |

**CitSec-TL-00000005**

████████████████████████████

| | |
|---|---|
| **Requested Date:** | 14/Jan/22 |
| **COO Leads:** | ████████████████ |
| **Tech Lead(s):** | ████████████ |
| **Business Unit (s):** | ███ |
| **Desk:** | DACS - Digital Assets |
| **Incremental Revenue/PNL:** | n/a |
| **Incremental headcount:** | n/a |
| **Incremental servers:** | n/a |
| **External costs:** | n/a |
| **Strategies:** | Other<br>Other |
| **Strategy:** | Manual trade - no strategy |
| **BLK:** | DACS |
| **New Executing Account:** | ███████████ |
| **Venue(s):** | XXXX - NO MARKET (E.G. UNLISTED) - ZZ |
| **New Platform name:** | Binance.com |
| **Fin_Type:** | PERPETUAL_FUTURES |
| **Fin Type Classification:** | CRYPTO |
| **Transactions/Volumes:** | Maximum ███ orders per day. Opting for minimum order sizes, hence max ██████ executions. Additional transactions (e.g. funding rate settlements) may occur.<br><br>Initially, volume expected to be lower (0-10 trades per day, short holding periods), gradually scaling volumes to ██ trades per day with slightly longer holding periods (e.g. to test funding rate recon) end of February.<br><br>There will be no overnight risk |
| **Currency:** | USD, USDT, BNB |
| **Settlement Currency:** | USDT |
| **Change Classification:** | Material |
| ████ | ████████████ |
| | ██████████████████████ |
| █████ | ██████████ |
| | ⟳ ███ |
| ███ | ██████ |
| ███ | █████████ |
| ███ | ███████ |
| ████ | ██████████ |
| **Trading Activity Type:** | OTHER_SPECIAL_ACTIVITY |
| ████ | ████████████ |
| **Trading Hours:** | 7AM-6PM SGT, ████████████████. Length of trading hours will be short (15-60 min) |
| ████ | ████████ |

**CitSec-TL-00000006**

11/29/23, 3:31 PM · [MKM27] Digital Assets station 1 Permanent Manual Trading Through Direct Market Access and Brokerage line setup



| Execution Strategy: | High Touch |
|---|---|
| Order/Execution database: | n/a |
| Capital Forecast: | <100k USD |
| Capital Usage: | <100k USD |
| Return on Capital: | n/a |
| Playbooks: | n/a |

| Booking Process: | Back-office booking process to be processed manually: |
|---|---|

| Venue/Platform Type: | Binance.com: exchange |
|---|---|

Pending Approvals:

| Required Approvals | Approved By | Pending Approvals |
|---|---|---|
| • | • | |
| • | • | |
| • | • | |
| • | • | |

**CitSec-TL-00000007**



**Notification:**

**Comments**

Comment by ▮▮▮ [ 13/Jan/22 ]

approved for Day 0 approach

Comment by ▮▮▮ [ 12/Jan/22 ]

▮ approves on below conditions :

Comment by ▮▮▮ [ 12/Jan/22 ]

Approving with the caveat there are 2 changes pending completion/deployment ▮▮▮

Comment by ▮▮▮ [ 12/Jan/22 ]

Comment by ▮▮▮ [ 12/Jan/22 ]

Comment by ▮▮▮ [ 12/Jan/22 ]

Only item pending is ▮▮▮

Comment by ▮▮▮ [ 12/Jan/22 ]

▮ approves on the basis that this is :

CitSec-TL-00000008



| Comment by | [ 12/Jan/22 ] |
| Approved from | |
| Comment by | [ 10/Jan/22 ] |
| Approved from | |
| Comment by | [ 06/Jan/22 ] |
| This is approved from | |
| Comment by | [ 05/Jan/22 ] |
| This is approved from | |
| Comment by | [ 29/Dec/21 ] |
| reviewing. | |
| Comment by | [ 22/Dec/21 ] |
| Operations approval workflow process initiated | |
| Comment by | [ 22/Dec/21 ] |

CitSec-TL-00000009

# Day0 Testing

- 2022-01-18
- 2022-01-25
- 2022-02-08
- 2022-02-22
- 2022-03-01
- 2022-03-02
- 2022-03-03
- 2022-03-04
- 2022-03-11

## 2022-01-18

Scope:



