# Exhibit 4
## Public Filing

**[MBC-1527]** Digital Assets launch: Perpetuals manual trading through prime broker + Desk and Business line setup  Created: 13/Dec/21  Updated: 27/Jun/22  Resolved: 18/Jan/22

| Status: | Closed |
| --- | --- |
| Project: | Material Business Change |
| Component/s: | None |
| Affects Version/s: | None |
| Fix Version/s: | None |
| Security Level: | Restricted |

| Type: | Request | | |
| --- | --- | --- | --- |
| Reporter: | ███████████ | Assignee: | ███████████ |
| Resolution: | Done | Votes: | 0 |
| Labels: | None | | |
| Σ Remaining Estimate: | Not Specified | Remaining Estimate: | Not Specified |
| Σ Time Spent: | Not Specified | Time Spent: | Not Specified |
| Σ Original Estimate: | Not Specified | Original Estimate: | Not Specified |

| Attachments: | 🖼 Day 0 - ██ Upload.jpg | | | | |
| --- | --- | --- | --- | --- | --- |
| Sub-Tasks: | Key | Summary | Type | Status | Assignee |



| Change Type(s): | Clearing Broker/ Prime Broker, Org Structure - Business Line Key, Org Structure - Desk, Product, Trading Destination - Executing Broker |
| --- | --- |
| Objective: | **Scope of this MBC:** ██████████████████████████████████ <br><br> **Note:** <br> • Management Committee Roll-up = " Digital Assets" <br> • Business = "Digital Assets" <br><br> **Deadline: 14th of January** |
| Definition of Key Terms: | Product scope is valid for Day 0 only, not Day 1 (launch systematic trading). The exact product list for systematic trading will be submitted as part of the Systematic Trading Launch MBC ("Day 1"). <br> For Day 0, our product scope will be limited to: <br> • Stable-coin: USDT (for posting collateral), BNB (for fee payment) <br> • Limited list of ████ perpetual futures (for trading purposes) |

CitSec-TL-00000003

11/29/23, 3:30 PM [WIKI] Digital Assets launch - Perpetual Interdealer Trading through pocket broker OE/2x Rule Business setup

Case 1:23-mc-23855-KMM Document 58-4 Entered on FLSD Docket 03/06/2024 Page 3 of 8

|  |  |
|---|---|
|  | ○<br>○<br>○<br>○<br>○<br>○<br>○<br>○ LUNA/USDT<br>○<br>○<br>○<br>○<br>○ |
| **Context/ History:** | The Asia-Pacific business has been exploring the launch of Digital Assets trading<br><br>• ▮<br>• ▮<br><br>▮<br><br>*There will be a separate MBC before systematic trading will be launched. * |
| **Workflow:** | **+Overall ambition+**<br><br>• Perform "manual trades" to test the exchange interface, ▮ and the pipes between the different architectural components<br><br>**Front-office interface**<br><br>• ▮<br>• ▮<br>• ▮<br><br>**Front-office technology**<br><br>• For the test trades, we will use ▮ trading ▮ The functionalities of ▮ will be limited to:<br>  ○ Order Management System<br>  ○ Basic MAC<br>  ○ Position view<br>• There will be several functions not available<br>  ○ ▮<br>  ○ ▮<br>  ○ There will be NO active quoter/strategy<br>  ○ There will be no integration with ▮<br>• ▮<br><br>**Front-office operating model**<br><br>Trades will happen within a specific trading session window (e.g. 7AM - 8PM SGT). Trade volume will be small (max 50 orders a day).<br><br>• ▮<br>• ▮<br>• ▮<br>• COIN will receive acknowledgement and execution (if applicable)<br>• ▮ |

**CitSec-TL-00000004**

11/29/23, 2:36 PM [work.MD/] Digital Asset alto Go - Perpetual internal trading through broker order/Desk and Business line setup

Case 1:23-mc-23855-KMM Document 58-4 Entered on FLSD Docket 03/06/2024 Page 4 of 8

██████████████████████████████████████████████

████████████████████████████████████

**Enterprise/back-office post-trade processing**

During the Day 0 "Manual Trade" phase, any trades will be manually processed ███████████████████████.

- The front-office will send a text file with executed trades every 15 minutes during live trading sessions (not if no trading session is only) to APAC Operations (██████████)
- Operations will reconcile trades manually ████████████████████
- The text file can be shared with other functions, such as ████████████████████. These functions will proceed with their process using the text file
- ████████████████████████████████████████

- ██████████████████

In parallel, we are working to automate the interface between the ███████████ and the ███████████ through an API layer.

