# Exhibit 5
## Public Filing

# Day0 Testing

- 2022-01-18
- 2022-01-25
- 2022-02-08
- 2022-02-22
- 2022-03-01
- 2022-03-02
- 2022-03-03
- 2022-03-04
- 2022-03-11

## 2022-01-18

Scope:

### Snapshot 2022-01-18



CitSec-TL-00000010



CitSec-TL-00000011



CitSec-TL-00000012



CitSec-TL-00000013



CitSec-TL-00000014



CitSec-TL-00000015



CitSec-TL-00000016



CitSec-TL-00000017



CitSec-TL-00000018



CitSec-TL-00000019



CitSec-TL-00000020



CitSec-TL-00000021



CitSec-TL-00000022



**CitSec-TL-00000023**



CitSec-TL-00000024



CitSec-TL-00000025



CitSec-TL-00000026



CitSec-TL-00000027



CitSec-TL-00000028



CitSec-TL-00000029



CitSec-TL-00000030



CitSec-TL-00000031



CitSec-TL-00000032

## 2022-01-25

Scope: Same as 2022-01-18, but using BNB to pay for fees instead of USDT



**Snapshot 2022-01-25**

**CitSec-TL-00000033**



CitSec-TL-00000034



CitSec-TL-00000035



CitSec-TL-00000036



CitSec-TL-00000037



CitSec-TL-00000038



CitSec-TL-00000039



CitSec-TL-00000040



**CitSec-TL-00000041**



CitSec-TL-00000042



## 2022-02-08

Scope: Same as 2022-01-25, additionally ███████████████████████ ████████████████

**Snapshot 2022-02-08**

CitSec-TL-00000043



CitSec-TL-00000044



CitSec-TL-00000045



**CitSec-TL-00000046**



CitSec-TL-00000047



CitSec-TL-00000048



**CitSec-TL-00000049**



CitSec-TL-00000050



CitSec-TL-00000051



CitSec-TL-00000052



CitSec-TL-00000053



CitSec-TL-00000054

## 2022-02-22

Scope: Newer version of ▮▮▮▮ (▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮), and fund rename from ▮▮▮▮ to ▮▮▮▮

**Snapshot 2022-02-22**



**CitSec-TL-00000055**



CitSec-TL-00000056



CitSec-TL-00000057



CitSec-TL-00000058



CitSec-TL-00000059



CitSec-TL-00000060



CitSec-TL-00000061



CitSec-TL-00000062



CitSec-TL-00000063



CitSec-TL-00000064



CitSec-TL-00000065



CitSec-TL-00000066



CitSec-TL-00000067



CitSec-TL-00000068



2022-03-01

CitSec-TL-00000069



Scope: test trades for ▓ symbols (▓▓▓▓▓▓▓ ▓▓▓▓▓ ▓▓▓▓▓ ▓▓▓▓▓ ▓▓▓▓▓ ▓▓▓▓▓ ▓▓▓▓▓ ▓▓▓▓▓ ▓▓▓▓▓ ▓▓▓▓▓ using newer version of ▓▓▓

**Snapshot 2022-03-01**

CitSec-TL-00000070



CitSec-TL-00000071



CitSec-TL-00000072



CitSec-TL-00000073



CitSec-TL-00000074



CitSec-TL-00000075



**CitSec-TL-00000076**



CitSec-TL-00000077



CitSec-TL-00000078



CitSec-TL-00000079



CitSec-TL-00000080



CitSec-TL-00000081



CitSec-TL-00000082



CitSec-TL-00000083



CitSec-TL-00000084



CitSec-TL-00000085



CitSec-TL-00000086



CitSec-TL-00000087



**CitSec-TL-00000088**



CitSec-TL-00000089



CitSec-TL-00000090



CitSec-TL-00000091



CitSec-TL-00000092



CitSec-TL-00000093



CitSec-TL-00000094



CitSec-TL-00000095



CitSec-TL-00000096



CitSec-TL-00000097



**CitSec-TL-00000098**



CitSec-TL-00000099



CitSec-TL-00000100



CitSec-TL-00000101



CitSec-TL-00000102



CitSec-TL-00000103



## 2022-03-02

Scope: test trades for ▇ symbols (▇▇▇▇▇ ▇▇▇▇ ▇▇▇▇ ▇▇▇▇ ▇▇▇▇ ▇▇▇▇ ▇▇▇▇ ▇▇▇▇ ▇▇▇▇
▇▇▇▇)

Trade log: trade_2022-03-02.log

**CitSec-TL-00000104**



## 2022-03-03

Scope: test trades for ▮ symbols (LUNAUSDT, ▮▮▮▮ ▮▮▮▮ ▮▮▮▮ ▮▮▮▮ ▮▮▮▮ ▮▮▮▮ ▮▮▮▮)

Trade log: trade_2022-03-03.log

CitSec-TL-00000105



## 2022-03-04

Scope: test trade for 1 symbols (▮▮▮▮▮▮▮▮

Trade log: trade_2022-03-04.log

**CitSec-TL-00000106**



## 2022-03-11

- ☑ Test trades done for ▮▮▮▮▮ ▮▮▮▮▮ and ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
- ☑ Pilot ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
- ☑ Tested ▮▮▮▮ publisher and checked that trades updated in ▮▮▮▮▮
- ☑ Tested ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
- ☑ Trading via ▮▮▮▮▮▮ ▮▮▮ with new position block ▮▮▮▮▮▮▮▮▮▮▮
- ☑ ▮▮▮ position file drop in ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮





CitSec-TL-00000108



CitSec-TL-00000109