# Exhibit 6
## Public Filing

# 2022-03-18 Test trade log

- Testing in UAT (qa-trade-01 & qa-service-01)
- Testing in Prod (coin-trade-01 & coin-service-01)
- Terminal logs
- Summary
  - Highlights
  - Follow-up
- Config file
  - ███████████████████

## Testing in UAT (qa-trade-01 & qa-service-01)



1. Go to local directory containing a checkout of ████████████████████████████████ repo
2. Run ████████████ and ████████████████ to get latest updates
3. Run ███████████████████████████████████████████ to access ████████, ████████████, and run ████████████████████████████ to check processes that are running. If processes are not running, run ██████████████████████████████.
4. Run ███████████████████████████████████████████ to access ████████, ███████████ – in to root, and run ███████████████████████████ to check processes that are running. If processes are not running, start in following sequence:
   a. ████████████████
   b. ██████████████
   c. ██████████████
5. Update mac config ████████████████████ to ████████████████ for all ██ symbols
6. Enable all symbols for ████████ on ████████ controller and run ███████████████████████ on ████████████.
7. Send buy orders for all symbols to get fill
   a. Using batch request capability (████████████████████████████████████████████)
   b. The following █ symbols out of the ██-symbol universe are not found in ████████ and would be excluded: ████████ ████████ ████████
8. Check fills in ████████████████████████████████████████████)
9. Simulate ████████ disconnection to check if ████████ gets disabled, and restart ████████ (this feature is not tested as UAT does not)
10. Stop and restart all coin services applications ██████████████ ██████████████████) to check if applications recovered with the correct state of positions
    a. Run ████████████████ to stop all applications
    b. Run ████████████ to restart all applications
11. Stop and re-start all coin services applications (███████████████) to check if applications recovered with the correct state of positions
    a. Run ████████████, ████████ and ████████████████ to stop all applications
    b. Run ████████████, ████████ ○ and ████████████████ to restart all applications
12. Send sell orders for all symbols to close all open positions using batch request capability (████████████ ████████████████████)
13. Check fill in ████████████████████████████████████████████) to confirm no open position

## Testing in Prod (coin-trade-01 & coin-service-01)



1. Go to local directory containing a checkout of ████████████████████████████████ repo
2. Run ████████████ and ████████████████ to get latest updates
3. Run ███████████████████████████████████████████ to access ████████, ████ into root, and run █████████████████████████ to check processes that are running. If processes are not running, run ████████████████.
4. Run ███████████████████████████████████████████ to access ████████, ████████████ into root, and run █████████████████████████ to check processes that are running. If processes are not running, start in following sequence:
   a. ██████████████
   b. ██████████████
   c. ████████
5. Update ████████████████████████████████████ to restrict to trading small quantities for all ██ symbols
6. Enable single symbol ████████ for ████████ on ████████████ controller and run ████████████████████████ on ████ ████████████ 1.
7. Send one buy orders to get fill
8. Check fills in ████████████████ (████████████████████████ /)
9. Stop ████████ to check if ████████ gets disabled (confirmed attempt to send order failed due to ████████ disabled)
10. Restart ██████████ and re-enable ████ and send one order to get fill
11. Send buy orders for remaining ██ symbols to get fill using batch request capability (████████████████████████████████████████████)
12. Stop and restart all coin services applications (████████████████████████████████████████) to check if applications recovered with the correct state of positions
    a. Run ████████████████ to stop all applications
    b. Run ████████████ to restart all applications
13. Stop and re-start all coin services applications (████████████████) to check if applications recovered with the correct state of positions
    a. Run ████████████ ████████████ and ████████████████ to stop all applications

CitSec-TL-00000110

b. Run ███████ ███████ and ███████ to restart all applications

14. Send sell orders for all █ symbols to close all open positions using batch request capability (███████ )

15. Check fill in ███████ ) to confirm no open position

16. Check connection to ███████

   a. ███████



   b. ███████ ███████



# Terminal logs

███████

███████

# Summary

## Highlights

1. Tested sending orders and getting fills for all █ symbols
   a. Positions correctly reflected across ███████
2. Tested █ disabled upon ███████ disconnect
3. ███████ could send orders in batches
4. ███████ has ability to facilitate flattening open positions
5. Maintain open positions for █ symbols for a few minutes
6. Maintain open positions for █ symbols for 30 minutes to allow for ██ capture
7. Connected to ███████

## Follow-up

1. To setup separate QA and UAT instances
2. Update mac limits in ███████ to allow batch ordering by ███████ ███████ )

# Config file

███████

| mac for █ symbols pilot trade |
|---|



CitSec-TL-00000112



CitSec-TL-00000113



CitSec-TL-00000114



CitSec-TL-00000115



CitSec-TL-00000116



CitSec-TL-00000117



CitSec-TL-00000118



CitSec-TL-00000119



CitSec-TL-00000120