# Exhibit 7
## Public Filing

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

TERRAFORM LABS PTE. LTD.,

     Movant,

-vs.-

CITADEL SECURITIES LLC,

     Respondent.

Misc. Case No.: 23-MC-23855

[Re: Civil Action No. 23-cv-1346,
Action pending in the United States District
Court for the Southern District of New York,
Hon. Jed S. Rakoff]

## DECLARATION OF DANIEL GRIMM

I, Daniel Grimm, hereby state the following:

1. I am an Associate General Counsel with Citadel Securities LLC ("Citadel Securities"). I submit this Declaration as a witness in support of Citadel Securities' opposition to the motion to compel filed by Terraform Labs PTE. Ltd. ("Terraform"). I declare under penalty of perjury that the following is true and correct:

2. After the Court's order of November 17, 2023, Citadel Securities conducted an additional search for responsive trading strategy documents, which are "memoranda or other documents ordinarily created from before engaging in the test trades, and/or 'after action' memoranda or reports memorializing the results." Dkt. 37 at 11.

3. I assisted with the search for and review of any documents potentially responsive to this scope. Citadel Securities conducted searches using e-mail terms and interviews with the employees involved in the test transactions. Our production included communications and non-email electronically stored information.

4. Citadel Securities produced documents created prior to engaging in the test transactions, CitSec-TL-00000003-009; "after action" memoranda or reports memorializing the results of the test trades, CitSec-TL-00000010-120; and communications at the time of the test transactions. CitSec-TL-00000002, -121-127.

5. I am not aware of any other documents that fall within the scope of the Court's November 17, 2023 order.

6. I understand that, on February 23, 2024, Terraform asked Citadel Securities to produce code "used or designed to be used to execute a trading strategy on Terra assets." Although it is our belief that this request was not ordered to be produced in the Court's order, I assisted with the search for any documents potentially responsive to this attempt to expand the scope of the subpoena by interviewing the trader responsible for the test transactions. As part of his role at Citadel Securities, the trader engages in technical exercises including developing scripts, automating processes, and engaging with applications like Docker.

7. My search found that there are no such documents. There was no trading strategy behind the test transactions and therefore no code used to execute a trading strategy. Further, there was no code specific to Terra assets.

8. I understand that, on February 28, 2024, Terraform asked Citadel Securities to produce "the complete set of files used to generate the Docker containers executed in the logs shown in the Revised Production (including but not limited to program source code) and all of those Docker files, including complete copies of the Docker containers as they existed from March 1, 2022 through May 31,

2

2022." Although Citadel Securities disputes that this request is within the scope of the subpoena or the Court's November 17, 2023 order, I assisted with the search for and review of any documents potentially responsive to this attempt to expand the scope by interviewing the trader responsible for the test transactions.

9. My search found that there are no responsive Docker containers for Citadel Securities to produce. In the course of my search, I learned that a Docker container is a temporary platform used to run an application and that theDocker containers themselves are not retained in the usual course of business because they are "runtime" files that are only created and used as part of the application being run. There are therefore no Docker containers that were provided to other Citadel affiliates or other entities that are responsive to the attempted expansion of the scope of the Court's order.

10. As to Terraform's request for the files used to generate the Docker containers, I learned that the files used to generate the test transactions during the relevant time period do not exist in their form as of March 2022. These files have gone through many iterations of feedback and coding updates since early 2022.

11. The files may exist in an archival repository that stores earlier versions of the underlying files. Citadel Securities would need to work with a developer to roll back the changes over the last two years to return the code to the version as it existed during the relevant time period. Terraform has asked for the files as they existed from March 1, 2022 through May 31, 2022. To comply with this expanded request, Citadel Securities would have to reconstruct numerous versions of the files to ensure that each iteration is present. This exercise would require

3

significant effort by programming developers. Further, relevant employees are located in Singapore, which makes coordination difficult as there is almost no overlap in waking hours.

12. Terraform moved to compel before Citadel Securities completed its search. Given the very limited amount of time Citadel Securities had to respond to Terraform's request, I cannot estimate the amount of time or the cost of responding further to Terraform's request. It would require a highly technical exercise involving overseas employees for whom responding to a subpoena is not a part of their regular role.

13. In the course of my search, I learned from the trader who executed the test transactions that the Docker commands constitute code. For instance, he understands ███████████████████████████████ to be code.

14. Further, I understand that the test logs themselves disclose code. Test logs are intended to provide a description of what is occurring at a given point in time in an application, so that another trader or programmer could audit the activity if there was an error or if the activity needed to be reproduced. This description discloses the substance of the code that is running at a given time. The test logs reveal information about Citadel Securities' internal code, including its structure, architecture, and the techniques used by Citadel Securities programmers.

15. Based on my conversations with the trader, I understand that the assertion by Terraform that "code" is not included in the materials produced by Citadel Securities is wrong.

4

Dated: March 4, 2024                                    Respectfully,


By: _s/ Daniel Grimm_   _

Daniel Grimm

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
Museum Tower ▪ 150 West Flagler Street, Suite 2200 ▪ Miami, FL 33130 ▪ (305) 789-3200
#12149834 v1