```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2                            (MIAMI)
                          CASE NO.  23-mc-23855
 3

 4    TERRAFORM LABS PTE. LTD.,
                Plaintiff,                    Miami, Florida
 5    vs.                                     March 5, 2024

 6    CITADEL SECURITIES, LLC,
                Defendant.
 7    ------------------------------------------------------
                              Motion Hearing
 8             Transcribed from the Digital Audio Recording
                BEFORE THE HONORABLE LAUREN FLEISCHER LOUIS
 9                  UNITED STATES MAGISTRATE JUDGE

10    APPEARANCES:
      FOR THE PLAINTIFF:    HEISE SUAREZ MELVILLE, PA, by:
11                          Luis Eduardo Suarez, Esq.,
                            1600 Ponce de Leon Blvd., Suite 1205
12                          Coral Gables, Florida 33134

13                          ELLIOTT KWOK LEVINE & JAROSLAW, LLP, by:
                            Rachel L. Rodriguez, Esq.
14                          565 Fifth Avenue, 7th Floor

15                          New York, NY  10017

16    FOR THE DEFENDANT:    STEARNS WEAVER MILLER WEISSLER ALHADEFF &
                            SITTERSON, by:
17                          Eugene E. Stearns, Esq.,
                            Kendal Ashton Rinko, Esq.,
18                          150 West Flagler Street, Suite 2200
                            Miami, Florida  33130
19
                            BARTLIT BECK, LLP, by:
20                          MacGregor LeBuhn, Esq.
                            54 West Hubbard Street, Suite 300
21                          Chicago, IL  60654

22    TRANSCRIBED BY:
                            ELLEN A. RASSIE, RMR-CRR
23                          Official Court Reporter to the
                            Honorable Rodney Smith
24                          299 E. Broward Blvd., Room 207-C
                            Fort Lauderdale, Florida  33301
25
```

```
 1
 2                   (Call to the order of the Court.)
 3           THE COURTROOM DEPUTY:  United States District Court
 4   for the Southern District of Florida.
 5           Calling case number 23-23855, MC, Judge Moore.
 6   Terraform Labs versus Citadel Securities, LLC.
 7           Counsel, would you please note your appearances for
 8   the record beginning with the plaintiff.
 9           MR. SUAREZ:  Luis Suarez for the plaintiff,
10   Terraform, and Jordan Richardson is here well as Rachel
11   Rodriguez.
12           THE COURT:  Good afternoon, Mr. Suarez.  What was the
13   second name you said with you?  I don't see that person.
14           MR. SUAREZ:  Jordan Richardson.  He's in my office.
15           THE COURT:  He's in your office.  Sorry.  I want to
16   make sure that if anybody is still expected, that counsel tells
17   me so.
18           Okay.  Thank you, Mr. Suarez.
19           MR. STEARNS:  Good morning, Your Honor.  Eugene
20   Stearns, Kendal Rinko and MacGregor LeBuhn on behalf of Citadel
21   Securities and also Brooke Cucinella is here as well.
22           THE COURT:  Okay.  Good morning.  Do I have everybody
23   here that I need to have here?
24           MR. SUAREZ:  Yes, Your Honor.
25           THE COURT:  Okay.  Hold on for a second because I
```

```
 1   don't think -- I don't think that we're on the DAR because the
 2   audio is only coming through my computer.  I'm just going to
 3   record to the cloud.  I'm just going to record through Zoom
 4   because I'm not confident that we're being picked up on the DAR
 5   in my courtroom.  In the event you guys need a transcript,
 6   we're going to make sure it's also on Zoom.
 7           So appearances as previously noted.  Okay.
 8   Mr. Suarez, it's your application.  Whom from your side is
 9   arguing?
10           MR. SUAREZ:  I will be arguing or at least trying to
11   argue from our side.
12           THE COURT:  Okay.
13           MR. SUAREZ:  Your Honor, may I have the floor?
14   Meaning may I proceed?
15           THE COURT:  Yes, sir.
16           MR. SUAREZ:  Your Honor, I prepared and tried to be
17   respectful of the Court's time, and to make sure we're all on
18   the same page, I've prepared a PowerPoint.  I'm wondering if
19   you would allow me permission to share my screen so I can show
20   it to you?
21           Before I do so, I'm mindful of the sealed nature of
22   these proceedings, and so I'm just going to show it via Zoom,
23   but I don't want anybody capturing it.  I'm happy to send it to
24   counsel so I don't run afoul of any confidentiality or sealing
25   order that we've done in this case.
```

1          THE COURT:  Okay.  Couple of things.  First and

2    foremost, recording of any federal court proceedings violates

3    both the statute and our local rules, so when I only have

4    attorneys on the line, I don't reiterate that rule but I will

5    go ahead and do so now.  Do not screen -- I mean, capture any

6    screen under any circumstances here, and I think I've only

7    admitted people that are associated with this hearing.  I think

8    you can all see the participants so if that's not the case, I'm

9    going to rely on you to tell me so.

10          But this hearing is not sealed.  I understand that we

11   permitted to you file the motion and response under seal and

12   your exhibits.  It's a pretty high bar to seal this hearing

13   though.  So you would have to move after the fact for that

14   relief to keep the transcript from ever being created should

15   that be necessary.

16          I will also tell you having the benefit of reviewed

17   everything that you've submitted, with the exception of the

18   exhibits themselves which I accept the proffer that has some

19   propriety confidential information in it.  It's indecipherable

20   to me.  I don't know what it says and I'm sure you guys are

21   going to tell me in a minute, but the arguments themselves, it

22   seems to me can be made without reference to anything that is,

23   in fact, confidential.

24          And if that's wrong, and either side feels like it

25   needs to venture into disclosing something that, in fact, is

```
 1   confidential, give everybody a little heads up before you do
 2   so.
 3               MR. SUAREZ:  Okay.  And let me not play hide the
 4   ball, Your Honor.  In my presentation, there's snipes, three or
 5   four snipes of what is in the production that was made by
 6   Citadel, and that's what I'm concerned about, but I think I
 7   have to show it to you to understand --
 8               THE COURT:  Okay.
 9               MR. SUAREZ:  -- what is going on here.  Okay.
10               THE COURT:  Okay.
11               MR. SUAREZ:  I'm going to share my screen if you
12   allow me to do it.
13               THE COURT:  I think I've done what I need to
14   technologically.  Is it working or not working?
15               MR. SUAREZ:  No, Your Honor.  I apologize.  It is
16   not.
17               THE COURT:  It's not your fault.  It's -- Mr. Stearns
18   already had this question, but I thought I had --
19               MR. SUAREZ:  It's now working, Your Honor.
20               THE COURT:  Okay.
21               MR. SUAREZ:  So, Your Honor, this is going to be
22   brief, right?  So this is because I fully recognize this is the
23   third time Your Honor deals with this issue.
24               So, our position is that it's very simple, Your Honor.
25   We have code.  There is code that has not been produced to us.
```

1    We basically got something that is called a Docker set of

2    information, and I'll explain what that is shortly.

3            And we've got the results of tests that were run

4    through Docker.  And something that is called a J-S-O-N and

5    I will explain that shortly, as well.

6            But what we didn't get and what is important to us to

7    get is the middle part which is the actual propriety code that

8    reveals what was done, when it was done, how it was done.  The

9    only thing it will not reveal is why it was done because that

10   is truly something that belongs to the human psyche, and what

11   we're missing here and the reason we're here today is because

12   the code has not been produced.

13           And just to walk you through what's happened here.

14   This started with an order by this Court, ECF 37, where Your

15   Honor ordered everybody to produce -- excuse me, Citadel

16   Securities to produce all documents describing any trading

17   strategy in any of the Terra-Native tokens or the Terra

18   Financial Instruments for a particular timeframe.

19           After Your Honor ordered that, in ECF 38, Citadel

20   moved for an in camera review.  In that in camera review,

21   that's ECF, again, number 38, they say we redacted pages of

22   propriety code, paragraph 5, and then it says we've redacted

23   code -- excuse me -- in its internal trading structure and then

24   it says we have invested significant resources in trading code.

25           Thereafter, when we moved to compel in a prior motion,

1    in other words, a prior iteration of this hearing, once again,

2    Citadel opposes our motion to compel in ECF 38 and again says

3    hey, we are trying to protect propriety code.  We're trying to

4    protect propriety code.  We're trying to protect propriety

5    code.  They say that three times at least in ECF 38.

6           Thereafter, Your Honor, in January of this year, about

7    40 days ago, 45 days ago, thereabouts, Terraform's order

8    granting our motion to compel, and you made all sorts of

9    rulings in that order saying you're supposed to do certain

10   things to steadfastly safeguard this information.  We did all

11   of that.  We've followed your order to a T, and there's

12   literally no dispute about that right now.

13          But what we discovered upon reviewing the unredacted

14   portions of this production is that we are missing -- we are

15   unequivocally missing source code which we need for reasons

16   Your Honor already knows.

17          It's the -- it's central to our SEC defense as to why

18   we need this code, why we need the fact that for reasons other

19   than what the SEC alleges, there's reasons why this particular

20   coin was -- may have been D-Pegged and so what we got instead

21   of what we needed is we've got documents that show basically

22   what we call Docker related statements.

23          We did not -- did not get the complete Docker files.

24   Excuse me, I misspoke.  We got Docker commands, we got Docker

25   logs, we got Docker run commands.

1           And then the other book end is we got results of that

2    Docker information.  That's what we got.  That's what's in the

3    document that we -- that we received.

4           And the reason we know that is because very simply, if

5    we go through the document and you find -- and you do a find

6    for everything that is Docker, which is a software platform, it

7    allows you to build, test, deploy applications.  That's what it

8    does.

9           So what we got is Docker runs, we got Docker logs, and

10   I'll show you an example and this is one which was produced to

11   us and I'm safeguarding it.  I'm telling you this is a snipe

12   from the production.  We got something called Docker logs so

13   somebody, in this case, it was B. Chung was creating logs of

14   what was going on with respect to this coin and whatnot.

15   That's their production Bates stamped at page 10.

16          Okay.  We also got Docker runs which is this is what

17   we're running at that particular time.  Okay.  Then we got

18   something called S.SH, excuse me.  We got a dot SH file which

19   would reveal that there's more information beyond this -- what

20   was particularly -- what was produced in this instance.

21          And how do I know that, Judge?  I know that because if

22   you go to page 110 of their production, right, and this is

23   perhaps I know that the Docker situation might be a little

24   confusing, but this is clear as day.

25          In this page, it says unequivocally that they have a

1   directory, AWS-Terraform forward slash browse repo.  That is a
2   directory that can be accessed pretty much anywhere in the
3   world if you have the right credentials.
4        We didn't get anything that's inside, something that
5   is directly related to what we're seeking.  We didn't get
6   anything inside that actual directory.  Not one.
7        So -- and clearly in that production, they're talking
8   about Terraform because it says Terraform-browsers.  Why would
9   somebody create a directory in a computer, call it Terraform
10  and then we don't have what's inside that directory?
11       Okay.
12       THE COURT:  What tells you that you don't have what's
13  inside of that directory?
14       MR. SUAREZ:  What tells me is that I have a uniform
15  set of pages, and I don't have the subfiles of whatever is in
16  that directory.  I don't have a screenshot of what's in that
17  directory.
18       And, moreover, in other places in the production, if I
19  go to the hyperlinks, I click on the hyperlinks and I see
20  what's behind it and in this particular instance, I cannot do
21  that.
22       So that's what tells me that I don't have the files
23  inside.  And so, you know, when we started reviewing this, we
24  started saying wait a minute, what's Docker?  And how many
25  times does Docker appear here and what is Docker?  What does it

1    do?  What does it not do?

2          And we discovered that Docker is simply a platform.

3    Contrary to what Citadel posits, in Docker there is no

4    propriety code.  What we see, Your Honor, after somebody runs a

5    Docker command, and I can show you a command if you want to see

6    one, is we see results and the results are displayed in

7    something called JavaScript object notation.

8          In short, it's called JSONs, and these are the results

9    which will mean nothing to you and nothing to me except I will

10   tell you this is how we know it's a JSON because of the

11   formatting that it's displayed in.

12         And so in between a Docker command and what is a JSON,

13   you have what is the actual code.  And what a code looks like

14   and this, I lifted from the Internet.  What a code looks like

15   is what I'm showing you on the screen right now.  That's what

16   the actual code looks like, and it has not been produced at all

17   in this case.  We don't have any code that was produced.

18         Now, what we do know, what we do know is that Docker

19   was used in the revised production, and one of the Citadel

20   employees, Bevan Chung, was interacting with Docker because

21   he's revealed in the production and he ran certain logs.  We

22   don't have the logs.  We just know that he did it.

23         So we know that Docker was used in a revised

24   production.  We also know that they were testing certain things

25   relating to Terraform.  Why do we know that?  Again, if you go

1   back to page 110, you have a directory where it's giving you
2   the exact sequence that you need to do to run this test in a
3   UAT sequence.
4           First thing is go to the directory.  The second thing
5   is run something that's called a Git Fetch, and I can explain
6   what Git is shortly.  Git is a -- it is basically what is used
7   to track changes in these kinds of sophisticated softwares.
8           And so at the end, when we sit here today, and what
9   we're seeking from the Court is very simply the code that was
10  ordered to be produced that has not been produced.
11          And what my team tells me is contrary to the
12  assertions of Citadel, and this could be done very easily.  And
13  it is not something that at your first hearing, there was no
14  issue as to burdensome as to this, these particular requests.
15          And so what we're missing today, and why we're here
16  again which is very, very important to us is what codes were
17  being run.
18          So -- and back -- just I'll end with this, Judge.
19  You've been very patient with me.  I appreciate it, is if you
20  step back for a second, there was two places that, two D-Pegs
21  that we're dealing with here.  And in one of the D-Pegs,
22  there's something called jump and in the second D-Peg, okay,
23  there was no jump.
24          And part of our defense is that there was a D-Peg in
25  the absence of jump.  And what we see here, and we see in these

```
 1    pages that were produced is somebody is doing something on

 2    these critical dates leading up to March 11th that can reveal

 3    our defenses.

 4          Because what -- where you see strategy is in the

 5    actual code.  It says what are you doing?  Why are you doing

 6    it?  How are you doing it?  Again, what you don't see is the

 7    why.  Why is the human experience.

 8          And so, respectfully, Your Honor, we'd like an order

 9    from the Court that requires -- and there's a long footnote in

10    our motion that basically says we want the code.  We've been

11    here long enough.  We don't have the code, and we're entitled

12    to see it.

13          We know now it's not a mystery anymore because of

14    what's been produced.  We know that they're asking questions on

15    a particular date at a particular time about Terraform.

16          Thank you, Your Honor.  I appreciate the time you gave

17    me today.

18          THE COURT:  Mr. Suarez, I'm not sure of the

19    assumption that the code is responsive.  You told me that where

20    you see strategy is in the actual code, and I'm trying hard to

21    see if I can revive my original notes, but I want to say that

22    in the motion to compel, I thought that I was told that there

23    would be a discreet number of documents because the trader

24    would have to seek permission to test, and there would be

25    something that would memorialize that.
```

 1          And third, something that would memorialize his

 2    efforts after he did the tests.  Does that -- do I remember

 3    that correctly?  The way that it was summarized at that motion

 4    to compel hearing?

 5          MR. SUAREZ:  I believe that is an accurate summary,

 6    Judge, in terms of, you know, what Citadel has represented the

 7    trades to be, right?  I believe that is an accurate

 8    recollection.

 9          But I believe what was also pointed out at the hearing

10    and why we were able to get trading strategy is, again, the

11    explanation for the D-Pegs, and it is part of the strategy that

12    is being executed and that is being revealed by people like

13    Citadel, right?

14          And so, you know, we don't know whether it was one or

15    two or 30 trades.  We're told it was two, and that's what's

16    been produced and that was represented.

17          But what's material here is what is in the strategy

18    that allows me to support my defense as to why people are

19    manipulating or trading or running tests to reveal what the

20    market's going to do with a particular asset.

21          Okay.  So that's why it's very relevant, and that's

22    why I believe at the end of the day, Your Honor was convinced

23    and ordered the production of all strategy, not just

24    information related to because I showed -- that was the first

25    order I showed you.  Not just information relating to two

```
1    particular trades.
2           THE COURT:  I understand, but I'm still not sure that
3    I understand the basis for the central premise, I think, of
4    this motion is that the strategy is in the code.  I'm not sure
5    that I understand where that assumption derives from.
6           MR. SUAREZ:  Well, if you allow -- if you would allow
7    me to answer that question, right?  A strategy in very layman's
8    terms is how do you deal with a goal?
9           I have a goal, and how do I deal with a goal?  Okay.
10   And to me, it's in two prongs that how do you deal with a goal?
11          One prong is, well, what tokens, what assets are you
12   going to use?  That's element number one.  And element number
13   two is how are you going to trade that asset and in what
14   capacity?  Okay.
15          And the only thing that answers that question is the
16   code.  The code will reveal what asset you are going to trade,
17   and it will also reveal how you're going to trade it, and it
18   will also reveal when you're going to trade it.
19          If I just give commands, Judge, I don't get any of
20   that.  That's what they've done.  They've given us commands and
21   they've given us logs, but I don't get the asset, and I don't
22   get the who, what, and when.
23          And that's the answer.  It's sort of -- and the
24   easiest way I can explain it is we made a production of all the
25   emails we have not made a production of the attachments of the
```

1   email.

2         So if you have an email with an attachment, a contract

3   that describes a contract, you'd actually rather see the

4   contract, doesn't fit neatly because, again, the trading

5   strategy is in the code.  I hope that answers your question.

6   If not, I'll try again.

7         THE COURT:  I still don't understand the basis for

8   your proffer.  Meaning you haven't seen this code and so as

9   someone who's very much outside the industry, it doesn't --

10  it's not intuitive to me why code would explain the strategy.

11        And when you say it tells you who, I mean, isn't the

12  who Terraform and B. Chung?  I don't know what other who could

13  be at issue in the code, and I don't understand how it could

14  reveal why.