**CitSec-TL-00000010**



CitSec-TL-00000011



**CitSec-TL-00000012**



CitSec-TL-00000013



CitSec-TL-00000014



CitSec-TL-00000015



CitSec-TL-00000016



CitSec-TL-00000017



CitSec-TL-00000018



CitSec-TL-00000019



CitSec-TL-00000020



CitSec-TL-00000021



CitSec-TL-00000022



CitSec-TL-00000023



CitSec-TL-00000024



**CitSec-TL-00000025**



CitSec-TL-00000026



**CitSec-TL-00000027**



CitSec-TL-00000028



CitSec-TL-00000029



CitSec-TL-00000030



CitSec-TL-00000031



CitSec-TL-00000032

## 2022-01-25

Scope: Same as 2022-01-18, but using BNB to pay for fees instead of USDT



**Snapshot 2022-01-25**



CitSec-TL-00000034



CitSec-TL-00000035



CitSec-TL-00000036



CitSec-TL-00000037



CitSec-TL-00000038



CitSec-TL-00000039



**CitSec-TL-00000040**



CitSec-TL-00000041



CitSec-TL-00000042



## 2022-02-08

Scope: Same as 2022-01-25, additionally ███████████████████████ ████████████████

**Snapshot 2022-02-08**

CitSec-TL-00000043



CitSec-TL-00000044



CitSec-TL-00000045



CitSec-TL-00000046



CitSec-TL-00000047



CitSec-TL-00000048



CitSec-TL-00000049



CitSec-TL-00000050



CitSec-TL-00000051



CitSec-TL-00000052



CitSec-TL-00000053



CitSec-TL-00000054

## 2022-02-22

Scope: Newer version of ██████ (████████████████████████████████), and fund rename from ██████ to ██████



**Snapshot 2022-02-22**



**CitSec-TL-00000055**



CitSec-TL-00000056



CitSec-TL-00000057



CitSec-TL-00000058



CitSec-TL-00000059



CitSec-TL-00000060



CitSec-TL-00000061



CitSec-TL-00000062



CitSec-TL-00000063



CitSec-TL-00000064



CitSec-TL-00000065



CitSec-TL-00000066



CitSec-TL-00000067



CitSec-TL-00000068



2022-03-01

**CitSec-TL-00000069**



CitSec-TL-00000070



CitSec-TL-00000071



CitSec-TL-00000072



CitSec-TL-00000073



CitSec-TL-00000074



CitSec-TL-00000075



CitSec-TL-00000076



CitSec-TL-00000077



CitSec-TL-00000078



CitSec-TL-00000079



CitSec-TL-00000080



CitSec-TL-00000081



CitSec-TL-00000082



CitSec-TL-00000083



CitSec-TL-00000084



CitSec-TL-00000085



CitSec-TL-00000086



CitSec-TL-00000087



CitSec-TL-00000088



CitSec-TL-00000089



CitSec-TL-00000090



**CitSec-TL-00000091**



CitSec-TL-00000092



CitSec-TL-00000093



CitSec-TL-00000094



CitSec-TL-00000095



CitSec-TL-00000096



CitSec-TL-00000097



CitSec-TL-00000098



CitSec-TL-00000099



CitSec-TL-00000100



CitSec-TL-00000101



CitSec-TL-00000102



**CitSec-TL-00000103**



## 2022-03-02

Scope: test trades for ▮ symbols (▮▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮)

Trade log: trade_2022-03-02.log

**CitSec-TL-00000104**



## 2022-03-03

Scope: test trades for ▮ symbols (LUNAUSDT, ▮▮▮▮ ▮▮▮▮ ▮▮▮▮ ▮▮▮▮ ▮▮▮▮ ▮▮▮▮ ▮▮▮▮

Trade log: trade_2022-03-03.log

CitSec-TL-00000105



## 2022-03-04

Scope: test trade for 1 symbols (

Trade log: trade_2022-03-04.log

**CitSec-TL-00000106**



## 2022-03-11



- ☑ Test trades done for ▮▮▮▮▮▮ ▮▮▮▮▮▮ and ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
- ☑ Pilot ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
- ☑ Tested ▮▮▮▮ publisher and checked that trades updated in ▮▮▮▮▮▮
- ☑ Tested ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
- ☑ Trading via ▮▮▮▮▮▮ ▮▮▮ with new position block ▮▮▮▮▮▮▮▮▮▮▮▮
- ☑ ▮▮▮ position file drop in ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮





CitSec-TL-00000108



CitSec-TL-00000109

# 2022-03-18 Test trade log

- Testing in UAT (qa-trade-01 & qa-service-01)
- Testing in Prod (coin-trade-01 & coin-service-01)
- Terminal logs
- Summary
  - Highlights
  - Follow-up
- Config file
  - ████████████████████

## Testing in UAT (qa-trade-01 & qa-service-01)



1. Go to local directory containing a checkout of ████████████████████████████████ repo
2. Run ██████████ and ████████████ to get latest updates
3. Run ████████████████████████████████████ to access █████, ██████████, and run ████████████████████ to check processes that are running. If processes are not running, run ████████████████████.
4. Run ████████████████████████████████████ to access █████, █████ – in to root, and run ████████████████████ to check processes that are running. If processes are not running, start in following sequence:
   a. ████████████
   b. ████████████
   c. 
5. Update mac config ████████████ to ████████████ for all █ symbols
6. Enable all symbols for █████ on █████ controller and run ████████████████ on █████████.
7. Send buy orders for all symbols to get fill
   a. Using batch request capability (████████████████████████████)
   b. The following █ symbols out of the █-symbol universe are not found in █████ and would be excluded:
8. Check fills in ████████████████████████ (████)
9. Simulate █████████ disconnection to check if █████ gets disabled, and restart █████████ (this feature is not tested as UAT does not)
10. Stop and restart all coin services applications ████████████████ (████████████████) to check if applications recovered with the correct state of positions
    a. Run ████████████ to stop all applications
    b. Run ████████████ to restart all applications
11. Stop and re-start all coin services applications (████████████) to check if applications recovered with the correct state of positions
    a. Run ████████, ████████ and ████████████ to stop all applications
    b. Run ████████, ████████ ○ and ████████████ to restart all applications
12. Send sell orders for all symbols to close all open positions using batch request capability (████████████████████████████)
13. Check fill in ████████████████ ████████████████████ ) to confirm no open position

## Testing in Prod (coin-trade-01 & coin-service-01)



1. Go to local directory containing a checkout of ████████████████████████████ repo
2. Run ██████████ and ████████████ to get latest updates
3. Run ████████████████████████████████ to access █████, █ into root, and run ████████████████████ to check processes that are running. If processes are not running, run ████████████████.
4. Run ████████████████████████████████ to access █████, █████ into root, and run ████████████████████ to check processes that are running. If processes are not running, start in following sequence:
   a. ████████████
   b. ████████████
   c. 
5. Update ████████████████████████████████████ to restrict to trading small quantities for all █ symbols
6. Enable single symbol █████ for █████ on █████ controller and run ████████████████████ on █ ████████ 1.
7. Send one buy orders to get fill
8. Check fills in ████████ (████████████████ /)
9. Stop █████ to check if █████ gets disabled (confirmed attempt to send order failed due to █████ disabled)
10. Restart █████████ and re-enable █████ and send one order to get fill
11. Send buy orders for remaining █ symbols to get fill using batch request capability (████████████████████████████)
12. Stop and restart all coin services applications (████████████████████) to check if applications recovered with the correct state of positions
    a. Run ████████████ to stop all applications
    b. Run ████████████ to restart all applications
13. Stop and re-start all coin services applications (████████████) to check if applications recovered with the correct state of positions
    a. Run ████████ ████████████ and ████████████ to stop all applications

**CitSec-TL-00000110**

b. Run ███████████ ███████████ and ███████████ to restart all applications

14. Send sell orders for all ██ symbols to close all open positions using batch request capability (████████████
████████████ )

15. Check fill in ████████████████████████████████████████ ) to confirm no open position

16. Check connection to ███████████
   a. ████████ █████████████████



b. ████████ ████████████████████

## Terminal logs

████████████████████
████████████████████

## Summary

### Highlights

1. Tested sending orders and getting fills for all ██ symbols
   a. Positions correctly reflected across ████████████████
2. Tested ████ disabled upon ████████ disconnect
3. ████████████ could send orders in batches
4. ████████ has ability to facilitate flattening open positions
5. Maintain open positions for ██ symbols for a few minutes
6. Maintain open positions for ██ symbols for 30 minutes to allow for ████ capture
7. Connected to ████████████████