*Other Compliance Policies*

- ████████████████████████████
- ████████████████████████████████████████
- ████████████████████████████████

- ████████████████████████████████
- ██████████████████████

**Funding and margin management**

████████████████████████████████████████

████████████████

- ██████████████████ ████████ ████████████████████████
- ████████████████████████████████████████

- Only minimal capital will be posted on the exchanges.
- ████████████████████████████████

| | |
|---|---|
| **Benefits:** | Overall testing of;<br><br>- ████████████████████ platform in a live environment (order placing, processing, confirmation)<br>- ████████████████████████████ |
| **Risk Assessment:** | - ████████████████████████████████████████<br>- ████████████<br>- Positions will be flattened by the end of the trading session. There will be no overnight risk. **<br><br>**Technology risk:**<br><br>████████████████████████████████████████<br><br>- ████████████████████████<br>- ████████████████<br><br><br>**Overall L&C Risks and mitigation factors**<br><br>████████████████<br><br>- ████████████████████████████████<br>- ████████████<br><br>████████████████<br><br>- ████████████████████████████<br>- ████████████████████████ |

CitSec-TL-00000005

██████████████████████████████████

| | |
|---|---|
| **Requested Date:** | 14/Jan/22 |
| **COO Leads:** | ███████████████ |
| **Tech Lead(s):** | ███████████████ |
| **Business Unit (s):** | ███ |
| **Desk:** | DACS - Digital Assets |
| **Incremental Revenue/PNL:** | n/a |
| **Incremental headcount:** | n/a |
| **Incremental servers:** | n/a |
| **External costs:** | n/a |
| **Strategies:** | Other<br>Other |
| **Strategy:** | Manual trade - no strategy |
| **BLK:** | DACS |
| **New Executing Account:** | ███████████ |
| **Venue(s):** | XXXX - NO MARKET (E.G. UNLISTED) - ZZ |
| **New Platform name:** | Binance.com |
| **Fin_Type:** | PERPETUAL_FUTURES |
| **Fin Type Classification:** | CRYPTO |
| **Transactions/Volumes:** | Maximum ███ orders per day. Opting for minimum order sizes, hence max ███ executions. Additional transactions (e.g. funding rate settlements) may occur.<br><br>Initially, volume expected to be lower (0-10 trades per day, short holding periods), gradually scaling volumes to ███ trades per day with slightly longer holding periods (e.g. to test funding rate recon) end of February.<br><br>There will be no overnight risk |
| **Currency:** | USD, USDT, BNB |
| **Settlement Currency:** | USDT |
| **Change Classification:** | Material |
| ███████ | ███████████████████████████ |
| | |
| **Trading Activity Type:** | OTHER_SPECIAL_ACTIVITY |
| | |
| **Trading Hours:** | 7AM-6PM SGT, ███████████████. Length of trading hours will be short (15-60 min) |
| | |

CitSec-TL-00000006

Case 1:23-mc-23855-KMM   Document 58-4   Entered on FLSD Docket 03/06/2024   Page 6 of 8



| | |
|---|---|
| **Execution Strategy:** | High Touch |
| **Order/Execution database:** | n/a |
| **Capital Forecast:** | <100k USD |
| **Capital Usage:** | <100k USD |
| **Return on Capital:** | n/a |
| **Playbooks:** | n/a |
| **Booking Process:** | Back-office booking process to be processed manually: |
| **Venue/Platform Type:** | Binance.com: exchange |

**Pending Approvals:**

| Required Approvals | Approved By | Pending Approvals |
|---|---|---|
| | | |

CitSec-TL-00000007



**Notification:**

**Comments**

| Comment by ███████ | [ 13/Jan/22 ] |

approved for Day 0 approach

| Comment by ████████████ | [ 12/Jan/22 ] |

██ approves on below conditions :

| Comment by ███ | [ 12/Jan/22 ] |

Approving with the caveat there are 2 changes pending completion/deployment ████████████

| Comment by ███ | [ 12/Jan/22 ] |

| Comment by ███ | [ 12/Jan/22 ] |

| Comment by ███ | [ 12/Jan/22 ] |

Only item pending is ████████████████████████████

| Comment by ███ | [ 12/Jan/22 ] |

██ approves on the basis that this is :

CitSec-TL-00000008



| | | |
|---|---|---|
| Comment by | [ 12/Jan/22 ] | |
| Approved from | | |
| Comment by | [ 10/Jan/22 ] | |
| Approved from | | |
| Comment by | [ 06/Jan/22 ] | |
| This is approved from | | |
| Comment by | [ 05/Jan/22 ] | |
| This is approved from | | |
| Comment by | [ 29/Dec/21 ] | |
| reviewing. | | |
| Comment by | [ 22/Dec/21 ] | |
| Operations approval workflow process initiated | | |
| Comment by | [ 22/Dec/21 ] | |

CitSec-TL-00000009