15        MR. SUAREZ:  It won't reveal why.  I agree with you

16  there.  That is a human element.  But the what, when -- the

17  what, when, and how will be revealed, right, if I'm testing

18  strategy.

19        THE COURT:  What's the how, Mr. Suarez?  What do you

20  mean by that?

21        MR. SUAREZ:  So how is it going to be?  Manual

22  trading?  Is it going to be automatic trading?  That's the how,

23  right?  It's the mechanism in my brain at least.  It's the

24  mechanism of the trade, right?

25        And so if I am creating a trading -- a set of trading

1    commands and I want to test those commands, okay, the way I do

2    it is by programming and by writing a code.  That's how I do

3    it.

4              THE COURT:  Okay.  So, at heart, wasn't --

5              MR. SUAREZ:  By the way, Judge -- I'm sorry, but

6    again, in many representations to this Court, many, so we could

7    be having a definitional issue as what's the definition of

8    code, but in many representations to this Court, Citadel told

9    you in no uncertain terms we have propriety code.  And that's

10   why we're going -- we're bending over backwards to file motions

11   to protect this code.

12             And as I sit here today, you don't have a lick of

13   code.  I have Docker information, and I have the results, the

14   JSON, but I do not have the code.

15             THE COURT:  I understand, and I want to talk to I

16   think Mr. Stearns in a minute, but I'm still trying to make

17   sure that I understand your position.

18             So because I think part at least of the ex parte or in

19   camera review motion was this stuff isn't responsive anyway,

20   and so that would seem to refute your proffer that that is the

21   who, what, when, how.

22             But my question to you is if we go back to the

23   original proffer of relevance, there was an expectation that

24   the trading strategy documents would reveal or support your

25   theory that a small number of actors, this was a concerted

```
 1    effort to trade; am I right?
 2            That was the proffered relevance that these documents
 3    would reveal that it was concerted and potentially who else was
 4    the actors?
 5            MR. SUAREZ:  Yes, Your Honor.  And what we know from
 6    these documents is we know in -- there was a Slack message
 7    produced where somebody is asking about the trading two
 8    employees are discussing the trading of Terraform, we know
 9    that, that's in this production.
10            We also know that there is a document at page 110 that
11    reveals a file which is the one I showed you that has a
12    directory relating to Terraform, and we don't know what's
13    inside that directory.
14            We also know that at page 113 of this production, they
15    talk about the LUNAUSDT.  So, in the documents themselves, we
16    know that they're having conversations and discussions about
17    Terraform, and about LUNA, and about USTD.  That we know.
18            THE COURT:  Are these to different arguments,
19    Mr. Suarez?  Is one where the codes that you told us you were
20    previously redacting and is the second argument document Bates
21    stamped 110 suggests that there's a file folder of which we got
22    nothing?
23            MR. SUAREZ:  There are.  There are two different
24    documents.  Now I suspect --
25            THE COURT:  No.  Sorry, two different arguments,
```

```
 1   because I was asking about the code and you pointed me to the
 2   file; to the folder.
 3           MR. SUAREZ:  Well, you know what, Your Honor?  And to
 4   tell you the truth, I believe they are related.  Okay.  The
 5   directory is related to -- you can't parse them out, but the
 6   directory is an easier example to point you to to say hey,
 7   there is a directory related to Terraform in here, under no
 8   uncertain terms.
 9           THE COURT:  Okay.  The response -- hold on,
10   Mr. Stearns.  I've got another question for Mr. Suarez.  The
11   response accuses you of filing without meaningful conferral.
12   Have you asked counsel for Citadel what is in that folder and
13   when they have produced it?
14           MR. SUAREZ:  Your Honor, we have -- look,
15   specifically, that question, I'm not going to tell you that
16   I've asked that question.  Okay.  So the answer to that
17   question very directly is no, I have not asked that question.
18           Now, what I will -- what I will tell you is we have
19   met and conferred and given the exigency of time, and I don't
20   have the dates at least three times, maybe even four, and
21   Judge, just to be clear, and it may be they'll say something
22   different today, right?
23           But if you look at the bottom of page 6 of their
24   response, I believe there being disingenuous.  In some
25   instances, they're trying to suggest, well, there's no code and
```

```
 1   in other instances, they suggest particularly at the bottom of

 2   page 6 where they say there's no different code, or it was

 3   overwritten.

 4         And so my question very simply is which is it?  Is

 5   there no code, or does it no longer exist because it was

 6   overwritten?

 7         I don't know what the answer to that question is

 8   today.  We did trade communications, we did ask for the code,

 9   and I have a quote of their last response which was what made

10   me uncomfortable, frankly, was the qualifier related to their

11   last response here which it says we do not -- on February 28th,

12   they say we do not have a code used or designed to be used to

13   execute a trading strategy, but then they say something else in

14   the opposition so I think it's something we need to get to the

15   bottom of.

16         THE COURT:  Okay.  Mr. Stearns, are you handling it?

17         MR. STEARNS:  Yes, Your Honor, if I may.  I think

18   it's important to consider this argument in the context of what

19   was sought, what was ordered, and how the position has morphed

20   from over time in this case, all driven by extraordinary

21   speculation and supposition that has not been supported by

22   anything.

23         They started with the notion that Citadel Securities

24   was a bad actor, that it, in fact, shorted the positions that

25   caused the problems for which they're being accused of
```

1    misbehavior by the Securities & Exchange Commission.

2          When they were told that there were only two trades,

3    ins and outs, that amounted to 13 cents, then they were not

4    satisfied with that response and they filed a motion to compel.

5          And in connection with that motion to compel, they

6    explained to the Court what needed to be produced.  And if I

7    can put on the screen what they argued at the time, what they

8    said was it is not some trader at 2:00 in the morning because

9    if you look at the first trade, it looks like it is in and out

10   at 2:35 a.m.

11         What we now know, of course, is that that 2:35 a.m. is

12   in Singapore time, is not in the middle of the night but it is,

13   in fact, during the daytime.

14         It is not some trader that woke up and went to his

15   Citadel laptop and said I'm going to try a cryptocurrency

16   trade.  They think about it.  They do trading strategy memos.

17   They do back testing memos.  So trading strategy memo is I have

18   a hypothesis, here's what I think we can do.

19         I explain it to my superiors, supervisors.  And if I

20   get the okay, they give me the capital, and we do it, and they

21   put limits on my capital and I go out and I do it.

22         This is what they're speculating, by the way, because

23   sometimes before you do a trading strategy, you'll do what is

24   known as a back test.  You'll take the strategy, but you'll use

25   it against historical information and you'll run your trading

1   strategy against historical information, and you'll see how it

2   would have done.  There might be that.  That would be relevant.

3          And so what they asked for was the trading strategies,

4   and they wanted to know if there were trading strategies and,

5   of course, the answer is they -- there were none.

6          What do we now know is that at the time Terraform was

7   running an application to trade in their currency, but anyone

8   who wanted to trade would have to determine if, in fact, you

9   could do so with your own trading applications.

10          And so what the evidence now shows you is that in

11   March of 2022, one of the Citadel Securities' employees in

12   Singapore considered trading in a basket of currency.  It's a

13   basket, I believe 30 different currencies of which Terraform

14   was but one.

15          And all that was done was a test to see if the

16   architecture of the Citadel Securities system could log on and

17   effect trades in those securities.  That's it.  End of story.

18   That's all there is.  That's all that there is that they'll

19   ever find.

20          And in connection with that application, two trades

21   were effected in Terraform six weeks before the problem that

22   they've accounted for.

23          Your Honor entered an order following this and your

24   order was very clear.  It's not ambiguous.  What was ordered to

25   be produced was something that -- I can put that on the screen,

1    which is really what we should be talking about.

2         What your order said is all documents describing any

3    trading strategy in any of the Terra-Native tokens or the Terra

4    Financial Instruments during the time period March 1, 2022

5    through May 31, 2022.

6         Now, there was not an argument made or a motion made

7    or an order entered discussing code.  All that was argued was

8    trading strategies.

9         And, in fact, what we have produced is all the

10   evidence that establishes what, in fact, occurred.  Not a

11   single piece of paper, not a single bit of electronic

12   information discusses or relates to a trading strategy because

13   there was no trading strategy.  End of story.  No trading

14   strategy.

15        And that then takes us to what their argument is now,

16   which is a discussion of the -- of a Docker container -- or

17   Docker container.  A Docker container is nothing but a

18   temporary platform used to run an application.

19        The Docker containers themselves are not retained in

20   the usual course of business because they are run time files

21   that are only created and used as part of the application being

22   run.

23        And, in fact, no Docker containers were provided to

24   other Citadel affiliates that are responsive to the order.  And

25   the files used to generate the Docker containers do not exist

1    today in the form they existed in March of 2022.

2         In the normal course, those files have gone through

3    many iterations of feedback and coding updates since March of

4    2022.  So what you're left with is information that's

5    irrelevant to -- by the way, I wouldn't be arguing relevance,

6    Your Honor, because Your Honor had ruled that the documents

7    have to be produced.

8         But they're trying to morph their request into

9    something that they didn't ask for.  And in doing so, now you

10   have to go to the issue again of burden and relevance.

11        And there was no burden when Your Honor ordered the

12   issue as they narrowed their request to information regarding

13   trading strategies, back testing, communications with third

14   parties, discussing whether or not they had a plan to invest in

15   Terra Securities, and the answer is we've produced all of that.

16        And now they've tried to morph their claim into

17   something that is completely outside of any arguable relevance.

18        What would it establish?  Mr. Suarez speculates what

19   might be in this code that he wants.  But we're telling you,

20   Your Honor, there was no strategy.  There was no plan.  No

21   documents to support a plan.  And other than the two

22   transactions which everyone now knows about, there is simply no

23   basis for any further fishing into things that are not relevant

24   to their proceeding, and certainly the burden of having to go

25   back and recreate those documents is clear.

1          What we have filed is an affidavit after our due

2    diligence, and you can be assured, Your Honor, that the law

3    firms that are involved in this on behalf of Citadel Securities

4    have pressed mightily the client to answer the questions, and

5    they have now been answered.

6          The files may exist in an archival repository that

7    stores earlier versions of the underlying files.  Citadel would

8    need too work with a developer to roll back the changes to

9    return the code to what then existed.

10         And think about what they're really asking for.  At

11   the time in March of 2022, they were running a program of

12   business that allowed people to trade in these currencies.

13         And now they say because someone at a remote point in

14   time in March of 2022 elected to see if they, in fact, could

15   trade them if they chose to, therefore, that somehow opens the

16   door to this kind of discovery to a third party completely

17   uninvolved in the litigation in New York.

18         Keep in mind how they started this.  They started this

19   with the total outrageously false claim that somehow Citadel

20   had, in fact, dumped their securities in order to cause the

21   D-Peg that resulted in the loss of billions of dollars to

22   innocent third parties.

23         Your Honor, respectfully, this motion should be

24   denied.  I do want to address, by the way, the issue of

25   consultation.

 1          Mr. Suarez first expanded the scope of discovery here,

 2   I believe, on February 28th and said can you now get codes

 3   which you had never previously mentioned in any form.  And so

 4   he says can you get the codes?

 5          We were in the process of undertaking to determine

 6   what was available and when it was available when they filed

 7   their motion to compel which is completely inappropriate.

 8          Now, I understand his timeframes in New York, but with

 9   all due respect, we're not dealing here with theory that has

10   any merit whatsoever, and the burden on an innocent third

11   party, Citadel Securities, to have to produce this is

12   unwarranted and we respectfully urge you to deny the motion.

13          THE COURT:  Mr. Stearns, I'm not sure that I

14   understand what you and your client meant in the in camera

15   motion by the priority code for which you represented that you

16   had historically redacted.  What was that?

17          MR. STEARNS:  Literally, codes and codes and codes of

18   meaningless information except for, perhaps, if someone said to

19   a twelve year old that can operate securities or someone who's

20   in this business.

21          Information we did not believe to be either relevant

22   to the inquiry, responsive in terms of the scope of the inquiry

23   but in an abundance of caution, we produced it in a redacted

24   fashion so they could understand there was something there that

25   they can then address as they did with a motion to compel.

1          You can read that, Your Honor, and you're going

2    to see that essentially it's an overproduction.  It is not

3    within the scope of your order.

4          So they're taking the overproduction of what we did

5    give them in a redacted form and now arguing that to morph your

6    order into producing something that was never ordered to be

7    produced.

8          THE COURT:  I'm sorry, that didn't help me.  So, be

9    as specific and if you had pages that you can show or describe,

10   but the initial production has I assume blacked out text.

11         MR. STEARNS:  It does.  Well, it's not text, it's

12   blacked out.  It's literally pages of numbers and words some

13   text, but very little.

14         In terms of is it proprietary, there are people in

15   this planet that could take that information and use it.  And

16   by the way, I'm a little concerned.  One of the comments made

17   is counsel clicked on the hyper files that are in those

18   documents and was able to access them.

19         The order Your Honor entered was they were to be

20   produced in paper form and not electronically copied.  So how

21   in the world you can hyperlink a paper form, I'm having

22   difficulty understanding that.

23         THE COURT:  Okay.  So, back to my question though, in

24   the revised production that went out without redaction, what is

25   the previously redacted propriety code?  Is it revealed in the

```
 1   revised production?

 2             MR. STEARNS:  What that code tells you is --

 3             THE COURT:  No, no, no.  Not a description of it.

 4   It's a yes or no.  Was that previously redacted propriety code

 5   revealed in the revised production?

 6             MR. STEARNS:  Yes.

 7             THE COURT:  Okay.  So, part of the movant's argument

 8   is there was an insistence that this -- that the propriety code

 9   could not be revealed.

10        Then we got your production, we didn't get the code.

11   As a historical fact, you dispute that and all of the code that

12   was previously redacted was revealed?

13             MR. LeBUHNE:  If I may, Your Honor, in the Grimm

14   declaration, we provide two different areas where we contend

15   that the revised production does include this code.

16             THE COURT:  Does or does not?  I can't hear you.

17             MR. LeBUHNE:  It does.  It does provide this code.

18   First, there is the Docker commands themselves.  The Docker

19   commanders are text based instructions used to direct an

20   application.

21        Internally, at Citadel Securities the trader who typed

22   and entered these commands understood them as code.  That's at

23   paragraph 13 of the Grimm declaration.  Then at paragraph 14 --

24             THE COURT:  Wait, hold on.  A matter of definite, the

25   movant might disagree with you about this extent of code,
```

1   paragraph 13 indicates that what you've previously defined as

2   propriety code is the Docker run command because that's what

3   your trader characterized it as?

4           MR. LeBUHNE:  Yes.  There is an additional basis for

5   our characterization as code as well in the following

6   paragraph.

7           THE COURT:  Okay.  But then what to the point -- to

8   the movant's point, and I will circle back here, I promise,

9   Mr. Stearns, to the point that if none of it was compelled in

10  the order, that I still want to understand the facts first

11  which is part of their, I think -- I mean the reason it's

12  brought as a motion to compel and for contempt is because the

13  movant proffers that what you did produce reveals the existence

14  of more.

15          So who wants to address the factual proffer that if

16  there is run code, then there is additional code that was not

17  disclosed?  And who wants to address whether the page 110

18  reveals a file from which no files were produced?

19          MR. STEARNS:  Well, I'm sure Mr. LeBuhne will jump in

20  if I misspeak here.  But I will be very clear here.  That what

21  is disclosed is an access ultimately to a Docker container, and

22  that's what is not produced is the Docker container.

23          And the fact is we then disclose what is the -- what

24  is the Docker container?  And the answer is it is not -- does

25  not reveal what Mr. Suarez claims it has.

1              First of all, we don't have ready access to the Docker
2      container.  It no longer exists.  It has not existed over time.
3      It's just -- it's morphed into something else.
4              But he also misstates what it is.  All a Docker
5      container is --
6              THE COURT:  Hang on, I think I'm almost there.  So,
7      somehow you have access to the Docker as it exists today, and a
8      declaration that explains why it doesn't exist today as it
9      previously did, but what you gave them, that's what's left.
10             MR. STEARNS:  That is what's left.
11             THE COURT:  But did I accurately repeat what
12     Mr. Grimm would put in his declaration?
13             MR. STEARNS:  You did, Your Honor.
14             THE COURT:  Give me one second because I'm trying to
15     understand why this exists and why he knows that it's different
16     than March of '22.
17             MR. STEARNS:  If that's addressed to me, Your Honor,
18     it's rank speculation and we are affirmatively --
19             THE COURT:  No.  Well, if it's rank speculation, it's
20     your speculation.  That's the proffer from Mr. Grimm.  Hang on.
21     Let me just read his declaration on this point again.
22             Okay.  Mr. Stearns, is there any chance you can
23     explain to me why the Docker files were seized in the first
24     place?  Meaning if the application is constantly going through
25     new iterations, why would Citadel have even looked to it for

1   responsive documents at this point?  What was the belief?  What

2   was the --

3        MR. STEARNS:  There was no belief that any of this

4   would be responsive ever, Your Honor.  This was -- your order

5   to produce was quite clear.  Your order to produce was all

6   documents describing any trading strategy in any of the

7   Terra-Native tokens.

8        There was no trading strategy, period, end of story.

9   I mean, what you have ordered to be produced literally does not

10  exist.  And so we could have stopped there and said, Your

11  Honor, there are none of those things.

12       We gave them more information than they asked for and

13  you ordered.  Our mistake, because they then have taken it and

14  are now arguing to morph Your Honor's order into something

15  other than what it is.

16       But keep in mind, with respect to their litigation in

17  New York, Citadel Securities did not do anything in the period

18  that's applicable to that litigation period whatsoever.  It

19  didn't coordinate with anybody.  It had no plan with anybody.

20  It had no strategy with anybody.

21       And this is a fishing expedition of cosmic dimension,

22  but they reached the point where we can't fish anymore.