### Follow-up

1. To setup separate QA and UAT instances
2. Update mac limits in ████████████████ to allow batch ordering by ████████████ ████████████
   ████████████████████████████ )

## Config file

████████████████████████

| mac for ██ symbols pilot trade |
| --- |



CitSec-TL-00000112



CitSec-TL-00000113



CitSec-TL-00000114



CitSec-TL-00000115



CitSec-TL-00000116



CitSec-TL-00000117



CitSec-TL-00000118



CitSec-TL-00000119



CitSec-TL-00000120

**To:** ███████████████████████████

**From:** ███████████████████████████

**Sent:** Mon 2/28/2022 7:22:22 PM (UTC-06:00)

**Subject:** Slack: Conversation between ████████████

████████████████████████████████████ 18 Minutes



## MESSAGE CONTENT

(2022-03-01 01:03:52 AM UTC) ███████████████

Hey ████████ for the testing, you mentioned we could only do 50 trades per day right? Any limitation on total traded notional? The notional of each trade should be less than 100 USD, but if I do 50 trades, the total traded notional could be a few thousand USD, just want to make sure that this is ok

(2022-03-01 01:08:36 AM UTC) ███████████████████

All the other coins are a lot smaller than BTC I presume? I'd need to look back at the specifics what we agreed on for the MBC. Maybe we do 10 products per day or so. 20 trades ?

(2022-03-01 01:14:33 AM UTC) ████████████

ok sure, we can do 20 test trades on 10 products, shall I proceed now, or would you want to check more on the MBC specifics first?

(2022-03-01 01:16:33 AM UTC) ███████████████

As long as you use the smallest lot sizes there will be no issue.

(2022-03-01 01:17:19 AM UTC) ████████████

ok sure, will get started with the test trades in a bit

(2022-03-01 01:22:22 AM UTC) ███████████████

:+1: :+1: another milestone

Processed by Global Relay Slack Converter | 2022-03-01 02:45:12 UTC

CitSec-TL-00000121

**To:** ████████████████████████████████████████

**From:** ████████████████████████████████████████

**Sent:** Mon 2/28/2022 7:36:14 PM (UTC-06:00)

**Subject:** Slack: ██████████████████████████, 3 Users, 16 Minutes

MESSAGE CONTENT

(2022-03-01 01:19:31 AM UTC) ████████████

Hi ████████, just a heads-up, we will be doing test trades on 10 different Binance perpetual futures symbols today, will let you know when the test trades are done.

(2022-03-01 01:21:47 AM UTC) ████████

nice

(2022-03-01 01:21:54 AM UTC) ████████

thx for the headsup

(2022-03-01 01:23:18 AM UTC) ████████

will we leave open position?

(2022-03-01 01:23:32 AM UTC) ████████

may be good to see how it comes up on their reports

(2022-03-01 01:23:39 AM UTC) ████████

leave like a tiny position

(2022-03-01 01:23:55 AM UTC) ██████████████

Overnight?

(2022-03-01 01:24:27 AM UTC) ██████████████

Not covered under current MBC so we'd need to socialize this before we go ahead

(2022-03-01 01:24:34 AM UTC) ██████████████

We can close by EOB?

(2022-03-01 01:24:49 AM UTC) ████████

open now, close it by COB

(2022-03-01 01:25:55 AM UTC) ████████████

.

**CONFIDENTIAL**

CitSec-TL-00000122

also want to add that I rmb our MBC mention that we will complete test trades within an hour, so I guess we could not leave position open for too long?

(2022-03-01 01:28:14 AM UTC) ████████████

Not as far as I can remember not mentioned here: ████████████████████████████

(2022-03-01 01:28:40 AM UTC) ████████

We just need to have the 15-min drop of positions, trade smallest lot size, and close by COB

(2022-03-01 01:30:12 AM UTC) ██████

Trades will happen within a specific trading session window (e.g. 7AM - 8PM SGT). Trade volume will be small (max 50 orders a day).

(2022-03-01 01:30:13 AM UTC) ████████        **EDITED**

ok sure, can we define the timing of COB? if I do the trades at around 10am HKT, what time should I close all the positions?