23       THE COURT:  I get it.  I don't think I'm asking the

24  question the way that I need to ask it in order to get the

25  answer that I'm trying to understand which is somebody thought

1    that this Docker was the right place to look to to satisfy the

2    order and I'm trying to understand why.

3          MR. STEARNS:  No, Your Honor.  Respectfully, I don't

4    believe that is correct.  We didn't think it was responsive at

5    all.

6          THE COURT:  I didn't know what a Docker was.  I

7    promise you that I did not sit here and say go to the Docker

8    and retrieve the documents.

9          MR. STEARNS:  Your Honor, that's why we redacted the

10    information because we took the position is that it was

11    unresponsive.  So we redacted the material that led to the

12    Docker because it was unresponsive because what was responsive

13    was any documents describing any trading strategy.  So we did

14    give them more.

15          They now have taken it to now, okay, they'd like to

16    get the Docker information, but the Docker information,

17    respectfully, A, doesn't exist in its present form and I can't

18    make it exist.

19          THE COURT:  Mr. LeBuhn is like actually in pain.  He

20    wants to answer this so badly.  Do you understand my question?

21          MR. LeBUHN:  I do, Your Honor.  At the hearing,

22    counsel for Terraform had proffered several categories of

23    documents that might disclose a trading strategy.  There was

24    the business case documents, the after action reports, and

25    those are reflected at page 11 of your order.

```
 1              So, when we were conducting our search, we tried to be
 2    as diligent as possible to address anything that might have
 3    been named and included in Your Honor's order.
 4              The documents that now disclose these Docker
 5    containers were documents that were created after these system
 6    tests were run.  And so we thought, you know, these arguably
 7    might be viewed as after action reports.  We wanted to produce
 8    them just in an effort to be open and responsive to the scope
 9    of Your Honor's order.
10              When we produced them, you know, we recognized that
11    the substance of these after action -- of what we considered as
12    might be viewed as after action reports contained quite a bit
13    of the code that we were discussing a minute ago.
14              We viewed that code as not responsive to Your Honor's
15    order.  We redacted it, and the representations about it being
16    proprietary code we made in the context of a petition to the
17    Court to review it in an in camera review.  We had a good faith
18    view supported by Mr. Grimm's declaration that this material
19    did include code.
20              But to close out that answer, the reason that these
21    Docker containers were produced was because they were
22    encompassed in what we thought might be viewed as an after
23    action report.
24              THE COURT:  Okay.  That's the answer I was trying to
25    get to, but I still would like to hear someone respond from a
```

1    factual standpoint what you might be hearing for the first

2    time, I'm not sure, but I don't think that it's previously been

3    asked, and I don't see it in Grimm's declaration, so I'm

4    guessing it's the first time that you're being asked to answer

5    the question why does it -- why do one of the documents suggest

6    that somewhere on your platform there's a file folder called

7    Terraform from which no documents were produced?

8              MR. LeBUHN:  If I may, Your Honor, you're correct,

9    that this is the first time we're hearing about this.  It was

10   not raised in the meet and confers.  It's not in Terraform's

11   papers, AWS Terraform is a service that Amazon Web Services

12   offers.  I will put on the screen, for instance.  It's an IAC

13   software tool that provides a consistent command line

14   interface.

15             Now, again, this is the first we're hearing about it.

16   We haven't had a chance to discuss with opposing counsel what

17   they understand this to mean.  But AWS Terraform is something

18   we wouldn't be surprised to see in the context of an

19   application that is based on Amazon Web Services.

20             THE COURT:  As Docker is?

21             MR. LeBUHN:  Yes.

22             THE COURT:  Okay.  To get back to you, Mr. Suarez, I

23   understand from the two examples that you highlighted, your

24   concern that the production was incomplete.  I think I

25   understand the respondent's position to explain and assuage

1   those concerns.

2         I'm having a hard time -- I continue to have a hard

3   time accepting or understanding the proffer that you have a

4   basis for saying there's code that would -- that is missing and

5   would reveal the thing that I ordered them to reveal.

6         MR. SUAREZ:  Okay, Your Honor, and here's why.  We

7   keep using these phrases as if they have no meaning.  You heard

8   Mr. Stearns say several times we gave them the Docker

9   containers.  Well, that's simply not a true statement.

10         Okay.  A Docker container is a technological term, and

11   a Docker container provides a way -- standard way to package

12   code, okay, and configurations.

13         That's not me talking.  I can pull it from the Amazon

14   website.  We do not have the containers, Judge.  What we have

15   are command files.  We have runs, and we have logs.  We do not

16   have the containers, Judge.  They're not in there.  It

17   doesn't -- they're not in the pages of production.

18         And why?  Because the containers reveal the code which

19   they told you several times before and after a motion compel

20   that there was propriety code.  There is not, Judge.  There

21   isn't.

22         And so on the one hand, we have an affidavit from a

23   lawyer who's no different than me who says I spoke to one

24   trader, the guy who was working on Terraform, Bevan Chung, I

25   spoke to one trader, and then I did research and this is what

```
 1    it reveals.
 2            And I can swear to my motion, too, right, but that is
 3    not sort of a proffer of what's going on.  And then they tell
 4    you nothing exists, but to do so, we would have to go Singapore
 5    and recreate, so it does exist.
 6            And one of the ways technologically that you can get
 7    it to exist and to -- if there's something that we know in
 8    America and worldwide that you can do is that you cannot delete
 9    anything digitally.  Okay.
10            And so one of the things that -- services that, for
11    example, that exist are Git repositories.  And Git repositories
12    which you can just click on, and it would somebody no more than
13    20 minutes to do so, will tell you when a change is made, how a
14    change is made, et cetera, et cetera, et cetera.
15            So, it exists, and it can exist.  Yes, does it take a
16    little bit of work?  Sure it does.  But it doesn't take
17    somebody getting on a plane and traveling to Singapore, no.
18    That's not true.
19            And that's the suggestion, well, no, the bottom of
20    page 11 to try to make some sort of covert burdensome argument
21    even though it's been previously stipulated that this is not
22    burdensome is where -- on page 11 is where they advance that
23    argument.  So, Judge, what we have is a fundamental
24    disagreement with what the word "code" means.
25            Okay.  We're telling you, Judge, code is code.  Docker
```

```
 1    runs are Docker runs.  Docker command lines are Docker command
 2    lines.  What we have is command lines, logs and runs.  We do
 3    not have code.  And that can, indeed, be produced and that's
 4    what we have here.

 5            And I find it patently disingenuous that they're
 6    trying to prevent a production, they use the word code, and
 7    then when we challenge the production and say, hey, you never
 8    produced the code that you've told the Court on numerous
 9    occasions and filings that you said you were trying to protect,
10    all of a sudden, we don't get it.

11            I can search high and low in that document and not
12    find -- not find the code that we need that underlines.  Judge,
13    I can share with you the Amazon.com that explains containers
14    and what containers are.  It is a packaging system.  You have
15    to click a couple more buttons to get to the code.  So,
16    that's -- that's what we have here.

17            MR. STEARNS:  Your Honor, if I might.

18            THE COURT:  Hold on, Mr. Stearns.  I'm sorry, I still
19    have questions for Mr. Suarez.  What is the volume of the
20    original redacted production?

21            MR. SUAREZ:  In terms of pages, Your Honor, it's 127
22    pages, Your Honor, is what it is.

23            THE COURT:  And the unredacted?

24            MR. SUAREZ:  No, no.  The universe is 127 pages.  The
25    unredacted was the same.  It just had the redactions.  So it's
```

 1    the same universe of pages is what I'm telling you.

 2             THE COURT:  Okay.  And I will tell you that I'm doing

 3    my measured best to keep up with you guys in a technological

 4    world to which I am an admitted outsider, but I want to try to

 5    ask one last time what the factual basis is for your belief

 6    that the other expected contents of the container are

 7    responsive to my order, that is that that code would reveal

 8    trading strategy?

 9             MR. SUAREZ:  The factual basis, Your Honor, right.

10    Now it's actually even better than it was at the time

11    Mr. Levine was standing before you because as I stand before

12    you today, I know based on their production that as of May

13    11th, there's a conversation saying are we trading this?  Are

14    we trading this?  I know that that is a factual thing.

15             Now that is a point in time, okay.  But I also know

16    today that prior to that date, May 11th, they are having

17    interactions related to the asset, the Terra related assets,

18    not to list them out, so I also know that.

19             So, Your Honor, if I can one day go up to somebody,

20    and it won't be me because I'm not involved in that matter, but

21    if I can one day go up to somebody and say wait a minute, you

22    know, this was D-Pegged not because of this, but look at all of

23    the code -- the people such as Citadel that are writing code to

24    cover these assets and this is what they're writing.

25             Okay.  Maybe they're all shorting the asset, Judge.  I

1    don't know the up and the down, but let's assume they're all

2    shorting the asset.  And it's revealed in code, then I can

3    present a defense that says no, no, no, it was D-Pegged for

4    reasons not that the Government says.  It was D-Pegged because

5    there are people sophisticated like Citadel that are making

6    plans to possibly short this asset, right.

7         And what I know -- what I know is they're having

8    conversations about this at that time, and what I know because

9    I'm seeing it in the -- if I just do a find for Terraform, I

10   see it.  I see it I already told you at page 110 and I saw it

11   again at page 113.  I see that.

12        I see a Slack message where they're having this

13   conversation and then I see a lot of commands, commands, runs,

14   and logs.  I do not see the underlying code, Judge.

15        So to suggest that it's a fishing expedition, really

16   not true because we have, the last time that they said, we

17   ended up with documents that actually showed they have a

18   Terraform file, et cetera, et cetera.  We have conversations

19   about Terraform, and then we have all these runs and all these

20   commands related to Terraform.  It's in there.

21        What we don't have is the code, Judge.  So their own

22   documents provide the basis for the follow up question that I

23   need here, Judge.

24        Now, the other thing, I'm sorry, Mr. Stearns, just one

25   final -- one final point, right?  It says on page 8, they argue

```
 1    to the Court that we have received a substantial look at the

 2    code itself.  That's what they argue to the Court.  To you.

 3           But we haven't seen the actual code itself.  We have

 4    not.  They're just saying -- they're conceding, oh, this is a

 5    look towards the code.  They've made that point to Your Honor.

 6    That is an admission that we don't have the code.  That is

 7    their admission.

 8           MR. STEARNS:  Your Honor, may I, briefly?

 9           THE COURT:  I promise that I will not conclude the

10    hearing without hearing from you, Mr. Stearns.

11           But, Mr. Suarez, at the most granular level, if you

12    had what you are characterizing as the code itself, what would

13    it tell you?

14           MR. SUAREZ:  Your Honor, if you want to hypothesize

15    what I believe it may tell me?

16           THE COURT:  Well, I'm keep trying to come at it -- I

17    keep asking it in different ways.  I'm still trying to get to

18    the same thing.

19           MR. SUAREZ:  Just to give you, what are we going to

20    trade?

21           THE COURT:  We know the answer was Terraform -- I

22    mean --

23           MR. SUAREZ:  Terraform, USD or LUNA.  What are we

24    going to trade?  What is it?  What's the asset that we are

25    going to trade?  How are we going to trade it?
```

```
 1              THE COURT:  Manually or automatically, right?
 2              MR. SUAREZ:  In what amount are we going to trade it?
 3              THE COURT:  Thirteen cents?
 4              MR. SUAREZ:  At what price are we going to trade it?
 5    So it gives me parameters.  So if I can stand before another
 6    federal court and say look at these parameters, I don't know,
 7    Judge.  Let's say they're shorting the stock.  They're doing
 8    things to just, you know -- by the way, a set of knowledge.
 9    That's what it would reveal.  The command here, I can -- I can
10    scroll through this.  These commands won't give you that
11    information.  The code itself will.
12              THE COURT:  Okay.  But I thought that all of those
13    variables are otherwise known in this case?  We know the asset,
14    we know the time, we know the date.  We know the amounts.
15              MR. SUAREZ:  No.
16              THE COURT:  What don't we already know?
17              MR. SUAREZ:  No, we don't know what strategies people
18    are conjuring up to do that.  That's the part that we don't
19    know.  We don't know what -- ultimately, that's why there's
20    going to be a trial where we're going to present evidence of
21    what strategies were actually being used in our defense, right?
22              What other causes for the D-Peg are there?  One of the
23    causes is that the big players like Citadel may be coming up
24    with these strategies.  That could be a cause, Judge.
25              I understand that a trier of fact may one day say,
```

```
 1    hey, Mr. Suarez, that's not true, or we rule against you.  We

 2    don't find that evidence persuasive.  But at this stage of the

 3    proceeding, I have the obligation to present it if I can get

 4    it.

 5              THE COURT:  All right.  I'll take you with that.  I

 6    don't -- continue to not understand why the code that could be

 7    created from archive would answer that question in any way, or

 8    how it fills the information that you are seeking.

 9              There is no expectation, for example -- and I promise,

10    I've asked it every open-ended way that I can think of, but I

11    have yet to hear any proffer that source code would reveal that

12    it was the result of concerted effort or that there would be --

13    that there were others that were likewise participating in the

14    trade at the same time.  The source code couldn't reveal that.

15              MR. SUAREZ:  Let me try to answer that question

16    because I guess I haven't -- I've failed to make this point.

17    Okay, Judge.  Let's assume that I get the strategy because

18    they've produce a code and let's also assume --

19              THE COURT:  That's literally the presumption.  I'm

20    trying to figure why you make it.  That's a big leap, but okay.

21              MR. SUAREZ:  Let's assume I get that code which says

22    what was done, why, how, when.

23              THE COURT:  But we've covered that it won't say why.

24              MR. SUAREZ:  We've covered that.  That's right.

25              THE COURT:  It will say who, when, and how.
```

 1              MR. SUAREZ:  And what, yes.

 2              THE COURT:  Okay.

 3              MR. SUAREZ:  Okay.  Let's assume that's a strategy.

 4    Okay.

 5              THE COURT:  Why would I assume that?  I don't

 6    understand.  That's literally my question.  Why would you

 7    assume that's a strategy?

 8              MR. SUAREZ:  Judge, the best example I can give you

 9    is I'm going to sell short a thousand shares of Apple at 35, 30

10    days from now or at some ridiculous price, right?

11              THE COURT:  And what is the factual basis for your

12    belief that you would get that from source code?

13              MR. SUAREZ:  Because --

14              THE COURT:  Have you ever seen source code that says

15    something like that?

16              MR. SUAREZ:  I have not seen source code that said

17    that -- said something like that, but what my team tells me,

18    and I rely on my team, I did the same investigation is that's

19    what the code reveals, right?

20              So, that's what the code revealed.  But wait, let me

21    finish where I'm going.  Let's assume that all that there's

22    three other traders for the sake of argument.  And all of them

23    have the same strategy because I'm doing other efforts at other

24    places.

25              And those three or four strategies match from the four

```
 1    different players, okay, here.  And I can say one day to a

 2    court those four players had the same strategy.  Isn't that

 3    concerted effort?

 4         But I have to try to match them, and if I'm precluded

 5    from seeing a code in a situation where I know -- it's not that

 6    I'm guessing -- I know because it's in these documents that

 7    they're running commands, runs and logs related to Terraform,

 8    why wouldn't I be able to compare them, or maybe one day give

 9    them to an expert 25 days from now and say, hey, these are the

10    four strategies that were being implemented and this is what --

11    this is a possible cause for the D-Peg.

12         THE COURT:  Okay.  The disconnect that I continue to

13    have is why source code could be characterized as strategy or

14    why it would reveal that.

15         The facts that you've advanced as being revealed in

16    source code are known quantities in this case.  You know the

17    asset, you know the date, you know the amounts.

18         MR. SUAREZ:  Judge, we have no transparency.  None

19    whatsoever.  None.  Zero into what Citadel was doing with that

20    asset and what they were planning with that asset.  We have

21    none.

22         THE COURT:  I don't know what that means, Mr. Suarez,

23    when you do know that they traded this asset on a date certain

24    and in an amount certain; do you not?

25         MR. SUAREZ:  Correct.  We know that, Judge, but if
```

```
 1   you have a plan -- let's assume that that's the only two
 2   trades.  I'm not disputing it.
 3          But let's assume we have, you know, people do test
 4   trades for 13 cents all the time, right?  Because they're
 5   testing a theory in a trading facility.
 6          But if you have a pre-trade plan to see if it works
 7   and then you have an after-trade plan, you know what it is, so
 8   no, the inquiry does not end there.  That is just a test trade
 9   or something akin to a test trade.
10          The inquiry certainly does not end there.  And what
11   we're trying to do is match, match theories and trade strategy,
12   but as it is right now, there's nothing in this document that
13   will tell me what their trading strategy is.  None, nothing.
14   So --
15          THE COURT:  Okay.  Let me make sure I understand.
16   What would be from the Docker container with respect to the
17   missing code is the code that related to the trades that, in
18   fact, occurred based on your understanding that the commands
19   you do see, or the logs you do see suggest the existence of
20   additional code that you don't see, but that code would have
21   related to the trades that, in fact, occurred, right.
22          MR. SUAREZ:  I'm sorry, Your Honor, no.  I was on
23   mute.  No, Your Honor.  In this document, we're dealing with
24   127 pages of documents.  There's a series of instances where
25   you have a command, and that you have a JSON, you have the
```

1    results, but you don't have the underlying code between them.

2    We don't have that.  Okay.

3         So, for each of those instances that are in these

4    documents is what we'd like to see the code for.  So I don't

5    want to limit it to just those two trades because that would be

6    an artificial limitation.  Again, there's -- it's a sequencing

7    issue.

8         THE COURT:  Okay.  My question was slightly

9    different.  It was to confirm my understanding at least that

10   with respect to the parameters that you are seeking, each of

11   them relate to trades that, in fact, happened?

12        MR. SUAREZ:  They relate to, yes.  Certainly relate

13   to trades that, in fact, happened.  But it's not what -- I'm

14   sorry, Your Honor, I thought you were asking me do you only

15   want the code related to those trades, and the answer to that

16   question would be no because the underlying ECF 37 that Your

17   Honor ordered was all documents describing any trading strategy

18   in any -- so it was a pretty expansive order at ECF 37.