**Previous**
(2022-03-01 01:30:03 AM UTC) ████████

ok sure, can we define the timing of COB? if I do the trades at around 10am, what time should I close all the positions?

(2022-03-01 01:30:17 AM UTC) ██████

so before 8pm should be fine?

(2022-03-01 01:30:36 AM UTC) ██████

before you leave for the day

(2022-03-01 01:30:49 AM UTC) ██████

I just wanna see an open position on the ████████

(2022-03-01 01:31:46 AM UTC) ██████

ok sure, can I also check when will ████████ be sent? if it is sent outside of the window our position is opened, then we would not see open position as well

(2022-03-01 01:33:03 AM UTC) ██████

it's not very consistent, but there should be a snap between now and maybe 2pm

(2022-03-01 01:35:41 AM UTC) ██████

**CONFIDENTIAL**                                        **CitSec-TL-00000123**

ok, I'll do some test trades, and just leave only one small position opened through the day and close it later would not want to leave

open positions for 10 symbols at the same time in case market is volatile

(2022-03-01 01:36:13 AM UTC) ████████

yea that's fine

(2022-03-01 01:36:14 AM UTC) ████████

thanks!

Processed by Global Relay Slack Converter | 2022-03-01 02:45:12 UTC

**CONFIDENTIAL**

**CitSec-TL-00000124**

**To:** ████████████████████████████████████████

**From:** ████████████████████████████████████████

**Sent:** Thur 3/3/2022 1:40:32 AM (UTC-06:00)

**Subject:** Slack: ██████████████████████, 3 Users, 56 Minutes

MESSAGE CONTENT
(2022-03-03 06:44:21 AM UTC) ████████████



Hi ████████, heads-up that I will try to do test trades for the remaining names in a bit. I will be skipping ████████ as it is not supported by ████ and will test LUNAUSDT, ████████, ████████, ████████, ████████, ████████, ████████, ████████,

(2022-03-03 06:45:45 AM UTC) ████████

sure

(2022-03-03 07:40:32 AM UTC) ████████

Test trades completed today, no open position left, and trade file ██████████████████ updated in ██████████████████

Processed by Global Relay Slack Converter | 2022-03-03 08:49:16 UTC

**CONFIDENTIAL**                                                    **CitSec-TL-00000125**

**To:** ▮▮▮▮▮

**From:** ▮▮▮▮▮

**Sent:** Thur 3/17/2022 9:33:59 PM (UTC-05:00)

**Subject:** Slack: Conversation between ▮▮▮▮▮ ▮▮▮▮▮ 25 Minutes

## MESSAGE CONTENT

(2022-03-18 02:08:37 AM UTC) ▮▮▮▮▮

Is everyone going to wait until we close the positions :stuck_out_tongue: ?

(2022-03-18 02:11:08 AM UTC) ▮▮▮▮▮

seems like so

(2022-03-18 02:11:17 AM UTC) ▮▮▮▮▮

can we chase ▮▮

(2022-03-18 02:13:00 AM UTC) ▮▮▮▮▮

Once we hit 30 min, just close the position

(2022-03-18 02:14:09 AM UTC) ▮▮▮▮▮

just to confirm, when is the start time?

(2022-03-18 02:15:39 AM UTC) ▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮

(2022-03-18 02:15:48 AM UTC) ▮▮▮▮▮

we were bouncing applications in the middle and took some time

(2022-03-18 02:16:18 AM UTC) ▮▮▮▮▮

in fact 30 minutes now :sweat_smile:

(2022-03-18 02:16:28 AM UTC) ▮▮▮▮▮

Close them

(2022-03-18 02:16:34 AM UTC) ▮▮▮▮▮

Ok sure

(2022-03-18 02:16:38 AM UTC) ▮▮▮▮▮

**CitSec-TL-00000126**



Thank you sir

(2022-03-18 02:30:12 AM UTC)

Thanks for dirving these pilots ⬛ I think it's amazing where we are now! :slightly_smiling_face: It's pretty time intensive but it's teh right thing to do

(2022-03-18 02:30:31 AM UTC)

(2022-03-18 02:33:04 AM UTC)

(2022-03-18 02:33:48 AM UTC)

(2022-03-18 02:33:59 AM UTC)

Processed by Global Relay Slack Converter | 2022-03-18 04:42:54 UTC

**CitSec-TL-00000127**