19        And that order did not just encompass the two trades.

20   Because that, again, that's only two trades, Your Honor.  That

21   could be -- that could be at midnight, you're testing a theory,

22   you're testing to see whether your strategy works.  You're

23   testing whatever you want.  That's why I'm sort of

24   uncomfortable giving you that statement, you know.

25        THE COURT:  Mr. Stearns, you wanted to be heard?

1          MR. STEARNS:  Couple of comments, Your Honor.  First

2     of all, I did not say that we've produced the Docker

3     containers.  I said we've produced documents that showed where

4     it went to the Docker container, and the instructions to the

5     Docker container.

6          And as Mr. Grimm's affidavit establishes, we've gone

7     back now after they've asked for this information to identify

8     the existence of that, and we've described -- Mr. Grimm has

9     described with we know which is they're not currently

10    available.

11         Now the question is -- he says -- Mr. Suarez says

12    there was only one trader talked to.  Well, how many traders do

13    you think it takes to buy two items for 13 cents?  The

14    operative facts here are relatively simple.

15         The defendant in the New York case has been accused of

16    some bad things.  And he advanced a theory that Citadel

17    Securities caused the problem for which he's accused.  That

18    theory was advanced out of whole cloth.  No evidence to support

19    it.

20         Then they learned that there are two trades.  And so

21    then they seek documents regarding the two trades, and any

22    investment tragedy that involves the institution and we've

23    produced those.  There are none.  There are no -- it was no

24    trading strategy, period, end of story.

25         Now we have new speculation that somehow or other, in

1    the Docker container, we're going to find codes involving more

2    than just the two trades.

3         In fact, what Mr. Grimm's affidavit establishes is a

4    basket of potential investments were evaluated, and within that

5    basket was Terra for two trades.  Period, end of story.  That's

6    all there is.

7         And so what we have is rank speculation that was

8    false.  Rank speculation proven false, rank speculation proven

9    false, and what do we know for a fact?  Citadel Securities did

10   not short any stock in this security in 2022.

11        It didn't buy, it didn't sell any more than the two

12   transactions, so what possible relevance, even if there was a

13   trading strategy, which there wasn't, would it be when nobody

14   did anything in May of 2022 which is what their case is in New

15   York?  If somebody did it, it wasn't Citadel Securities.

16        I mean, that's just an indisputable fact.  And now why

17   are we doing this exercise?  Why are we dealing with this rank

18   speculation?  I don't know.  It doesn't make sense to me.

19        But the reality is lawyers who are involved in cases

20   like this always have to go back to their clients and find out

21   what is there isn't there.  We've done that.

22        Mr. Grimm is an inside counsel at Citadel Securities.

23   He has been, you can be assured, quizzed by the lawyers in this

24   case to say what is there?  And the answer is there is nothing

25   there.

1          If the theory is made up out of whole cloth, and if

2     they have fish to fry, this isn't it.  And respectfully, this

3     rank speculation doesn't warrant an order any further.  They've

4     got what they asked for.

5          THE COURT:  Mr. Suarez, it's your motion and you can

6     have the last word if you want it, and I'm going to make the

7     observation that -- your motion to compel compliance with the

8     prior order, and I don't see it your way, that there hasn't

9     been compliance, or that the code that has not been

10    reconstituted was responsive to the order.

11         I don't follow the theory that it could be.  The order

12    that memorialized the ruling was predicated on the theory of

13    relevance that had been argued at the hearing that the movant

14    sought to discover evidence that a small number of well funded

15    market actors trading in concert shorted UST and caused the

16    May, '22 D-Peg.

17         And there is no basis for me to conclude either that

18    the respondent has withheld information that it previously

19    identified in court filings.  That is, the propriety code that

20    was largely the basis of the contempt motion, I think, or that

21    it would be otherwise responsive and reveal the information

22    that was the heart of the original motion to compel compliance

23    with the subpoena.

24         I will memorialize it in a short order, but the motion

25    to compel and for contempt is denied.

```
 1                MR. STEARNS:  Thank you, Your Honor.

 2                MR. SUAREZ:  Thank you, Your Honor.  I appreciate it.

 3                THE COURT:  I appreciate the thoughtfulness with

 4    which you both put your presentations together, and your

 5    patience with me as you went through the technology.

 6                I understand you're disappointed with the ruling, but

 7    I will put it up in a written order in the event that you

 8    choose to appeal it.

 9                MR. SUAREZ:  Thank you, Your Honor.

10                MR. STEARNS:  Thank you, Your Honor.

11                THE COURT:  Thank you, everyone.  You're excused.

12                (Thereupon, this proceeding was adjourned.)

13                               - - -

14

15                     C-E-R-T-I-F-I-C-A-T-E

16                I hereby certify that the foregoing is an accurate

17    transcription of the proceedings from the Zoom audio recording

18    of the above-entitled matter.

19

20    MARCH 13, 2024         Ellen A. Rassie
                             ELLEN A. RASSIE, RMR-CRR
21                           Official Court Reporter
                             To the Honorable Rodney Smith
22                           299 East Broward Blvd., Room 207-C
                             Fort Lauderdale, Florida  33301
23                           (954)769-5448

24

25
```

MR. LeBUHN: [3]
31/21 33/8 33/21
MR. LeBUHNE: [3]
27/13 27/17 28/4
MR. STEARNS: [18]
2/19 19/17 25/17
26/11 27/2 27/6 28/19
29/10 29/13 29/17
30/3 31/3 31/9 36/17
39/8 46/1 49/1 49/10
MR. SUAREZ: [47]
2/9 2/14 2/24 3/10
3/13 3/16 5/3 5/9
5/11 5/15 5/19 5/21
9/14 13/5 14/6 15/15
15/21 16/5 17/5 17/23
18/3 18/14 34/6 36/21
36/24 37/9 39/14
39/19 39/23 40/2 40/4
40/15 40/17 41/15
41/21 41/24 42/1 42/3
42/8 42/13 42/16
43/18 43/25 44/22
45/12 49/2 49/9
THE COURT: [67]
THE COURTROOM
DEPUTY: [1]  2/3
'
'22 [2]  29/16 48/16

**1**
10 [1]  8/15
10017 [1]  1/15
11 [3]  31/25 35/20
35/22
110 [6]  8/22 11/1
17/10 17/21 28/17
38/10
113 [2]  17/14 38/11
11th [3]  12/2 37/13
37/16
1205 [1]  1/11
127 [3]  36/21 36/24
44/24
13 [6]  20/3 27/23
28/1 44/4 46/13 49/20
14 [1]  27/23
150 [1]  1/18
1600 [1]  1/11

**2**
20 [1]  35/13
2022 [9]  21/11 22/4
22/5 23/1 23/4 24/11
24/14 47/10 47/14
2024 [2]  1/5 49/20
207-C [2]  1/24 49/22
2200 [1]  1/18
23-23855 [1]  2/5
23-mc-23855 [1]

1/2
23855 [2]  1/2 2/5
25 [1]  43/9
28th [2]  19/11 25/2
299 [2]  1/24 49/22
2:00 [1]  20/8
2:35 [2]  20/10 20/11

**3**
30 [3]  13/15 21/13
42/9
300 [1]  1/20
31 [1]  22/5
33130 [1]  1/18
33134 [1]  1/12
33301 [2]  1/24
49/22
35 [1]  42/9
37 [3]  6/14 45/16
45/18
38 [4]  6/19 6/21 7/2
7/5

**4**
40 [1]  7/7
45 [1]  7/7

**5**
54 [1]  1/20
5448 [1]  49/23
565 [1]  1/14

**6**
60654 [1]  1/21

**7**
769-5448 [1]  49/23
7th [1]  1/14

**9**
954 [1]  49/23

**A**
a.m [2]  20/10 20/11
able [3]  13/10 26/18
43/8
about [21]  5/6 7/6
7/12 9/8 12/15 17/7
17/15 17/16 17/17
17/17 18/1 20/16 22/1
23/22 24/10 27/25
32/15 33/9 33/15 38/8
38/19
above [1]  49/18
above-entitled [1]
49/18
absence [1]  11/25
abundance [1]
25/23
accept [1]  4/18
accepting [1]  34/3
access [4]  26/18
28/21 29/1 29/7

accessed [1]  9/2
accounted [1]  21/22
accurate [3]  13/5
13/7 49/16
accurately [1]  29/11
accused [3]  12/25
46/15 46/17
accuses [1]  18/11
action [5]  31/24 32/7
32/11 32/12 32/23
actor [1]  19/24
actors [3]  16/25 17/4
48/15
actual [7]  6/7 9/6
10/13 10/16 12/5
12/20 39/3
actually [5]  15/3
31/19 37/10 38/17
40/21
additional [3]  28/4
28/16 44/20
address [5]  24/24
25/25 28/15 28/17
32/2
addressed [1]  29/17
adjourned [1]  49/12
admission [2]  39/6
39/7
admitted [2]  4/7
37/4
advance [1]  35/22
advanced [3]  43/15
46/16 46/18
affidavit [4]  24/1
34/22 46/6 47/3
affiliates [1]  22/24
affirmatively [1]
29/18
afoul [1]  3/24
after [14]  4/13 6/19
10/4 13/2 24/1 31/24
32/5 32/7 32/11 32/12
32/22 34/19 44/7 46/7
after-trade [1]  44/7
afternoon [1]  2/12
again [16]  6/21 7/1
7/2 10/25 11/16 12/6
13/10 15/4 15/6 16/6
23/17 23/23 25/3
38/11 45/6 45/20
against [3]  20/25
21/1 41/1
ago [3]  7/7 7/7 32/13
agree [1]  15/15
ahead [1]  4/5
akin [1]  44/9
ALHADEFF [1]  1/16
all [36]  3/17 4/8 6/16
7/8 7/10 10/16 13/23
14/24 19/20 21/15
21/18 21/18 22/2 22/7
22/9 23/15 25/9 27/11

29/1 29/4 30/5 31/5
36/10 37/22 37/25
38/1 38/19 38/19
40/12 41/5 42/21
42/22 44/4 45/17 46/2
47/6
alleges [1]  7/19
allow [4]  3/19 5/12
14/6 14/6
allowed [1]  24/12
allows [2]  8/7 13/18
almost [1]  29/6
already [4]  5/18
7/16 38/10 40/16
also [14]  2/21 3/6
4/16 8/16 10/24 13/9
14/17 14/18 17/10
17/14 29/4 37/15
37/18 41/18
always [1]  47/20
am [3]  15/25 17/1
37/4
Amazon [3]  33/11
33/19 34/13
Amazon.com [1]
36/13
ambiguous [1]
21/24
America [1]  35/8
amount [2]  40/2
43/24
amounted [1]  20/3
amounts [2]  40/14
43/17
another [2]  18/10
40/5
answer [18]  14/7
14/23 18/16 19/7 21/5
23/15 24/4 28/24
30/25 31/20 32/20
32/24 33/4 39/21 41/7
41/15 45/15 47/24
answered [1]  24/5
answers [2]  14/15
15/5
any [28]  3/24 4/2
4/5 4/6 6/16 6/17
10/17 14/19 22/2 22/3
23/17 23/23 25/3
25/10 29/22 30/3 30/6
30/6 31/13 31/13 41/7
41/11 45/17 45/18
46/21 47/10 47/11
48/3
anybody [5]  2/16
3/23 30/19 30/19
30/20
anymore [2]  12/13
30/22
anyone [1]  21/7
anything [8]  4/22
9/4 9/6 19/22 30/17

32/2 35/9 47/14
anyway [1]  16/19
anywhere [1]  9/2
apologize [1]  5/15
appeal [1]  49/8
appear [1]  9/25
appearances [3]
1/10 2/7 3/7
Apple [1]  42/9
applicable [1]  30/18
application [8]  3/8
21/7 21/20 22/18
22/21 27/20 29/24
33/19
applications [2]  8/7
21/9
appreciate [4]  11/19
12/16 49/2 49/3
architecture [1]
21/16
archival [1]  24/6
archive [1]  41/7
are [67]
areas [1]  27/14
arguable [1]  23/17
arguably [1]  32/6
argue [3]  3/11 38/25
39/2
argued [3]  20/7 22/7
48/13
arguing [5]  3/9 3/10
23/5 26/5 30/14
argument [8]  17/20
19/18 22/6 22/15 27/7
35/20 35/23 42/22
arguments [3]  4/21
17/18 17/25
artificial [1]  45/6
as [44]  2/10 2/21 3/7
6/5 7/17 8/24 11/14
11/14 13/18 15/8 16/7
16/12 20/24 22/21
23/12 25/25 26/9
27/11 27/22 28/1 28/3
29/8 32/2 32/2 32/7
32/11 32/12 32/14
32/22 33/20 34/7
37/11 37/12 37/23
39/12 43/13 43/15
44/12 46/6 49/5
Ashton [1]  1/17
ask [4]  19/8 23/9
30/24 37/5
asked [10]  18/12
18/16 18/17 21/3
30/12 33/13 33/4 41/10
46/7 48/4
asking [7]  12/14
17/7 18/1 24/10 30/23
39/17 45/14
assertions [1]  11/12

## A

**asset [14]** 13/20 14/13 14/16 14/21 37/17 37/25 38/2 38/6 39/24 40/13 43/17 43/20 43/20 43/23
**assets [3]** 14/11 37/17 37/24
**associated [1]** 4/7
**assuage [1]** 33/25
**assume [11]** 26/10 38/1 41/17 41/18 41/21 42/3 42/5 42/7 42/21 44/1 44/3
**assumption [1]** 12/19 14/5
**assured [2]** 24/2 47/23
**at [54]**
**attachment [1]** 15/2
**attachments [1]** 14/25
**attorneys [1]** 4/4
**audio [3]** 1/8 3/2 49/17
**automatic [1]** 15/22
**automatically [1]** 40/1
**available [3]** 25/6 25/6 46/10
**Avenue [1]** 1/14
**AWS [3]** 9/1 33/11 33/17
**AWS-Terraform [1]** 9/1

## B

**back [14]** 11/1 11/18 11/20 16/22 20/17 20/24 23/13 23/25 24/8 26/23 28/8 33/22 46/7 47/20
**backwards [1]** 16/10
**bad [2]** 19/24 46/16
**badly [1]** 31/20
**ball [1]** 5/4
**bar [1]** 4/12
**BARTLIT [1]** 1/19
**based [4]** 27/19 33/19 37/12 44/18
**basically [4]** 6/1 7/21 11/6 12/10
**basis [11]** 14/3 15/7 23/23 28/4 34/4 37/5 37/9 38/22 42/11 48/17 48/20
**basket [4]** 21/12 21/13 47/4 47/5
**Bates [2]** 8/15 17/20
**be [64]**
**because [49]** 2/25 3/1 3/4 5/22 6/9 6/11

8/4 8/21 9/8 10/10 10/20 12/4 12/13 12/23 13/24 15/4 16/18 18/1 19/5 20/8 20/22 22/12 22/20 23/6 24/13 28/2 28/12 29/14 30/13 31/10 31/12 31/12 32/21 34/18 37/11 37/20 37/22 38/4 38/8 38/16 41/16 41/17 42/13 42/23 43/6 44/4 45/5 45/16 45/20
**BECK [1]** 1/19
**been [19]** 5/25 6/12 7/20 10/16 11/10 11/19 12/10 12/14 13/16 19/21 24/5 32/3 33/2 35/21 46/15 47/23 48/9 48/9 48/13
**before [9]** 1/8 3/21 5/1 20/23 21/21 34/19 37/11 37/11 40/5
**beginning [1]** 2/8
**behalf [2]** 2/20 24/3
**behind [1]** 9/20
**being [13]** 3/4 4/14 11/17 13/12 13/12 18/24 19/25 22/21 32/15 33/4 40/21 43/10 43/15
**belief [4]** 30/1 30/3 37/5 42/12
**believe [11]** 13/5 13/7 13/9 13/22 18/4 18/24 21/13 25/2 25/21 31/4 39/15
**belongs [1]** 6/10
**bending [1]** 16/10
**benefit [1]** 4/16
**best [2]** 37/3 42/8
**better [1]** 37/10
**between [2]** 10/12 45/1
**Bevan [2]** 10/20 34/24
**beyond [1]** 8/19
**big [2]** 40/23 41/20
**billions [1]** 24/21
**bit [3]** 22/11 32/12 35/16
**blacked [2]** 26/10 26/12
**Blvd [3]** 1/11 1/24 49/22
**book [1]** 8/1
**both [2]** 4/3 49/4
**bottom [2]** 18/23 19/1 19/15 35/19
**brain [1]** 15/23
**brief [1]** 5/22
**briefly [1]** 39/8

**Brooke [1]** 2/21
**brought [1]** 28/12
**Broward [2]** 1/24 49/22
**browse [1]** 9/1
**browsers [1]** 9/8
**build [1]** 8/7
**burden [4]** 23/10 23/11 23/24 25/10
**burdensome [3]** 11/14 35/20 35/22
**business [4]** 22/20 24/12 25/20 31/24
**but [74]**
**buttons [1]** 36/15
**buy [2]** 46/13 47/11

## C

**C-E-R-T-I-F-I-C-A-T -E [1]** 49/15
**call [3]** 2/7 7/22 9/9
**called [5]** 6/1 6/4 8/12 8/18 10/7 10/8 11/5 11/22 33/6
**Calling [1]** 2/5
**camera [5]** 6/20 6/20 16/19 25/14 32/17
**can [42]** 3/19 4/8 4/22 9/2 10/5 11/5 12/2 12/21 14/24 20/7 20/18 21/25 24/2 25/2 25/4 25/19 25/25 26/1 26/9 26/21 29/22 34/13 35/2 35/6 35/8 35/12 35/15 36/3 36/11 36/13 37/19 37/21 38/2 40/5 40/9 40/9 41/3 41/10 42/8 43/1 47/23 48/5
**can't [4]** 18/5 27/16 30/22 31/17
**cannot [2]** 9/20 35/8
**capacity [1]** 14/14
**capital [2]** 20/20 20/21
**capture [1]** 4/5
**capturing [1]** 3/23
**case [13]** 1/2 2/5 3/25 4/8 8/13 10/17 19/20 31/24 40/13 43/16 46/15 47/14 47/24
**cases [1]** 47/19
**categories [1]** 31/22
**cause [3]** 24/20 40/24 43/11
**caused [3]** 19/25 46/17 48/15
**causes [2]** 40/22 40/23
**caution [1]** 25/23

**central [2]** 7/17 14/3
**cents [4]** 20/3 40/3 44/4 46/13
**certain [5]** 7/9 10/21 10/24 43/23 43/24
**certainly [3]** 23/24 44/10 45/12
**certify [1]** 49/16
**cetera [5]** 35/14 35/14 35/14 38/18 38/18
**challenge [1]** 36/7
**chance [2]** 29/22 33/16
**change [2]** 35/13 35/14
**changes [2]** 11/7 24/8
**characterization [1]** 28/5
**characterized [2]** 28/3 43/13
**characterizing [1]** 39/12
**Chicago [1]** 1/21
**choose [1]** 49/8
**chose [1]** 24/15
**Chung [4]** 8/13 10/20 15/12 34/24
**circle [1]** 28/8
**circumstances [1]** 4/6
**CITADEL [34]** 1/6 2/6 2/20 5/6 6/15 6/19 7/2 10/3 10/19 11/12 13/6 13/13 16/8 18/12 19/23 20/15 21/11 21/16 22/24 24/3 24/7 24/19 25/11 27/21 29/25 30/17 37/23 38/5 40/23 43/19 46/16 47/9 47/15 47/22
**claim [2]** 23/16 24/19
**claims [1]** 28/25
**clear [6]** 8/24 18/21 21/24 23/25 28/20 30/5
**clearly [1]** 9/7
**click [3]** 9/19 35/12 36/15
**clicked [1]** 26/17
**client [2]** 24/4 25/14
**clients [1]** 47/20
**close [1]** 32/20
**cloth [2]** 46/18 48/1
**cloud [1]** 3/3
**code [111]**
**codes [8]** 11/16 17/19 25/2 25/4 25/17 25/17 25/17 47/1

**coding [1]** 23/3
**coin [2]** 7/20 8/14
**come [1]** 39/16
**coming [2]** 3/2 40/23
**command [11]** 10/5 10/5 10/12 28/2 33/13 34/15 36/1 36/1 36/2 40/9 44/25
**commanders [1]** 27/19
**commands [14]** 7/24 7/25 14/19 14/20 16/1 16/1 27/18 27/22 38/13 38/13 38/20 40/10 43/7 44/18
**comments [2]** 26/16 46/1
**Commission [1]** 20/1
**communications [2]** 19/8 23/13
**compare [1]** 43/8
**compel [14]** 6/25 7/2 7/8 12/22 13/4 20/4 20/5 25/7 25/25 28/12 34/19 48/7 48/22 48/25
**compelled [1]** 28/9
**complete [1]** 7/23
**completely [3]** 23/17 24/16 25/7
**compliance [3]** 48/7 48/9 48/22
**computer [2]** 3/2 9/9
**conceding [1]** 39/4
**concern [1]** 33/24
**concerned [2]** 5/6 26/16
**concerns [1]** 34/1
**concert [1]** 48/15
**concerted [4]** 16/25 17/3 41/12 43/3
**conclude [2]** 39/9 48/17
**conducting [1]** 32/1
**conferral [1]** 18/11
**conferred [1]** 18/19
**confers [1]** 33/10
**confident [1]** 3/4
**confidential [3]** 4/19 4/23 5/1
**confidentiality [1]** 3/24
**configurations [1]** 34/12
**confirm [1]** 45/9
**confusing [1]** 8/24
**conjuring [1]** 40/18
**connection [2]** 20/5 21/20
**consider [1]** 19/18

**C**

considered [2]  21/12 32/11
consistent [1]  33/13
constantly [1]  29/24
consultation [1]  24/25
contained [1]  32/12
container [15]  22/16 22/17 22/17 28/21 28/22 28/24 29/2 29/5 34/10 34/11 37/6 44/16 46/4 46/5 47/1
containers [12]  22/19 22/23 22/25 32/5 32/21 34/9 34/14 34/16 34/18 36/13 36/14 46/3
contempt [3]  28/12 48/20 48/25
contend [1]  27/14
contents [1]  37/6
context [3]  19/18 32/16 33/18
continue [3]  34/2 41/6 43/12
contract [3]  15/2 15/3 15/4
contrary [2]  10/3 11/11
conversation [2]  37/13 38/13
conversations [3]  17/16 38/8 38/18
convinced [1]  13/22
coordinate [1]  30/19
copied [1]  26/20
Coral [1]  1/12
correct [3]  31/4 33/8 43/25
correctly [1]  13/3
cosmic [1]  30/21
could [17]  11/12 15/12 15/13 16/6 21/9 21/16 24/14 25/24 26/15 27/9 30/10 40/24 41/6 43/13 45/21 45/21 48/11
couldn't [1]  41/14
counsel [8]  2/7 2/16 3/24 18/12 26/17 31/22 33/16 47/22
couple [3]  4/1 36/15 46/1
course [4]  20/11 21/5 22/20 23/2
court [31]  1/1 1/23 2/2 2/3 4/2 6/14 11/9 12/9 16/6 16/8 20/6 32/17 36/8 39/1 39/2 40/6 43/2 48/19 49/21

Court's [1]  3/17
courtroom [1]  3/5
cover [1]  37/24
covered [2]  41/23 41/24
covert [1]  35/20
create [1]  9/9
created [4]  4/14 22/21 32/5 41/7
creating [2]  8/13 15/25
credentials [1]  9/3
critical [1]  12/2
CRR [2]  1/22 49/20
cryptocurrency [1]  20/15
Cucinella [1]  2/21
currencies [2]  21/13 24/12
currency [2]  21/7 21/12
currently [1]  46/9

**D**

D-Peg [6]  11/22 11/24 24/21 40/22 43/11 48/16
D-Pegged [4]  7/20 37/22 38/3 38/4
D-Pegs [3]  11/20 11/21 13/11
DAR [2]  3/1 3/4
date [5]  12/15 37/16 40/14 43/17 43/23
dates [2]  12/2 18/20
day [7]  8/24 13/22 37/19 37/21 40/25 43/1 43/8
days [4]  7/7 7/7 42/10 43/9
daytime [1]  20/13
de [1]  1/11
deal [3]  14/8 14/9 14/10
dealing [4]  11/21 25/9 44/23 47/17
deals [1]  5/23
declaration [7]  27/14 27/23 29/8 29/12 29/21 32/18 33/3
defendant [3]  1/6 1/16 46/15
defense [5]  7/17 11/24 13/18 38/3 40/21
defenses [1]  12/3
defined [1]  28/1
definite [1]  27/24
definition [1]  16/7
definitional [1]  16/7
delete [1]  35/8

denied [2]  24/24 48/25
deny [1]  25/12
deploy [1]  8/7
derives [1]  14/5
describe [1]  26/9
described [2]  46/8 46/9
describes [1]  15/3
describing [5]  6/16 22/2 30/6 31/13 45/17
description [1]  27/3
designed [1]  19/12
determine [2]  21/8 25/5
developer [1]  24/8
did [25]  7/10 7/23 7/23 10/22 13/2 19/8 19/8 25/21 25/25 26/4 28/13 29/9 29/11 29/13 30/17 31/7 31/13 32/19 34/25 42/18 45/19 46/2 47/9 47/14 47/15
didn't [11]  6/6 9/4 9/5 23/9 26/8 27/10 30/19 31/4 31/6 47/11 47/11
different [12]  17/18 17/23 17/25 18/22 19/2 21/13 27/14 29/15 34/23 39/17 43/1 45/9
difficulty [1]  26/22
Digital [1]  1/8
digitally [1]  35/9
diligence [1]  24/2
diligent [1]  32/2
dimension [1]  30/21
direct [1]  27/19
directly [2]  9/5 18/17
directory [15]  9/1 9/2 9/6 9/9 9/10 9/13 9/16 9/17 11/1 11/4 17/12 17/13 18/5 18/6 18/7
disagree [1]  27/25
disagreement [1]  35/24
disappointed [1]  49/6
disclose [3]  28/23 31/23 32/4
disclosed [2]  28/17 28/21
disclosing [1]  4/25
disconnect [1]  43/12
discover [1]  48/14
discovered [2]  7/13 10/2
discovery [2]  24/16

25/1
discreet [1]  12/23
discuss [1]  33/16
discusses [1]  22/12
discussing [4]  17/8 22/7 23/14 32/13
discussion [1]  22/16
discussions [1]  17/16
disingenuous [2]  18/24 36/5
displayed [2]  10/6 10/11
dispute [2]  7/12 27/11
disputing [1]  44/2
DISTRICT [4]  1/1 1/1 2/3 2/4
do [60]
do you [3]  14/8 14/10 43/24
Docker [2]
document [7]  8/3 8/5 17/10 17/20 36/11 44/12 44/23
documents [31]  6/16 7/21 12/23 16/24 17/2 17/6 17/15 17/24 22/2 23/6 23/21 23/25 26/18 30/1 30/6 31/8 31/13 31/23 31/24 32/4 32/5 33/5 33/7 38/17 38/22 43/6 44/24 45/4 45/17 46/3 46/21
does [20]  8/8 9/25 9/25 10/1 13/2 19/5 26/11 27/15 27/16 27/16 27/17 27/17 28/24 30/9 33/5 35/5 35/15 35/16 44/8 44/10
doesn't [8]  15/4 15/9 29/8 31/17 34/17 35/16 47/18 48/3
doing [10]  12/1 12/5 12/5 12/6 23/9 37/2 40/7 42/23 43/19 47/17
dollars [1]  24/21
don't [52]
done [12]  3/25 5/13 6/8 6/8 6/8 6/9 11/12 14/20 21/2 21/15 41/22 47/21
door [1]  24/16
dot [1]  8/18
down [1]  38/1
driven [1]  19/20
due [2]  24/1 25/9
dumped [1]  24/20
during [2]  20/13

22/4

**E**

each [2]  45/3 45/10
earlier [1]  24/7
easier [1]  18/6
easiest [1]  14/24
easily [1]  11/12
East [1]  49/22
ECF [7]  6/14 6/19 6/21 7/2 7/5 45/16 45/18
Eduardo [1]  1/11
effect [1]  21/17
effected [1]  21/21
effort [4]  17/1 32/8 41/12 43/3
efforts [2]  13/2 42/23
either [3]  4/24 25/21 48/17
elected [1]  24/14
electronic [1]  22/11
electronically [1]  26/20
element [3]  14/12 14/12 15/16
ELLEN [3]  1/22 49/20 49/20
ELLIOTT [1]  1/13
else [3]  17/3 19/13 29/3
email [2]  15/1 15/2
emails [1]  14/25
employees [3]  10/20 17/8 21/11
encompass [1]  45/19
encompassed [1]  32/22
end [11]  8/1 11/8 11/18 13/22 21/17 22/13 30/8 44/8 44/10 46/24 47/5
ended [2]  38/17 41/10
enough [1]  12/11
entered [4]  21/23 22/7 26/19 27/22
entitled [2]  12/11 49/18
Esq [5]  1/11 1/13 1/17 1/17 1/20
essentially [1]  26/2
establish [1]  23/18
establishes [3]  22/10 46/6 47/3
et [5]  35/14 35/14 35/14 38/18 38/18
Eugene [1]  1/17 2/19
evaluated [1]  47/4

**E**

**even [5]** 18/20 29/25 35/21 37/10 47/12
**event [2]** 3/5 49/7
**ever [4]** 4/14 21/19 30/4 42/14
**every [1]** 41/10
**everybody [3]** 2/22 5/1 6/15
**everyone [2]** 23/22 49/11
**everything [2]** 4/17 8/6
**evidence [6]** 21/10 22/10 40/20 41/2 46/18 48/14
**ex [1]** 16/18
**exact [1]** 11/2
**example [5]** 8/10 18/6 35/11 41/9 42/8
**examples [1]** 33/23
**except [2]** 10/9 25/18
**exception [1]** 4/17
**Exchange [1]** 20/1
**excuse [4]** 6/15 6/23 7/24 8/18
**excused [1]** 49/11
**execute [1]** 19/13
**executed [1]** 13/12
**exercise [1]** 47/17
**exhibits [2]** 4/12 4/18
**exigency [1]** 18/19
**exist [11]** 19/5 22/25 24/6 29/8 30/10 31/17 31/18 35/5 35/7 35/11 35/15
**existed [3]** 23/1 24/9 29/2
**existence [3]** 28/13 44/19 46/8
**exists [5]** 29/2 29/7 29/15 35/4 35/15
**expanded [1]** 25/1
**expansive [1]** 45/18
**expectation [2]** 16/23 41/9
**expected [2]** 2/16 37/6
**expedition [2]** 30/21 38/15
**experience [1]** 12/7
**expert [1]** 43/9
**explain [8]** 6/2 6/5 11/5 14/24 15/10 20/19 29/23 33/25
**explained [1]** 20/6
**explains [2]** 29/8 36/13
**explanation [1]**

13/11
**extent [1]** 27/25
**extraordinary [1]** 19/20

**F**

**facility [1]** 44/5
**fact [22]** 4/13 4/23 4/25 7/18 19/24 20/13 21/8 22/9 22/10 22/23 24/14 24/20 27/11 28/23 40/25 44/18 44/21 45/11 45/13 47/3 47/9 47/16
**facts [3]** 28/10 43/15 46/14
**factual [6]** 28/15 33/1 37/5 37/9 37/14 42/11
**failed [1]** 41/16
**faith [1]** 32/17
**false [4]** 24/19 47/8 47/8 47/9
**fashion [1]** 25/24
**fault [1]** 5/17
**February [2]** 19/11 25/2
**February 28th [2]** 19/11 25/2
**federal [2]** 4/2 40/6
**feedback [1]** 23/3
**feels [1]** 4/24
**Fetch [1]** 11/5
**Fifth [1]** 1/14
**figure [1]** 41/20
**file [9]** 4/11 8/18 16/10 17/11 17/21 18/2 28/18 33/6 38/18
**filed [3]** 20/4 24/1 25/6
**files [11]** 7/23 9/22 22/20 22/25 23/2 24/6 24/7 26/17 28/18 29/23 34/15
**filing [1]** 18/11
**filings [2]** 36/9 48/19
**fills [1]** 41/8
**final [2]** 38/25 38/25
**Financial [2]** 6/18 22/4
**find [10]** 8/5 8/5 21/19 36/5 36/12 36/12 38/9 41/2 47/1 47/20
**finish [1]** 42/21
**firms [1]** 24/3
**first [15]** 4/1 11/4 11/13 13/24 20/9 25/1 27/18 28/10 29/1 29/23 33/1 33/4 33/9 33/15 46/1
**fish [2]** 30/22 48/2

**fishing [3]** 23/23 30/21 38/15
**fit [1]** 15/4
**Flagler [1]** 1/18
**FLEISCHER [1]** 1/8
**floor [2]** 1/14 3/13
**FLORIDA [7]** 1/1 1/4 1/12 1/18 1/24 2/4 49/22
**folder [4]** 17/21 18/2 18/12 33/6
**follow [2]** 38/22 48/11
**followed [1]** 7/11
**following [2]** 21/23 28/5
**footnote [1]** 12/9
**foregoing [1]** 49/16
**foremost [1]** 4/2
**form [6]** 23/1 25/3 26/5 26/20 26/21 31/17
**formatting [1]** 10/11
**Fort [2]** 1/24 49/22
**forward [1]** 9/1
**four [6]** 5/5 18/20 42/25 42/25 43/2 43/10
**frankly [1]** 19/10
**fry [1]** 48/2
**fully [1]** 5/22
**fundamental [1]** 35/23
**funded [1]** 48/14
**further [2]** 23/23 48/3

**G**

**Gables [1]** 1/12
**gave [4]** 12/16 29/9 30/12 34/8
**generate [1]** 22/25
**get [27]** 6/6 6/7 7/23 9/4 9/5 13/10 14/19 14/21 14/22 19/14 20/20 25/2 25/4 27/10 30/23 30/24 31/16 32/25 33/22 35/6 36/10 36/15 39/17 41/3 41/17 41/21 42/12
**getting [1]** 35/17
**Git [5]** 11/5 11/6 11/6 35/11 35/11
**give [10]** 5/1 14/19 20/20 26/5 29/14 31/14 39/19 40/10 42/8 43/8
**given [3]** 14/20 14/21 18/19
**gives [1]** 40/5
**giving [2]** 11/1 45/24

**go [15]** 4/5 8/5 8/22 9/19 10/25 11/4 16/22 20/21 23/10 23/24 31/7 35/4 37/19 37/21 47/20
**goal [4]** 14/8 14/9 14/9 14/10
**going [36]** 3/2 3/3 3/6 3/22 4/9 4/21 5/9 5/11 5/21 8/14 13/20 14/12 14/13 14/16 14/17 14/18 15/21 15/22 16/10 18/15 20/15 26/1 29/24 35/3 39/19 39/24 39/25 39/25 40/2 40/4 40/20 40/20 42/9 42/21 47/1 48/6
**gone [2]** 23/2 46/6
**good [4]** 2/12 2/19 2/22 32/17
**got [19]** 6/1 6/3 7/20 7/21 7/24 7/24 7/25 8/1 8/2 8/9 8/9 8/12 8/16 8/17 8/18 17/21 18/10 27/10 48/4
**Government [1]** 38/4
**granting [1]** 7/8
**granular [1]** 39/11
**Grimm [6]** 27/13 27/23 29/12 29/20 46/8 47/22
**Grimm's [4]** 32/18 33/3 46/6 47/3
**guess [1]** 41/16
**guessing [2]** 33/4 43/6
**guy [1]** 34/24
**guys [3]** 3/5 4/20 37/3

**H**

**had [17]** 5/18 5/18 23/6 23/14 24/20 25/3 25/16 26/9 30/19 30/20 31/22 32/17 33/16 36/25 39/12 43/2 48/13
**hand [1]** 34/22
**handling [1]** 19/16
**Hang [2]** 29/6 29/20
**happened [3]** 6/13 45/11 45/13
**happy [1]** 3/23
**hard [3]** 12/20 34/2 34/2
**has [18]** 4/18 5/25 6/12 10/16 11/10 13/6 17/11 19/19 19/21 25/9 26/10 28/25 29/2 46/8 46/15 47/23 48/9

48/18
**hasn't [1]** 48/8
**have [107]**
**haven't [4]** 15/8 33/16 39/3 41/16
**having [9]** 4/16 16/7 17/16 23/24 26/21 34/2 37/16 38/7 38/12
**he [11]** 10/21 10/22 13/2 23/19 25/4 29/4 29/15 31/19 46/11 46/16 47/23
**he's [4]** 2/14 2/15 10/21 46/17
**heads [1]** 5/1
**hear [3]** 27/16 32/25 41/11
**heard [2]** 34/7 45/25
**hearing [15]** 1/7 4/7 4/10 4/12 7/1 11/3 13/4 13/9 31/21 33/1 33/9 33/15 39/10 39/10 48/13
**heart [2]** 16/4 48/22
**HEISE [1]** 1/10
**help [1]** 26/8
**here [31]** 2/10 2/21 2/23 2/23 4/6 5/9 6/11 6/11 6/13 9/25 11/8 11/15 11/21 11/25 12/11 13/17 16/12 18/7 19/11 25/1 25/9 28/8 28/20 28/20 31/7 36/4 36/16 38/23 40/9 43/1 46/14
**here's [2]** 20/18 34/6
**hereby [1]** 49/16
**hey [5]** 7/3 18/6 36/7 41/1 43/9
**hide [1]** 5/3
**high [2]** 4/12 36/11
**highlighted [1]** 33/23
**his [5]** 13/1 20/14 25/8 29/12 29/21
**historical [3]** 20/25 21/1 27/11
**historically [1]** 25/16
**hold [4]** 2/25 18/9 27/24 36/18
**Honor [59]**
**Honor's [4]** 30/14 32/3 32/9 32/14
**HONORABLE [3]** 1/8 1/23 49/21
**hope [1]** 15/5
**how [27]** 6/8 8/21 9/24 10/10 12/6 14/8 14/9 14/10 14/13 14/17 15/13 15/17 15/19 15/21 15/22

**H**

**how... [12]** 16/2
16/21 19/19 21/1
24/18 26/20 35/13
39/25 41/8 41/22
41/25 46/12
**Hubbard [1]** 1/20
**human [3]** 6/10 12/7
15/16
**hyper [1]** 26/17
**hyperlink [1]** 26/21
**hyperlinks [2]** 9/19
9/19
**hypothesis [1]** 20/18
**hypothesize [1]**
39/14

**I**

**I get [1]** 41/17
**I will [14]** 3/10 4/4
4/16 6/5 10/9 18/18
18/18 28/8 28/20
33/12 37/2 39/9 48/24
49/7
**I'll [5]** 6/2 8/10
11/18 15/6 41/5
**I'm [55]**
**I've [7]** 3/18 4/6
5/13 18/10 18/16
41/10 41/16
**IAC [1]** 33/12
**identified [1]** 48/19
**identify [1]** 46/7
**if [60]**
**IL [1]** 1/21
**implemented [1]**
43/10
**important [3]** 6/6
11/16 19/18
**in [204]**
**inappropriate [1]**
25/7
**include [2]** 27/15
32/19
**included [1]** 32/3
**incomplete [1]**
33/24
**indecipherable [1]**
4/19
**indeed [1]** 36/3
**indicates [1]** 28/1
**indisputable [1]**
47/16
**industry [1]** 15/9
**information [25]**
4/19 6/2 7/10 8/2
8/19 13/24 13/25
16/13 20/25 21/1
22/12 23/4 23/12
25/18 25/21 26/15
30/12 31/10 31/16
31/16 40/11 41/8 46/7

**48/18 48/21**
**initial [1]** 26/10
**innocent [2]** 24/22
25/10
**inquiry [4]** 25/22
25/22 44/8 44/10
**ins [1]** 20/3
**inside [7]** 9/4 9/6
9/10 9/13 9/23 17/13
47/22
**insistence [1]** 27/8
**instance [3]** 8/20
9/20 33/12
**instances [4]** 18/25
19/1 44/24 45/3
**instead [1]** 7/20
**institution [1]** 46/22
**instructions [2]**
27/19 46/4
**Instruments [2]**
6/18 22/4
**interacting [1]**
10/20
**interactions [1]**
37/17
**interface [1]** 33/14
**internal [1]** 6/23
**Internally [1]** 27/21
**Internet [1]** 10/14
**into [8]** 4/25 23/8
23/16 23/23 26/6 29/3
30/14 43/19
**intuitive [1]** 15/10
**invest [1]** 23/14
**invested [1]** 6/24
**investigation [1]**
42/18
**investment [1]**
46/22
**investments [1]**
47/4
**involved [3]** 24/3
37/20 47/19
**involves [1]** 46/22
**involving [1]** 47/1
**irrelevant [1]** 23/5
**is [243]**
**isn't [6]** 15/11 16/19
34/21 43/2 47/21 48/2
**issue [8]** 5/23 11/14
15/13 16/7 23/10
23/12 24/24 45/7
**it [188]**
**it's [53]**
**items [1]** 46/13
**iteration [1]** 7/1
**iterations [2]** 23/3
29/25
**its [2]** 6/23 31/17
**itself [4]** 39/2 39/3
39/12 40/11

**J**

**J-S-O-N [1]** 6/4
**January [1]** 7/6
**JAROSLAW [1]** 1/13
**JavaScript [1]** 10/7
**Jordan [2]** 2/10 2/14
**JSON [4]** 10/10
10/12 16/14 44/25
**JSONs [1]** 10/8
**JUDGE [24]** 1/9 2/5
8/21 11/18 13/6 14/19
16/5 18/21 34/14
34/16 34/20 35/23
35/25 36/12 37/25
38/14 38/21 38/23
40/7 40/24 41/17 42/8
43/18 43/25
**jump [4]** 11/22 11/23
11/25 28/19
**just [25]** 3/2 3/3
3/22 6/13 10/22 11/18
13/23 13/25 14/19
18/21 29/3 29/21 32/8
35/12 36/25 38/9
38/24 39/4 39/19 40/8
44/8 45/5 45/19 47/2
47/16

**K**

**keep [7]** 4/14 24/18
30/16 34/7 37/3 39/16
39/17
**Kendal [2]** 1/17 2/20
**kind [1]** 24/16
**kinds [1]** 11/7
**know [70]**
**knowledge [1]** 40/8
**known [3]** 20/24
40/13 43/16
**knows [3]** 7/16
23/22 29/15
**KWOK [1]** 1/13

**L**

**LABS [2]** 1/4 2/6
**laptop [1]** 20/15
**largely [1]** 48/20
**last [5]** 19/9 19/11
37/5 38/16 48/6
**Lauderdale [2]** 1/24
49/22
**LAUREN [1]** 1/8
**law [1]** 24/2
**lawyer [1]** 34/23
**lawyers [2]** 47/19
47/23
**layman's [1]** 14/7
**leading [1]** 12/2
**leap [1]** 41/20
**learned [1]** 46/20
**least [6]** 3/10 7/5
15/23 16/18 18/20

**45/9**
**LeBuhn [3]** 1/20
2/20 31/19
**LeBuhne [1]** 28/19
**led [1]** 31/11
**left [3]** 23/4 29/9
29/10
**Leon [1]** 1/11
**let [5]** 5/3 29/21
41/15 42/20 44/15
**let's [9]** 38/1 40/7
41/17 41/18 41/21
42/3 42/21 44/1 44/3
**level [1]** 39/11
**LEVINE [2]** 1/13
37/11
**lick [1]** 16/12
**lifted [1]** 10/14
**like [16]** 4/24 10/13
10/14 10/16 12/8
13/12 20/9 31/15
31/19 32/25 38/5
40/23 42/15 42/17
45/4 47/20
**likewise [1]** 41/13
**limit [1]** 45/5
**limitation [1]** 45/6
**limits [1]** 20/21
**line [2]** 4/4 33/13
**lines [3]** 36/1 36/2
36/2
**list [1]** 37/18
**literally [6]** 7/12
25/17 26/12 30/9
41/19 42/6
**litigation [3]** 24/17
30/16 30/18
**little [5]** 5/1 8/23
26/13 26/16 35/16
**LLC [2]** 1/6 2/6
**LLP [2]** 1/13 1/19
**local [1]** 4/3
**log [1]** 21/16
**logs [12]** 7/25 8/9
8/12 8/13 10/21 10/22
14/21 34/15 36/2
38/14 43/7 44/19
**long [2]** 12/9 12/11
**longer [2]** 19/5 29/2
**look [8]** 18/14 18/23
20/9 31/1 37/22 39/1
39/5 40/6
**looked [1]** 29/25
**looks [4]** 10/13
10/14 10/16 20/9
**loss [1]** 24/21
**lot [1]** 38/13
**LOUIS [1]** 1/8
**low [1]** 36/11
**LTD [1]** 1/4
**Luis [2]** 1/11 2/9
**LUNA [2]** 17/17

**39/23**
**LUNAUSDT [1]**
17/15

**M**

**MacGregor [2]** 1/20
2/20
**made [14]** 4/22 5/5
5/8 14/24 14/25 19/9
22/6 22/6 26/16 32/16
35/13 35/14 39/5 48/1
**MAGISTRATE [1]**
1/9
**make [11]** 2/16 3/6
3/17 16/16 31/18
35/20 41/16 41/20
44/15 47/18 48/6
**making [1]** 38/5
**manipulating [1]**
13/19
**Manual [1]** 15/21
**Manually [1]** 40/1
**many [6]** 9/24 16/6
16/6 16/8 23/3 46/12
**March [10]** 1/5 12/2
21/11 22/4 23/1 23/3
24/11 24/14 29/16
49/20
**March 11th [1]** 12/2
**market [1]** 48/15
**market's [1]** 13/20
**match [4]** 42/25 43/4
44/11 44/11
**material [3]** 13/17
31/11 32/18
**matter [3]** 27/24
37/20 49/18
**may [17]** 3/13 3/14
7/20 18/21 19/17 22/5
24/6 27/13 33/8 37/12
37/16 39/8 39/15
40/23 40/25 47/14
48/16
**maybe [3]** 18/20
37/25 43/8
**mc [2]** 1/2 2/5
**me [45]** 2/17 3/19
4/9 4/20 4/21 4/22
5/3 5/12 6/15 6/23
7/24 8/18 9/14 9/22
10/9 11/11 11/19
12/17 12/19 13/18
14/7 14/10 15/10 18/1
19/10 20/20 26/8
29/14 29/17 29/21
29/23 34/13 34/23
37/20 39/15 40/5
41/15 42/17 42/20
44/13 44/15 45/15 45/14
47/18 48/17 49/5
**mean [9]** 4/5 10/9
15/11 15/20 28/11

**M**

**mean... [4]** 30/9 33/17 39/22 47/16
**meaning [4]** 3/14 15/8 29/24 34/7
**meaningful [1]** 18/11
**meaningless [1]** 25/18
**means [2]** 35/24 43/22
**meant [1]** 25/14
**measured [1]** 37/3
**mechanism [2]** 15/23 15/24
**meet [1]** 33/10
**MELVILLE [1]** 1/10
**memo [1]** 20/17
**memorialize [3]** 12/25 13/1 48/24
**memorialized [1]** 48/12
**memos [2]** 20/16 20/17
**mentioned [1]** 25/3
**merit [1]** 25/10
**message [2]** 17/6 38/12
**met [1]** 18/19
**MIAMI [3]** 1/2 1/4 1/18
**middle [2]** 6/7 20/12
**midnight [1]** 45/21
**might [11]** 8/23 21/2 23/19 27/25 31/23 32/2 32/7 32/12 32/22 33/1 36/17
**mightily [1]** 24/4
**MILLER [1]** 1/16
**mind [2]** 24/18 30/16
**mindful [1]** 3/21
**minute [5]** 4/21 9/24 16/16 32/13 37/21
**minutes [1]** 35/13
**misbehavior [1]** 20/1
**missing [6]** 6/11 7/14 7/15 11/15 34/4 44/17
**misspeak [1]** 28/20
**misspoke [1]** 7/24
**misstates [1]** 29/4
**mistake [1]** 30/13
**Moore [1]** 2/5
**more [8]** 8/19 28/14 30/12 31/14 35/12 36/15 47/1 47/11
**moreover [1]** 9/18
**morning [3]** 2/19 2/22 20/8
**morph [4]** 23/8

23/16 26/5 30/14
**morphed [2]** 19/19 29/3
**most [1]** 39/11
**motion [26]** 1/7 4/11 6/25 7/2 7/8 12/10 12/22 13/3 14/4 16/19 20/4 20/5 22/6 24/23 25/7 25/12 25/15 25/25 28/12 34/19 35/2 48/5 48/7 48/20 48/22 48/24
**motions [1]** 16/10
**movant [3]** 27/25 28/13 48/13
**movant's [2]** 27/7 28/8
**move [1]** 4/13
**moved [2]** 6/20 6/25
**Mr [32]** 2/12 2/18 5/17 12/18 15/19 16/16 18/10 19/16 23/18 25/1 25/13 28/19 28/25 29/20 29/22 31/19 32/18 33/22 34/8 36/18 36/19 38/24 39/10 41/1 43/22 45/25 46/6 46/8 46/11 47/3 47/22 48/5
**Mr. [7]** 3/8 17/19 18/10 28/9 29/12 37/11 39/11
**Mr. Grimm [1]** 29/12
**Mr. Levine [1]** 37/11
**Mr. Stearns [2]** 18/10 28/9
**Mr. Suarez [3]** 3/8 17/19 39/11
**much [2]** 9/2 15/9
**mute [1]** 44/23
**my [24]** 2/14 3/2 3/5 3/19 5/4 5/11 11/11 12/21 13/18 15/23 16/22 19/4 20/19 20/21 26/23 31/20 35/2 37/3 37/7 42/6 42/17 42/18 45/8 45/9
**mystery [1]** 12/13

**N**

**name [1]** 2/13
**named [1]** 32/3
**narrowed [1]** 23/12
**Native [3]** 6/17 22/3 30/7
**nature [1]** 3/21
**neatly [1]** 15/4
**necessary [1]** 4/15
**need [12]** 2/23 3/5 5/13 7/15 7/18 7/18 11/2 19/14 24/8 30/24

36/12 38/23
**needed [2]** 7/21 20/6
**needs [1]** 4/25
**never [3]** 25/3 26/6 36/7
**new [8]** 1/15 24/17 25/8 29/25 30/17 46/15 46/25 47/14
**night [1]** 20/12
**no [57]**
**nobody [1]** 47/13
**none [8]** 21/5 28/9 30/11 43/18 43/19 43/21 44/13 46/23
**normal [1]** 23/2
**not [101]**
**notation [1]** 10/7
**note [1]** 2/7
**noted [1]** 3/7
**notes [1]** 12/21
**nothing [8]** 10/9 10/9 17/22 22/17 35/4 44/12 44/13 47/24
**notion [1]** 19/23
**now [36]** 4/5 5/19 7/12 10/15 10/18 12/13 17/24 18/18 20/11 21/6 21/10 22/6 22/15 23/9 23/16 23/22 24/5 24/13 25/2 25/8 26/5 30/14 31/15 31/15 32/4 33/15 37/10 37/15 38/24 42/10 43/9 44/12 46/7 46/11 46/25 47/16
**number [7]** 2/5 6/21 12/23 14/12 14/12 16/25 48/14
**numbers [1]** 26/12
**numerous [1]** 36/8
**NY [1]** 1/15

**O**

**object [1]** 10/7
**obligation [1]** 41/3
**observation [1]** 48/7
**occasions [1]** 36/9
**occurred [3]** 22/10 44/18 44/21
**offers [1]** 33/12
**office [2]** 2/14 2/15
**Official [2]** 1/23 49/21
**oh [1]** 39/4
**okay [51]**
**old [1]** 25/19
**on [46]** 2/20 2/25 3/1 3/4 3/6 3/17 4/4 4/9 5/9 8/14 9/19 10/15 12/1 12/14 18/9 19/11 20/7 20/21 21/16 21/25 24/3 25/2

25/10 26/17 27/24 29/6 29/20 29/21 33/6 33/12 33/19 34/22 34/24 35/3 35/12 35/17 35/22 36/8 36/18 37/12 38/25 42/18 43/23 44/18 44/22 48/12
**once [1]** 7/1
**one [30]** 8/10 9/6 10/6 10/19 11/21 13/14 14/11 14/12 17/11 17/19 21/11 21/14 26/16 29/14 33/5 34/22 34/23 34/25 35/6 35/10 37/5 37/19 37/21 38/24 38/25 40/22 40/25 43/1 43/8 46/12
**only [11]** 3/2 4/3 4/6 6/9 14/15 20/2 22/21 44/1 45/14 45/20 46/12
**open [2]** 32/8 41/10
**open-ended [1]** 41/10
**opens [1]** 24/15
**operate [1]** 25/19
**operative [1]** 46/14
**opposes [1]** 7/2
**opposing [1]** 33/16
**opposition [1]** 19/14
**or [39]** 3/10 3/24 5/4 5/14 6/17 13/14 13/15 13/19 13/19 16/18 16/24 19/2 19/5 19/12 22/3 22/6 22/7 22/12 22/16 23/14 25/19 26/9 27/4 27/16 34/3 39/23 40/1 41/1 41/7 41/12 42/10 42/25 43/8 43/13 44/9 44/19 46/25 48/9 48/20
**order [36]** 2/2 3/25 6/14 7/7 7/9 7/11 12/8 13/25 21/23 21/24 22/2 22/7 22/24 24/20 26/3 26/6 26/19 28/10 30/4 30/5 30/14 30/24 31/2 31/25 32/3 32/9 32/15 37/7 45/18 45/19 48/3 48/8 48/10 48/11 48/24 49/7
**ordered [12]** 6/15 6/19 11/10 13/23 19/19 21/24 23/11 26/6 30/9 30/13 34/5 45/17
**original [4]** 12/21 16/23 36/20 48/22
**other [16]** 7/1 7/18 8/1 9/18 15/12 19/1

22/24 23/21 30/15 37/6 38/24 40/22 42/22 42/23 42/23 46/25
**others [1]** 41/13
**otherwise [2]** 40/13 48/21
**our [14]** 3/11 4/3 5/24 7/2 7/8 7/17 11/24 12/3 12/10 24/1 28/5 30/13 32/1 40/21
**out [12]** 13/9 18/5 20/9 20/21 26/10 26/12 26/24 32/20 37/18 46/18 47/20 48/1
**outrageously [1]** 24/19
**outs [1]** 20/3
**outside [2]** 15/9 23/17
**outsider [1]** 37/4
**over [3]** 16/10 19/20 29/2
**overproduction [2]** 26/2 26/4
**overwritten [2]** 19/3 19/6
**own [2]** 21/9 38/21

**P**

**PA [1]** 1/10
**package [1]** 34/11
**packaging [1]** 36/14
**page [16]** 3/18 8/15 8/22 8/25 11/1 17/10 17/14 18/23 19/2 28/17 31/25 35/20 35/22 38/10 38/11 38/25
**pages [11]** 6/21 9/15 12/1 26/9 26/12 34/17 36/21 36/22 36/24 37/1 44/24
**pain [1]** 31/19
**paper [3]** 22/11 26/20 26/21
**papers [1]** 33/11
**paragraph [5]** 6/22 27/23 27/23 28/1 28/6
**parameters [3]** 40/5 40/6 45/10
**parse [1]** 18/5
**part [8]** 6/7 11/24 13/11 16/18 22/21 27/7 28/11 40/18
**parte [1]** 16/18
**participants [1]** 4/8
**participating [1]** 41/13
**particular [9]** 6/18 7/19 8/17 9/20 11/14

**P**

**particular... [4]**
12/15 12/15 13/20
14/1

**particularly [2]** 8/20
19/1

**parties [2]** 23/14
24/22

**party [2]** 24/16
25/11

**patently [1]** 36/5

**patience [1]** 49/5

**patient [1]** 11/19

**Peg [6]** 11/22 11/24
24/21 40/22 43/11
48/16

**Pegged [4]** 7/20
37/22 38/3 38/4

**Pegs [3]** 11/20 11/21
13/11

**people [9]** 4/7 13/12
13/18 24/12 26/14
37/23 38/5 40/17 44/3

**perhaps [2]** 8/23
25/18

**period [6]** 22/4 30/8
30/17 30/18 46/24
47/5

**permission [2]** 3/19
12/24

**permitted [1]** 4/11

**person [1]** 2/13

**persuasive [1]** 41/2

**petition [1]** 32/16

**phrases [1]** 34/7

**picked [1]** 3/4

**piece [1]** 22/11

**place [2]** 29/24 31/1

**places [3]** 9/18
11/20 42/24

**plaintiff [4]** 1/4 1/10
2/8 2/9

**plan [7]** 23/14 23/20
23/21 30/19 44/1 44/6
44/7

**plane [1]** 35/17

**planet [1]** 26/15

**planning [1]** 43/20

**plans [1]** 38/6

**platform [4]** 8/6
10/2 22/18 33/6

**play [1]** 5/3

**players [3]** 40/23
43/1 43/2

**please [1]** 2/7

**point [12]** 18/6
24/13 28/7 28/8 28/9
29/21 30/1 30/22
37/15 38/25 39/5
41/16

**pointed [2]** 13/9

18/1

**Ponce [1]** 1/11

**portions [1]** 7/14

**position [5]** 5/24
16/17 19/19 31/10
33/25

**positions [1]** 19/24

**posits [1]** 10/3

**possible [3]** 32/2
43/11 47/12

**possibly [1]** 38/6

**potential [1]** 47/4

**potentially [1]** 17/3

**PowerPoint [3]** 3/18

**pre [1]** 44/6

**pre-trade [1]** 44/6

**precluded [1]** 43/4

**predicated [1]** 48/12

**premise [1]** 14/3

**prepared [2]** 3/16
3/18

**present [4]** 31/17
38/3 40/20 41/3

**presentation [1]** 5/4

**presentations [1]**
49/4

**pressed [1]** 24/4

**presumption [1]**
41/19

**pretty [3]** 4/12 9/2
45/18

**prevent [1]** 36/6

**previously [11]** 3/7
17/20 25/3 26/25 27/4
27/12 28/1 29/9 33/2
35/21 48/18

**price [2]** 40/4 42/10

**prior [4]** 6/25 7/1
37/16 48/8

**priority [1]** 25/15

**problem [2]** 21/21
46/17

**problems [1]** 19/25

**proceed [1]** 3/14

**proceeding [3]**
23/24 41/3 49/12

**proceedings [3]**
3/22 4/2 49/17

**process [1]** 25/5

**produce [8]** 6/15
6/16 25/11 28/13 30/5
30/5 32/7 41/18

**produced [32]** 5/25
6/12 8/10 8/20 10/16
10/17 11/10 11/10
12/1 12/14 13/16 17/7
18/13 20/6 21/25 22/9
23/7 23/15 25/23 26/7
26/20 28/18 28/22
30/9 32/10 32/21 33/7
36/3 36/8 46/2 46/3
46/23

**producing [1]** 26/6

**production [27]** 5/5
7/14 8/12 8/15 8/22
9/7 9/18 10/19 10/21
10/24 13/23 14/24
14/25 17/9 17/14
26/10 26/24 27/1 27/5
27/10 27/15 33/24
34/17 36/6 36/7 36/20
37/12

**proffer [9]** 4/18 15/8
16/20 16/23 28/15
29/20 34/3 35/3 41/11

**proffered [2]** 17/2
31/22

**proffers [1]** 28/13

**program [2]** 24/11

**programming [1]**
16/2

**promise [4]** 28/8
31/7 39/9 41/9

**prong [1]** 14/11

**prongs [1]** 14/10

**proprietary [2]**
26/14 32/16

**propriety [14]** 4/19
6/7 6/22 7/3 7/4 7/4
10/4 16/9 26/25 27/4
27/8 28/2 34/20 48/19

**protect [5]** 7/3 7/4
7/4 16/11 36/9

**proven [2]** 47/8 47/8

**provide [3]** 27/14
27/17 38/22

**provided [1]** 22/23

**provides [2]** 33/13
34/11

**psyche [1]** 6/10

**PTE [1]** 1/4

**pull [1]** 34/13

**put [7]** 20/7 20/21
21/25 29/12 33/12
49/4 49/7

**Q**

**qualifier [1]** 19/10

**quantities [1]** 43/16

**question [23]** 5/18
14/7 14/15 15/5 16/22
18/10 18/15 18/16
18/17 18/17 19/4 19/7
26/23 30/24 31/20
33/5 38/22 41/7 41/15
42/6 45/8 45/16 46/11

**questions [3]** 12/14
24/4 36/19

**quite [2]** 30/5 32/12

**quizzed [1]** 47/23

**quote [1]** 19/9

**R**

**Rachel [2]** 1/13 2/10

**raised [1]** 33/10

**ran [1]** 10/21

**rank [7]** 29/18 29/19
47/7 47/8 47/8 47/17
48/3

**RASSIE [3]** 1/22
49/20 49/20

**rather [1]** 15/3

**reached [1]** 30/22

**read [2]** 26/1 29/21

**ready [1]** 29/1

**reality [1]** 47/19

**really [3]** 22/1 24/10
38/15

**reason [4]** 6/11 8/4
28/11 32/20

**reasons [4]** 7/15
7/18 7/19 38/4

**received [2]** 8/3
39/1

**recognize [1]** 5/22

**recognized [1]**
32/10

**recollection [1]** 13/8

**reconstituted [1]**
48/10

**record [3]** 2/8 3/3
3/3

**recording [3]** 1/8
4/2 49/17

**recreate [2]** 23/25
35/5

**redacted [12]** 6/21
6/22 25/16 25/23 26/5
26/25 27/4 27/12 31/9
31/11 32/15 36/20

**redacting [1]** 17/20

**redaction [1]** 26/24

**redactions [1]** 36/25

**reference [1]** 4/22

**reflected [1]** 31/25

**refute [1]** 16/20

**regarding [2]** 23/12
46/21

**reiterate [1]** 4/4

**relate [3]** 45/11
45/12 45/12

**related [14]** 7/22 9/5
13/24 18/4 18/5 18/7
19/10 37/17 37/17
38/20 43/7 44/17
44/21 45/15

**relates [1]** 22/12

**relating [3]** 10/25
13/25 17/12

**relatively [1]** 46/14

**relevance [7]** 16/23
17/2 23/5 23/10 23/17
47/12 48/13

**relevant [4]** 13/21
21/2 23/23 25/21

**relief [1]** 4/14

**rely [2]** 4/9 42/18

**remember [1]** 13/2

**remote [1]** 24/13

**repeat [1]** 29/11

**repo [1]** 9/1

**report [1]** 32/23

**Reporter [2]** 1/23
49/21

**reports [3]** 31/24
32/7 32/12

**repositories [2]**
35/11 35/11

**repository [1]** 24/6

**representations [3]**
16/6 16/8 32/15

**represented [3]**
13/6 13/16 25/15

**request [2]** 23/8
23/12

**requests [1]** 11/14

**requires [1]** 12/9

**research [1]** 34/25

**resources [1]** 6/24

**respect [5]** 8/14
25/9 30/16 44/16
45/10

**respectful [1]** 3/17

**respectfully [6]** 12/8
24/23 25/12 31/3
31/17 48/2

**respond [1]** 32/25

**respondent [1]**
48/18

**respondent's [1]**
33/25

**response [7]** 4/11
18/9 18/11 18/24 19/9
19/11 20/4

**responsive [13]**
12/19 16/19 22/24
25/22 30/1 30/4 31/4
31/12 32/8 32/14 37/7
48/10 48/21

**result [1]** 41/12

**resulted [1]** 24/21

**results [7]** 6/3 8/11
10/6 10/6 10/8 16/13
45/1

**retained [1]** 22/19

**retrieve [1]** 31/8

**return [1]** 24/9

**reveal [21]** 6/9 8/19
12/2 13/19 14/16
14/17 14/18 15/14
15/15 16/24 17/3
28/25 34/5 34/5 34/18
37/7 40/9 41/11 41/14
43/14 48/21

**revealed [10]** 10/21
13/12 15/17 26/25
27/5 27/9 27/12 38/2
42/20 43/15

**R**

reveals [6]  6/8 17/11 28/13 28/18 35/1 42/19
review [5]  6/20 6/20 16/19 32/17 32/17
reviewed [1]  4/16
reviewing [2]  7/13 9/23
revised [6]  10/19 10/23 26/24 27/1 27/5 27/15
revive [1]  12/21
Richardson [2]  2/10 2/14
ridiculous [1]  42/10
right [27]  5/22 7/12 8/22 9/3 10/15 13/7 13/13 14/7 15/17 15/23 15/24 17/1 18/22 31/1 35/2 37/9 38/6 38/25 40/1 40/21 41/5 41/24 42/10 42/19 44/4 44/12 44/21
Rinko [2]  1/17 2/20
RMR [2]  1/22 49/20
RMR-CRR [2]  1/22 49/20
Rodney [2]  1/23 49/21
Rodriguez [2]  1/13 2/11
roll [1]  24/8
Room [2]  1/24 49/22
rule [2]  4/4 41/1
ruled [1]  23/6
rules [1]  4/3
ruling [2]  48/12 49/6
rulings [1]  7/9
run [13]  3/24 6/3 7/25 11/2 11/5 11/17 20/25 22/18 22/20 22/22 28/2 28/16 32/6
running [5]  8/17 13/19 21/7 24/11 43/7
runs [10]  8/9 8/16 10/4 34/15 36/1 36/1 36/2 38/13 38/19 43/7

**S**

S.SH [1]  8/18
safeguard [1]  7/10
safeguarding [1] 8/11
said [12]  2/13 20/8 20/15 22/2 25/2 25/18 30/10 36/9 38/16 42/16 42/17 46/3
sake [1]  42/22
same [8]  3/18 36/25 37/1 39/18 41/14

42/18 42/23 43/2
satisfied [1]  20/4
satisfy [1]  31/1
saw [1]  38/10
say [23]  6/21 7/5 12/21 15/11 18/6 18/21 19/2 19/12 19/13 24/13 31/7 34/8 36/7 37/21 40/6 40/7 40/25 41/23 41/25 43/1 43/9 46/2 47/24
saying [5]  7/9 9/24 34/4 37/13 39/4
says [18]  4/20 6/22 6/24 7/2 8/25 9/8 12/5 12/10 19/11 25/4 34/23 38/3 38/4 38/25 41/21 42/14 46/11 46/11
scope [4]  25/1 25/22 26/3 32/8
screen [3]  3/19 4/5 4/6 5/11 10/15 20/7 21/25 33/12
screenshot [1]  9/16
scroll [1]  40/10
seal [2]  4/11 4/12
sealed [2]  3/21 4/10
sealing [1]  3/24
search [2]  32/1 36/11
SEC [2]  7/17 7/19
second [7]  2/13 2/25 11/4 11/20 11/22 17/20 29/14
securities [19]  1/6 2/6 2/21 6/16 19/23 20/1 21/16 21/17 23/15 24/3 24/20 25/11 25/19 27/21 30/17 46/17 47/9 47/15 47/22
Securities' [1]  21/11
security [1]  47/10
see [33]  2/13 4/8 9/19 10/4 10/5 10/6 11/25 11/25 12/4 12/6 12/12 12/20 12/21 15/3 21/1 21/15 24/14 26/2 33/3 33/18 38/10 38/10 38/11 38/12 38/13 38/14 44/6 44/19 44/19 44/20 45/4 45/22 48/8
seeing [2]  38/9 43/5
seek [2]  12/24 46/21
seeking [4]  9/5 11/9 41/8 45/10
seem [1]  16/20
seems [1]  4/22
seen [4]  15/8 39/3 42/14 42/16

seized [1]  29/23
sell [2]  42/9 47/11
send [1]  3/23
sense [1]  47/18
sequence [2]  11/2 11/3
sequencing [1]  45/6
series [1]  44/24
service [1]  33/11
services [3]  33/11 33/19 35/10
set [4]  6/1 9/15 15/25 40/8
several [3]  31/22 34/8 34/19
SH [1]  8/18
share [3]  3/19 5/11 36/13
shares [1]  42/9
short [5]  10/8 38/6 42/9 47/10 48/24
shorted [2]  19/24 48/15
shorting [3]  37/25 38/2 40/7
shortly [3]  6/2 6/5 11/6
should [3]  4/14 22/1 24/23
show [7]  3/19 3/22 5/7 7/21 8/10 10/5 26/9
showed [5]  13/24 13/25 17/11 38/17 46/3
showing [1]  10/15
shows [1]  21/10
side [3]  3/8 3/11 4/24
significant [1]  6/24
simple [2]  5/24 46/14
simply [6]  8/4 10/2 11/9 19/4 23/22 34/9
since [1]  23/3
Singapore [4]  20/12 21/12 35/4 35/17
single [2]  22/11 22/11
sir [1]  3/15
sit [3]  11/8 16/12 31/7
SITTERSON [1]  1/16
situation [2]  8/23 43/5
six [1]  21/21
Slack [2]  17/6 38/12
slash [1]  9/1
slightly [1]  45/8
small [2]  16/25 48/14
Smith [2]  1/23 49/21

snipe [1]  8/11
snipes [2]  5/4 5/5
so [87]
software [2]  8/6 33/13
softwares [1]  11/7
some [8]  4/18 18/24 20/8 20/14 26/12 35/20 42/10 46/16
somebody [11]  8/13 9/9 10/4 12/1 17/7 30/25 35/12 35/17 37/19 37/21 47/15
somehow [4]  24/15 24/19 29/7 46/25
someone [5]  15/9 24/13 25/18 25/19 32/25
something [29]  4/25 6/1 6/4 6/10 8/12 8/18 9/4 10/7 11/5 11/13 11/22 12/1 12/25 13/1 18/21 19/13 19/14 21/25 23/9 23/17 25/24 26/6 29/3 30/14 33/17 35/7 42/15 42/17 44/9
sometimes [1]  20/23
somewhere [1]  33/6
sophisticated [2] 11/7 38/5
sorry [8]  2/15 16/5 17/25 26/8 36/18 38/24 44/22 45/14
sort [4]  14/23 35/3 35/20 45/23
sorts [1]  7/8
sought [2]  19/19 48/14
source [8]  7/15 41/11 41/14 42/12 42/14 42/16 43/13 43/16
SOUTHERN [2]  1/1 2/4
specific [1]  26/9
specifically [1] 18/15
speculates [1]  23/18
speculating [1] 20/22
speculation [10] 19/21 29/18 29/19 29/20 46/25 47/7 47/8 47/8 47/18 48/3
spoke [2]  34/23 34/25
stage [1]  41/2
stamped [2]  8/15 17/21
stand [2]  37/11 40/5
standard [1]  34/11

standing [1]  37/11
standpoint [1]  33/1
started [6]  6/14 9/23 9/24 19/23 24/18 24/18
statement [2]  34/9 45/24
statements [1]  7/22
STATES [3]  1/1 1/9 2/3
statute [1]  4/3
steadfastly [1]  7/10
STEARNS [15]  1/16 1/17 2/20 5/17 16/16 18/10 19/16 25/13 28/9 29/22 34/8 36/18 38/24 39/10 45/25
step [1]  11/20
still [8]  2/16 14/2 15/7 16/16 28/10 32/25 36/18 39/17
stipulated [1]  35/21
stock [2]  40/7 47/10
stopped [1]  30/10
stores [1]  24/7
story [5]  21/17 22/13 30/8 46/24 47/5
strategies [9]  21/3 21/4 22/8 23/13 40/17 40/21 40/24 42/25 43/10
strategy [42]  6/17 12/4 12/20 13/10 13/11 13/17 13/23 14/4 14/7 15/5 15/10 15/18 16/24 19/13 20/16 20/17 20/23 20/24 21/1 22/3 22/12 22/13 22/14 23/20 30/6 30/8 30/20 31/13 31/23 37/8 41/17 42/3 42/7 42/23 43/2 43/13 44/11 44/13 45/17 45/22 46/24 47/13
Street [2]  1/18 1/20
structure [1]  6/23
stuff [1]  16/19
SUAREZ [20]  1/10 1/11 2/9 2/12 2/18 3/8 12/18 15/19 17/9 18/10 23/18 25/1 28/25 33/22 36/19 39/11 41/1 43/22 46/11 48/5
subfiles [1]  9/15
submitted [1]  4/17
subpoena [1]  48/23
substance [1]  32/11
substantial [1]  39/1
such [1]  37/23
sudden [1]  36/10
suggest [5]  18/25

**S**

**suggest... [4]** 19/1 33/5 38/15 44/19
**suggestion [1]** 35/19
**suggests [1]** 17/21
**Suite [3]** 1/11 1/18 1/20
**summarized [1]** 13/3
**summary [1]** 13/5
**superiors [1]** 20/19
**supervisors [1]** 20/19
**support [4]** 13/18 16/24 23/21 46/18
**supported [2]** 19/21 32/18
**supposed [1]** 7/9
**supposition [1]** 19/21
**sure [13]** 2/16 3/6 3/17 4/20 12/18 14/2 14/4 16/17 25/13 28/19 33/2 35/16 44/15
**surprised [1]** 33/18
**suspect [1]** 17/24
**swear [1]** 35/2
**system [3]** 21/16 32/5 36/14

**T**

**take [5]** 20/24 26/15 35/15 35/16 41/5
**taken [2]** 30/13 31/15
**takes [2]** 22/15 46/13
**taking [1]** 26/4
**talk [2]** 16/15 17/15
**talked [1]** 46/12
**talking [3]** 9/7 22/1 34/13
**team [3]** 11/11 42/17 42/18
**technological [2]** 34/10 37/3
**technologically [2]** 5/14 35/6
**technology [1]** 49/5
**tell [13]** 4/9 4/16 4/21 10/10 18/4 18/15 18/18 35/3 35/13 37/2 39/13 39/15 44/13
**telling [4]** 8/11 23/19 35/25 37/1
**tells [8]** 2/16 9/12 9/14 9/22 11/11 15/11 27/2 42/17
**temporary [1]** 22/18
**term [1]** 34/10

**terms [7]** 13/6 14/8 16/9 18/8 25/22 26/14 36/21
**Terra [8]** 6/17 6/17 22/3 22/3 23/15 30/7 37/17 47/5
**Terra-Native [3]** 6/17 22/3 30/7
**TERRAFORM [29]** 1/4 2/6 2/10 9/1 9/8 9/8 9/9 10/25 12/15 15/12 17/8 17/12 17/17 18/7 21/6 21/13 21/21 31/22 33/7 33/11 33/17 34/24 38/9 38/18 38/19 38/20 39/21 39/23 43/7
**Terraform's [2]** 7/7 33/10
**Terraform-browsers [1]** 9/8
**test [9]** 8/7 11/2 12/24 16/1 20/24 21/15 44/3 44/8 44/9
**testing [8]** 10/24 15/17 20/17 23/13 44/5 45/21 45/22 45/23
**tests [4]** 6/3 13/2 13/19 32/6
**text [14]** 26/10 26/11 26/13 27/19
**than [10]** 7/19 23/21 29/16 30/12 30/15 34/23 35/12 37/10 47/2 47/11
**Thank [7]** 2/18 12/16 49/1 49/2 49/9 49/10 49/11
**that [392]**
**that's [60]**
**their [21]** 8/15 8/22 18/23 19/9 19/10 21/7 22/15 23/8 23/12 23/16 23/24 24/20 25/7 28/11 30/16 37/12 38/21 39/7 44/13 47/14 47/20
**them [19]** 18/5 24/15 26/5 26/18 27/22 29/9 30/12 31/14 32/8 32/10 34/5 34/8 37/18 42/22 43/4 43/8 43/9 45/1 45/11
**themselves [5]** 4/18 4/21 17/15 22/19 27/18
**then [25]** 6/22 6/23 8/1 8/17 9/10 19/13 20/3 22/15 24/9 25/25 27/10 27/23 28/7

**28/16 28/23 30/13 34/25 35/3 36/7 38/2 38/13 38/19 44/7 46/20 46/21
**theories [1]** 44/11
**theory [9]** 16/25 25/9 44/5 45/21 46/16 46/18 48/1 48/11 48/12
**there [70]**
**there's [18]** 5/4 7/11 7/19 8/19 11/22 12/9 17/21 18/25 19/2 33/6 34/4 35/7 37/13 40/19 42/21 44/12 44/24 45/6
**thereabouts [1]** 7/7
**Thereafter [2]** 6/25 7/6
**therefore [1]** 24/15
**Thereupon [1]** 49/12
**these [26]** 3/22 10/8 11/7 11/14 11/25 12/2 17/2 17/6 17/18 24/12 27/22 32/4 32/5 32/6 32/11 32/20 34/7 37/24 38/19 38/19 40/6 40/10 40/24 43/6 43/9 45/3
**they [66]**
**they'd [1]** 31/15
**they'll [2]** 18/21 21/18
**they're [24]** 9/7 12/14 17/16 18/25 19/25 20/22 23/8 24/10 26/4 34/16 34/17 36/5 37/24 37/25 38/1 38/7 38/12 39/4 39/4 40/7 40/7 43/7 44/4 46/9
**they've [9]** 14/20 14/20 14/21 21/22 23/16 39/5 41/18 46/7 48/3
**thing [8]** 6/9 11/4 11/4 14/15 34/5 37/14 38/24 39/18
**things [8]** 4/1 7/10 10/24 23/23 30/11 35/10 40/8 46/9
**think [23]** 3/1 3/1 4/6 4/7 5/6 5/13 14/3 16/16 16/18 19/14 19/17 20/16 20/18 24/10 28/11 29/6 30/23 31/4 33/2 33/24 41/10 46/13 48/20
**third [6]** 5/23 13/1 23/13 24/16 24/22 25/10
**Thirteen [1]** 40/3

**this [105]**
**those [15]** 16/1 21/17 23/2 23/25 26/17 30/11 31/25 34/1 40/12 42/25 43/22 45/3 45/5 45/16 46/23
**though [3]** 4/13 26/23 35/21
**thought [7]** 5/18 12/22 30/25 32/6 32/22 40/12 45/14
**thoughtfulness [1]** 49/3
**thousand [1]** 42/9
**three [5]** 5/4 7/5 18/20 42/22 42/25
**through [10]** 3/2 3/3 6/4 6/13 8/5 22/5 23/2 29/24 40/10 49/5
**time [28]** 3/17 5/23 8/17 12/15 12/16 18/19 19/20 20/7 20/12 21/6 22/4 22/20 24/11 24/14 29/2 33/2 33/4 33/9 34/2 34/3 37/5 37/10 37/15 38/8 38/16 40/14 41/14 44/4
**timeframe [1]** 6/18
**timeframes [1]** 25/8
**times [5]** 7/5 9/25 18/20 34/8 34/19
**today [12]** 6/11 11/8 11/15 12/17 16/12 18/22 19/8 23/1 29/7 29/8 37/12 37/16
**together [1]** 49/4
**tokens [4]** 6/17 14/11 22/3 30/7
**told [9]** 12/19 12/22 13/15 16/18 17/19 20/2 34/19 36/8 38/10
**too [2]** 24/8 35/2
**took [1]** 31/10
**tool [1]** 33/13
**total [1]** 24/19
**towards [1]** 39/5
**track [1]** 11/7
**trade [25]** 14/13 14/16 14/17 14/18 15/24 17/1 19/8 20/9 20/16 21/7 21/8 24/12 24/15 39/20 39/24 39/25 39/25 40/2 40/4 41/14 44/6 44/7 44/8 44/9 44/11
**traded [1]** 43/23
**trader [8]** 12/23 20/8 20/14 27/21 28/3 34/24 34/25 46/12
**traders [2]** 42/22 46/12

**trades [20]** 13/7 13/15 14/1 20/2 21/17 21/20 44/2 44/4 44/17 44/21 45/5 45/11 45/13 45/15 45/19 45/20 46/20 46/21 47/2 47/5
**trading [41]** 6/16 6/23 6/24 13/10 13/19 15/4 15/22 15/22 15/25 15/25 16/24 17/7 17/8 19/13 20/16 20/17 20/23 20/25 21/3 21/4 21/9 21/12 22/3 22/8 22/12 22/13 22/13 23/13 30/6 30/8 31/13 31/23 37/8 37/13 37/14 44/5 44/13 45/17 46/24 47/13 48/15
**tragedy [1]** 46/22
**transactions [2]** 23/22 47/12
**Transcribed [2]** 1/8 1/22
**transcript [2]** 3/5 4/14
**transcription [1]** 49/17
**transparency [1]** 43/18
**traveling [1]** 35/17
**trial [1]** 40/20
**tried [3]** 3/16 23/16 32/1
**trier [1]** 40/25
**true [4]** 34/9 35/18 38/16 41/1
**truly [1]** 6/10
**truth [1]** 18/4
**try [6]** 15/6 20/15 35/20 37/4 41/15 43/4
**trying [18]** 3/10 7/3 7/3 7/4 12/20 16/16 18/25 23/8 29/14 30/25 31/2 32/24 36/6 36/9 39/16 39/17 41/20 44/11
**twelve [1]** 25/19
**two [25]** 11/20 11/20 13/15 13/15 13/25 14/10 14/13 17/7 17/23 17/25 20/2 21/20 23/21 27/14 33/23 44/1 45/5 45/19 45/20 46/13 46/20 46/21 47/2 47/5 47/11
**typed [1]** 27/21

**U**

**UAT [1]** 11/3
**ultimately [2]** 28/21

**U**

ultimately... [1] 40/19

uncertain [2] 16/9 18/8

uncomfortable [2] 19/10 45/24

under [3] 4/6 4/11 18/7

underlines [1] 36/12

underlying [4] 24/7 38/14 45/1 45/16

understand [25] 4/10 5/7 14/2 14/3 14/5 15/7 15/13 16/15 16/17 25/8 25/14 25/24 28/10 29/15 30/25 31/2 31/20 33/17 33/23 33/25 40/25 41/6 42/6 44/15 49/6

understanding [4] 26/22 34/3 44/18 45/9

understood [1] 27/22

undertaking [1] 25/5

unequivocally [2] 7/15 8/25

uniform [1] 9/14

uninvolved [1] 24/17

UNITED [3] 1/1 1/9 2/3

universe [2] 36/24 37/1

unredacted [3] 7/13 36/23 36/25

unresponsive [2] 31/11 31/12

unwarranted [1] 25/12

up [14] 3/4 5/1 12/2 20/14 37/3 37/19 37/21 38/1 38/17 38/22 40/18 40/23 48/1 49/7

updates [1] 23/3

upon [1] 7/13

urge [1] 25/12

us [8] 5/25 6/6 8/11 11/16 14/20 14/21 17/19 22/15

USD [1] 39/23

use [4] 14/12 20/24 26/15 36/6

used [10] 10/19 10/23 11/6 19/12 19/12 22/18 22/21 22/25 27/19 40/21

using [1] 34/7

**UST** [1] 48/15

**USTD** [1] 17/17

usual [1] 22/20

**V**

variables [1] 40/13

venture [1] 4/25

versions [1] 24/7

versus [1] 2/6

very [15] 5/24 8/4 11/9 11/12 11/16 11/16 11/19 13/21 14/7 15/9 18/17 19/4 21/24 26/13 28/20

via [1] 3/22

view [1] 32/18

viewed [4] 32/7 32/12 32/14 32/22

violates [1] 4/2

volume [1] 36/19

**W**

wait [4] 9/24 27/24 37/21 42/20

walk [1] 6/13

want [15] 2/15 3/23 10/5 12/10 12/21 16/1 16/15 24/24 28/10 37/4 39/14 45/5 45/15 45/23 48/6

wanted [4] 21/4 21/8 32/7 45/25

wants [4] 23/19 28/15 28/17 31/20

warrant [1] 48/3

was [121]

wasn't [3] 16/4 47/13 47/15

way [15] 13/3 14/24 16/1 16/5 20/22 23/5 24/24 26/16 30/24 34/11 34/11 40/8 41/7 41/10 48/8

ways [2] 35/6 39/17

we [180]

we'd [2] 12/8 45/4

we're [27] 3/1 3/4 3/6 3/17 6/11 6/11 7/3 7/4 8/17 9/5 11/9 11/15 11/15 11/21 12/11 13/15 16/10 16/10 23/19 25/9 33/9 33/15 35/25 40/20 44/11 44/23 47/1

we've [15] 3/25 6/3 6/22 7/11 7/21 12/10 23/15 41/23 41/24 46/2 46/3 46/6 46/8 46/22 47/21

WEAVER [1] 1/16

Web [2] 33/11 33/19

website [1] 34/14

weeks [1] 21/21

WEISSLER [1] 1/16

well [16] 2/10 2/21 6/5 14/6 14/11 18/3 18/25 26/11 28/5 28/19 29/19 34/9 35/19 39/16 46/12 48/14

went [4] 20/14 26/24 46/4 49/5

were [34] 6/3 10/24 11/16 12/1 13/10 17/19 20/2 20/2 20/3 21/4 21/5 21/21 22/23 24/11 25/5 26/19 28/18 29/23 32/1 32/5 32/5 32/6 32/13 32/21 32/21 33/7 36/9 40/21

West [2] 1/18 1/20

what [180]

what's [17] 6/13 8/2 9/10 9/12 9/16 9/20 9/24 12/14 13/15 13/17 15/19 16/7 17/12 29/9 29/10 35/3 39/24

whatever [2] 9/15 45/23

whatnot [1] 8/14

whatsoever [3] 25/10 30/18 43/19

when [24] 4/3 6/8 6/25 9/23 11/8 14/18 14/22 15/11 15/16 15/17 16/21 18/13 20/2 23/11 25/6 25/6 32/1 32/10 35/13 36/7 41/22 41/25 43/23 47/13

where [18] 6/14 11/1 12/12 12/19 14/5 17/7 17/19 19/2 27/14 30/22 35/22 35/22 38/12 40/20 42/21 43/5 44/24 46/3

whether [4] 13/14 23/14 28/17 45/22

which [35] 4/18 6/7 7/15 8/6 8/10 8/16 8/18 10/9 11/16 17/11 17/21 19/4 19/9 19/11 19/25 21/13 22/1 22/16 23/22 25/3 25/7 25/15 28/11 28/18 30/25 33/7 34/18 35/12 37/4 41/21 46/9 46/17 47/13 47/14 49/4

who [14] 14/22 15/11 15/12 15/12

16/21 17/3 21/8 27/21 28/15 28/17 34/23 34/24 41/25 47/19

who's [3] 15/9 25/19 34/23

whole [2] 46/18 48/1

Whom [1] 3/8

why [42] 6/9 7/17 7/18 7/19 9/8 10/25 11/15 12/5 12/7 12/7 13/10 13/18 13/21 13/22 15/10 15/14 15/15 16/10 29/8 29/15 29/15 29/23 29/25 31/2 31/9 33/5 33/5 34/6 34/18 40/19 41/6 41/20 41/22 41/23 42/5 42/6 43/8 43/13 43/14 45/23 47/16 47/17

will [25] 3/10 4/4 4/16 6/5 6/9 10/9 10/9 14/16 14/17 14/18 15/17 18/18 18/18 28/8 28/19 28/20 33/12 35/13 37/2 39/9 40/11 41/25 44/13 48/24 49/7

withheld [1] 48/18

within [2] 26/3 47/4

without [4] 4/22 18/11 26/24 39/10

woke [1] 20/14

won't [4] 15/15 37/20 40/10 41/23

wondering [1] 3/18

word [3] 35/24 36/6 48/6

words [2] 7/1 26/12

work [2] 24/8 35/16

working [4] 5/14 5/14 5/19 34/24

works [2] 44/6 45/22

world [3] 9/3 26/21 37/4

worldwide [1] 35/8

would [44] 2/7 3/19 4/13 8/19 9/8 12/23 12/24 12/24 12/25 13/1 14/6 15/10 16/20 16/24 17/3 21/2 21/2 21/8 23/18 24/7 29/12 29/25 30/4 32/25 34/4 34/5 35/4 35/12 37/7 39/12 40/9 41/7 41/11 41/12 42/5 42/6 42/12 43/14 44/16 44/20 45/5 45/16 47/13 48/21

wouldn't [3] 23/5 33/18 43/8

writing [3] 16/2

37/23 37/24

written [1] 49/7

wrong [1] 4/24

**Y**

year [2] 7/6 25/19

yes [11] 2/24 3/15 17/5 19/17 27/4 27/6 28/4 33/21 35/15 42/1 45/12

yet [1] 41/11

York [6] 1/15 24/17 25/8 30/17 46/15 47/15

you [192]

you were [3] 17/19 36/9 45/14

you'd [1] 15/3

you'll [5] 20/23 20/24 20/24 20/25 21/1

you're [12] 7/9 14/17 14/18 23/4 26/1 33/4 33/8 45/21 45/22 45/22 49/6 49/11

you've [5] 4/17 11/19 28/1 36/8 43/15

your [100]

**Z**

Zero [1] 43/19

Zoom [4] 3/3 3/6 3/22 49/17